# Exhibit 1

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107

**United States Patent and Trademark Office**

Reg. No. 2,835,662
Registered Apr. 27, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VOLKSWAGEN

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)

D-38436

WOLFSBURG, FED REP GERMANY

FOR: CHEMICALS USED IN INDUSTRY, SCIENCE, PHOTOGRAPHY, HORTICULTURE AND FORESTRY, NAMELY, CATALYSTS; CHLORINE, MINERAL FILTERING MATERIALS, UNPROCESSED CELLULOSE; CHEMICALS FOR USE IN THE MANUFACTURE OF LACQUERS, ANTI-RUST PREPARATIONS, PAINTS, ADHESIVES, COSMETICS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; MANURES; FIRE EXTINGUISHING COMPOSITIONS; TEMPERING CHEMICALS FOR USE IN METAL-WORKING OR SOLDERING; SOLDERING CHEMICALS; SOLDERING FLUX; CHEMICAL PRESERVATIVES FOR FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; ADHESIVES FOR USE IN THE VEHICLE, MACHINE AND ELECTRO-TECHNICAL INDUSTRIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINT USED ON WOOD, METAL, CONCRETE, CERAMICS, AND PLASTIC; PAINT USED IN THE AUTOMOTIVE FIELD; VARNISHES; LACQUERS IN THE NATURE OF A COATING; ANTI-RUST PREPARATIONS FOR PRESERVATION, NAMELY, AN UNDERCOATING FOR VEHICLE CHASSIS; THINNERS FOR LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: FURBISHING PREPARATIONS, NAMELY, POLISH FOR VEHICLES OR MACHINES OR ELECTROTECHNICAL ARTICLES; DEGREASING PREPARATIONS FOR USE ON METAL, WOOD, CERAMICS, PLASTICS, CONCRETE; GRINDING PREPARATIONS, NAMELY, GRINDING PASTE; RUST REMOVING PREPARATIONS; ABRASIVE PAPER FOR POLISHING AND SANDING; PERFUME; PERFUME OILS; ETHEREAL OILS; COSMETICS, NAMELY, DISPOSABLE WIPES IMPREGNATED WITH COSMETIC LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AUTOMOBILES, AIRCRAFT ENGINES AND INDUSTRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: PLASTERS FOR MEDICAL PURPOSES; MEDICAL DRESSINGS, NAMELY, BURN, WOUND, SURGICAL DRESSINGS; FIRST AID KITS; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF DIABETES, ANGINA, SHOCK, PAIN, INSOMNIA SOLD IN PORTABLE FILLED

MEDICINE CASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS, METAL TOOL BOXES AND PORTABLE METAL TOOL CHESTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MACHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES ; POWER TRANSMISSION BELTS FOR MACHINES; BELTS FOR TRANSMISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HYDRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS AND IMPLEMENTS, NAMELY, SCRAPING TOOLS AND HAND SPANNERS; CUTLERY OF PRECIOUS OR NON-PRECIOUS METAL; HAND OPERATED LIFTING JACKS; FORKS; SPOONS; MANICURE SETS; KNIVES, NAMELY, KNIVES FOR HUNTING, FOLDING, CHEF, KITCHEN, BUTCHER, PARING, FISHING, SPORT, PRECIOUS METAL, STERLING SILVER TABLE; RAZORS; RAZOR CASES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING AND SUPERVISION, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, OPTICS, EYEGLASS CASES, BINOCULARS, SUNGLASSES, VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, ELECTRIC CIGARETTE LIGHTERS FOR AUTOMOBILES, ALARMS FOR ANTI-INTRUSION, BURGLAR, FIRE, PERSONAL SAFETY, THEFT, ELECTRICAL ACCUMULATORS, SPEEDOMETERS, LIFE JACKETS, ACID HYDROMETERS, ELECTRIC FUSES, FUSES FOR AUTOMOBILES, ELECTRIC RELAYS, SOLAR BATTERIES, NAVIGATIONAL INSTRUMENTS FOR USE IN AUTOMOBILES, BOATS, AIRPLANES AND FOR HIKING; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIOS, TELEVISION SETS, AUDIO AND VIDEO TAPE RECORDERS, CD AND DVD PLAYERS, RADIO AERIALS, RADIOS, BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; MAGNETICALLY ENCODED CREDIT, DEBIT AND PREPAID TELEPHONE CALLING CARDS; ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING USED TO ACCESS AUTOMATIC TELLER MACHINES IN THE BANKING FIELD OF USE AND USED TO PURCHASE FARES ON BUSSES, TRAINS AND FERRIES

IN THE PUBLIC TRANSPORTATION FIELD OF USE; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, FOR USE IN THE FIELD OF VEHICLE SALES, LEASING, RENTING, AND VEHICLE REPAIR SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ABDOMINAL BELTS, ABDOMINAL CORSETS, ABDOMINAL PADS, ELECTRIC AND NON-ELECTRIC ACUPUNCTURE INSTRUMENTS, ACUPUNCTURE NEEDLES, AEROSOL DISPENSERS FOR MEDICAL USE, AIR MATTRESSES FOR MEDICAL PURPOSES, AIR PILLOWS FOR MEDICAL PURPOSES, ANESTHETIC DELIVERY APPARATUS, ANESTHETIC MASKS, APPLIANCES FOR WASHING BODY CAVITIES, ARCH SUPPORTS FOR BOOTS OR SHOES, DENTAL ARTICULATORS, ARTIFICIAL LIMBS, APPARATUS FOR ARTIFICIAL RESPIRATION, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, ARTIFICIAL TEETH, AUTOCLAVES FOR MEDICAL USE, BABY BOTTLE NIPPLES, BABY BOTTLES, BABY NURSERS, PAPER BAGS AND ENVELOPES FOR STERILIZING MEDICAL INSTRUMENTS, COMPRESSION BANDAGES, ELASTIC BANDAGES, ORTHOPEDIC SUPPORT BANDAGES, BANDAGES FOR ANATOMICAL JOINTS, BED PANS, BED VIBRATORS, ORTHOPEDIC BELTS, BELTS FOR ATTACHING MEDICAL MONITORS TO PATIENTS, BONE AND SKIN BIOLOGICAL TISSUE INTENDED FOR SUBSEQUENT IMPLANTATION, BIRTHING CHAIRS, DENTAL BITE TRAYS, SURGICAL BLADES, ELECTRIC BLANKETS FOR MEDICAL PURPOSES, BLOOD DRAWING APPARATUS, BLOOD FILTERS, BLOOD PRESSURE MEASURING APPARATUS, BONE IMPLANTS, BONE SCREWS, BABY BOTTLES, FEEDING BOTTLES, INTRAVENOUS FEEDING BOTTLES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, SURGICAL BOUGIES, ORTHOPEDIC BRACES, BRACES FOR LIMBS AND JOINTS, FOR MEDICAL USE, BRACES FOR TEETH, BREAST PADS, BREAST PROSTHESES, BREAST PUMPS, BREAST SHIELDS, ARTIFICIAL BREASTS, DENTAL BRIDGES, BRUSHES FOR CLEANING BODY CAVITIES, DENTAL BURRS, CARDIOPULMONARY RESUSCITATION MASKS, CANES FOR MEDICAL PURPOSES, CANNULAC, SURGICAL CAPS, CARDIAC ELECTRODES, CARDIAC PROBES, CASES FITTED FOR MEDICAL INSTRUMENTS AND FOR USE BY DOCTORS, CASTRATING PINCERS, CATGUT FOR SURGICAL USE, CATHETERS, CERVICAL PILLOWS FOR MEDICAL USE, DENTAL EXAMINATION CHAIRS, MEDICAL PATIENT OR TREATMENT CHAIRS, SURGICAL CLIPS, CHEMICALLY ACTIVATED HOT AND/OR COLD COMPRESSES, NON-MEDICATED COMPRESSES, SURGICAL COMPRESSES, THERMO-ELECTRIC COMPRESSES, SURGICAL COMPRESSORS, CONDOMS, CONTAINERS FOR MEDICAL WASTE, DIAPHRAGMS FOR CONTRACEPTION, CORSETS FOR THERAPEUTIC USE, DENTAL CROWNS, CRUTCHES AND TIPS THEREFOR, CUPS FOR DISPENSING MEDICINE, HEATING CUSHIONS FOR MEDICAL PUR-

POSES, SURGICAL CUTLERY, DEFIBRILLATORS, DENTAL CAPS, DENTAL EXAMINATION CHAIRS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL INLAYS, DENTAL INSTRUMENTS, NAMELY, PICKS, BURRS, MIRRORS, DENTAL ONLAYS, DENTURES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, DIAPHRAGMS FOR CONTRACEPTION, AEROSOL DISPENSERS FOR MEDICAL USE, DISPOSABLE MEDICAL STERILIZATION POUCHES, DRAINAGE TUBES FOR MEDICAL PURPOSES, SURGICAL DRAPES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, EYE DROPPERS, DROPPERS FOR ADMINISTERING MEDICATION, SOLD EMPTY, EAR PLUGS FOR MEDICAL ELECTROCARDIOGRAPHS, CARDIAC ELECTRODES, MEDICAL ELECTRODES, ELECTRONIC STIMULATOR FOR NERVES, SKIN, AND MUSCLES, ENDOBRACHIAL TUBES, ENDOTRACHEAL TUBES, ENEMA APPARATUS, EXERCISE MACHINES FOR THERAPEUTIC PURPOSES, EYEPATCHES FOR MEDICAL USE, ORTHOPEDIC FOOTWEAR, FORCEPS FOR MEDICAL USE, GASTROSCOPES, SURGICAL GLOVES, GLOVES FOR MASSAGE, GLOVES FOR MEDICAL USE, MEDICAL EXAMINATION GOWNS, SURGICAL GOWNS, MEDICAL GUIDEWIRES, GUM MASSAGING INSTRUMENTS, HEARING AIDS, HEART PACEMAKERS, HEAT LAMPS FOR MEDICAL USE, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING CUSHIONS FOR MEDICAL PURPOSES, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING PADS FOR MEDICAL PURPOSES, HEMODIALYSIS APPARATUS, HOSPITAL BEDS FOR USE BY BURN PATIENTS, HOSPITAL GURNEYS, HYPODERMIC NEEDLES, HYPODERMIC SYRINGES, MEDICAL ICE PACKS, OCULAR IMPLANTS, ORTHOPEDIC JOINT IMPLANTS, INCONTINENCE BED PADS, INCONTINENCE SHEETS, INCUBATORS FOR BABIES, INFUSION SETS, INHALERS FOR THERAPEUTIC USE, SOLD EMPTY, INTRAOCULAR LENSES, INTRAVENOUS FEEDING TUBES, INVALID HOISTS, INVALID LIFTS, ARTIFICIAL JAWS, KNIVES FOR SURGICAL PURPOSES, MEDICAL EXAMINATION LAMPS, SURGICAL LAMPS, QUARTZ LAMPS FOR MEDICAL PURPOSES, LANCETS, LARYNGOSCOPES, LASER POINTERS FOR MEDICAL USE, LASERS FOR MEDICAL USE, MRI DIAGNOSTIC APPARATUS, ANESTHETIC MASKS, SURGICAL MASKS, MASKS FOR USE BY MEDICAL PERSONNEL, ELECTRIC AND NONELECTRIC MASSAGE APPARATUS, AIR MATTRESSES FOR MEDICAL PURPOSES, MEDICAL BAGS DESIGNED TO HOLD MEDICAL INSTRUMENTS, SOLD EMPTY, MEDICAL STENTS, MEDICAL SYRINGES, MEDICAL TREATMENT APPAREL, MEDICAL TUBING USED FOR DRAINAGE, TRANSFUSION, AND ADMINISTERING DRUGS, SURGICAL MIRRORS, FETAL PULSE MONITORS, HEART MONITORS, PULSE RATE MONITORS, RESPIRATION MONITORS, MOUNTS FOR MEDICAL X-RAY NEGATIVES, MOUTH GUARDS FOR MEDICAL PURPOSES, NEBULIZERS FOR RESPIRATION THERAPY, NEEDLES FOR MEDICAL USE, NERVE STIMULATOR APPARATUS, BABY NURSERS, OBSTETRIC APPARATUS FOR CATTLE, OPERATING ROOM APPAREL, OPERATING TABLES, OPHTHALMOMETERS, OPHTHALMOSCOPES, ORTHODONTIC APPLIANCES, ORTHOPEDIC JOINT IMPLANTS, ORTHOPEDIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC SUPPORTS, FOOT AND HAND ORTHOTICS, OTOSCOPES, OXYGEN MASKS FOR MEDICAL USE, OXYGEN MONITORS, PACIFIERS FOR BABIES, PADDING FOR ORTHOPEDIC CASTS, PATIENT EXAMINATION TABLES, PATIENT SAFETY RESTRAINTS, PATIENT TREATMENT TABLES, PHOTOTHERAPEUTIC APPARATUS FOR MEDICAL PURPOSES, PLASTER CASTS FOR ORTHOPEDIC PURPOSES, DISPOSABLE MEDICAL STERILIZATION POUCHES, URETHRAL PROBE SYRINGES, CARDIAC PROBES, URETHRAL PROBES, HAND PROSTHESES, RADIOLOGICAL APPARATUS FOR MEDICAL PURPOSES, RESPIRATORS FOR ARTIFICIAL RESPIRATION, RESUSCITATION APPARATUS, RESUSCITATORS, RETINOSCOPES, THERAPEUTIC SAUNAS, SURGICAL SAWS, SCALPELS, SURGICAL SCISSORS, SURGICAL SCRUB SUITS, SURGICAL SHOE COVERS, SILICONE GEL SHEETING FOR THE TREATMENT OF SCARS, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, SLINGS FOR MEDICAL ORTHOPEDIC SOLES, SPHYGMOMANOMETERS, MEDICAL SPITTOONS, ORTHOPEDIC AND SURGICAL SPLINTS, SURGICAL SPONGES, SPOONS FOR ADMINISTERING MEDICINE, SURGICAL SKIN STAPLERS, SURGICAL STAPLERS, STERILIZATION UNITS FOR MEDICAL INSTRUMENTS, STETHOSCOPES, STIRRUPS FOR USE WITH MEDICAL EXAMINATION TABLES, ELASTIC STOCKINGS FOR SURGICAL USE, STRAIGHT JACKETS, MEDICAL STRETCHERS, STRETCHERS FOR PATIENT TRANSPORT, SURGICAL SCRUB SUITS, SUPPORTS FOR LEGS, ARMS, BACKS, NECKS, HEADS, ANKLES, KNEES, ELBOWS AND WRISTS FOR MEDICAL USE, SURGICAL IMPLANTS COMPRISING ARTIFICIAL MATERIAL, SURGICAL INSTRUMENTS, NAMELY, SCALPELS, BLADES AND STAPLERS, SURGICAL THREAD, SUTURES, UTERINE SYRINGES, VAGINAL SYRINGES, TEETHING RINGS, THERMAL PACKS FOR FIRST AID PURPOSES, THERMOMETERS FOR MEDICAL PURPOSES, TOILETS ADAPTED FOR MEDICAL PATIENTS OR FOR USE BY HANDICAPPED PERSONS, TONGUE DEPRESSORS, TRACHEOSTOMY TUBES, TRACTION APPARATUS FOR MEDICAL USE, TRANSDERMAL DRUG DELIVERY PATCHES SOLD WITHOUT MEDICATION, TRANSFUSION SETS, TRUSSES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, ULTRASOUND DIAGNOSTIC APPARATUS, VESSELS, NAMELY, URINALS FOR MEDICAL PURPOSES, UROLOGICAL IMAGING SYSTEMS, VASCULAR ACCESS PORTS FOR MEDICAL USE, INVALID WALKERS, WHIRLPOOLS FOR USE IN HOSPITALS OR FOR THERAPEUTIC USE, WOUND DRAINAGE APPARATUS, WOUND SUCTION APPARATUS, X-RAY APPARATUS FOR MEDICAL USE, X-RAY DIAGNOSTIC APPARATUS, MOUNTS FOR X-RAY NEGATIVES FOR MEDICAL PURPOSES. X-RAY PHOTOGRAPHS FOR MEDICAL PURPOSES; ARTIFICIAL LIMBS, EYES; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC SUPPORT BANDAGES, CORSETS FOR THERAPEUTIC USE,

MEDICAL SUPPORT OR COMPRESSION STOCK-INGS, MEDICAL SUPPORT OR SURGICAL PANTY-HOSE, FOOTWEAR, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUS-SES, TRAINS, LOCOMOTIVES, BICYCLES, TRI-CYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVER-SION VANS, TRAVEL TRAILERS, CAMPER COA-CHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHI-BIOUS AIRPLANES; AMBULANCES; ANTI-DAZ-ZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLAS-TIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVI-CES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FI-BERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHI-CLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMO-BILE BODIES; AUTOMOBILE CHASSIS; AUTOMO-BILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MO-TORCYCLES; SLEEPING BERTHS FOR VEHICLES; BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BI-CYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEG-MENTS FOR VEHICLES; BRAKE SHOES FOR VE-HICLES; BRAKES FOR VEHICLES; BUFFERS FOR RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHI-CLE GAS TANKS; CARAVANS; RAILWAY CAR-RIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GRO-CERY CARTS; MOTORIZED GOLF CARTS; CAS-INGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHI-CLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VE-HICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VE-HICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VE-HICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HE-LICOPTERS AND STRUCTURAL PARTS THERE-FOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; CRANKCASES FOR LAND VEHI-CLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRI-CYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES, CARS, CHAINS, FRAMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIV-ERY TRICYCLES; RAILWAY DINING CARS; DIN-ING CARS; DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIV-ING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUN-NELS FOR SHIPS; GEAR BOXES FOR LAND VEHI-CLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; GOLF CARTS; GOODS HANDLING CARTS; HAND CARTS; HANDLE BARS FOR BI-CYCLES AND MOTORCYCLES; SECURITY HAR-NESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LA-DLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILI-TARY VEHICLES, NAMELY, ARMORED PERSON-NEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPEL-LED ARTILLERY; MINE CART WHEELS; REAR-VIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUD-GUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES ; PADDLES FOR CA-NOES ; PARACHUTES; PEDALS FOR MOTOR-CYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC

TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVERSING ALARMS FOR VEHICLES; RIMS FOR VEHICLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIRCRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MOTORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COVERS FOR VEHICLE SAFETY SEATS FOR CHILDREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK ABSORBERS FOR AUTOMOBILES; SHOCK ABSORBING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPRINKLING TRUCKS; STANDS FOR BICYCLES AND MOTORCYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTOMOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARATUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHICLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANSPORT APPARATUS AND INSTALLATIONS NAMELY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WINDOWS FOR VEHICLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: FIREARMS; AMMUNITION AND PROJECTILES, NAMELY, ARMOR PIERCING PROJECTILES AND GUIDED PROJECTILES; EXPLOSIVES; FIREWORKS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAMELY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS; HAT ORNAMENTS OF PRECIOUS METAL; SHOE ORNAMENTS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, CHRONOGRAPHS FOR USE AS WATCHES AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPECIALLY IN SCIENCE AND TECHNOLOGY; ELECTRIC OR NON- ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUBBER, GUTTA PERCHA, GUM, ASBESTOS, MICA AND GOODS MADE FROM THESE MATERIALS, NAMELY, ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEMI-PROCESSED CELLULOSE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACOUSTICAL INSULATION BARRIER PANELS, ACOUSTICAL INSULATION FOR BUILDINGS, SEMI-FINISHED ACOUSTICAL PANELS FOR BUILDINGS, ACRYLIC MOLDED PLASTIC SUBSTANCES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, ACRYLIC SHEETING FOR USE IN THE MANUFACTURE OF VEHICLES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, ADHESIVE PACKING TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE SEALANT AND CAULKING COMPOUND, ADHESIVE SEALANTS FOR GENERAL USE, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF ADHESIVE TAPE, ADHESIVE TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE TAPE FOR INDUSTRIAL OR COMMERCIAL PACKING USE, ADHESIVE TAPE FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, RUBBER AND PLASTIC AIR CONDITIONER HOSES, INSULATION FOR AIR CONDITIONERS,

AIR HOSES, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, ASBESTOS PACKING FOR VALVES AND PISTONS, ASBESTOS SAFETY SCREENS FOR FIREMEN, RUBBER BAGS FOR MERCHANDISE PACKAGING, NAMELY ENVELOPES AND POUCHES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, INSULATING BLANKETS FOR HOT WATER HEATERS, RUBBER BOTTLE STOPPERS, SEMI-PROCESSED BRAKE LINING MATERIAL, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, PARTLY-PROCESSED FRICTION MATERIALS FOR BRAKE LININGS, SHOCK BUFFERS OF RUBBER FOR INDUSTRIAL MACHINERY, BUILDING INSULATION, RUBBER BUMPERS FOR LOADING DOCKS, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CARPET SEAM TAPE, CAULKING COMPOUNDS, CAULKING, CELLULOSE ACETATE FILM USED AS AN INDUSTRIAL OR COMMERCIAL PACKING MATERIAL, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PHOTOGRAPHIC OR MAGNETIC SOUND RECORDINGS, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PRESSURE SENSITIVE ADHESIVE TAPE, SEMIPROCESSED CELLULOSE ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, ELECTRICAL CERAMIC INSULATORS, RUBBER CLACK VALVES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PARTLY-PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS, CLUTCH LININGS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, PLASTIC CONDUIT FOR DRAINAGE AND IRRIGATION, PLASTIC CONDUIT FOR PLUMBING USE, PLASTIC CONDUIT FOR USE WTTH BEVERAGE DISPENSING MACHINES, CONVEYING HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, COTTON WOOL FOR SEALING PURPOSES IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PLASTIC LAMINATED SHEETS AND PANELS FOR USE IN THE MANUFACTURE OF COUNTERTOPS, NON-METAL PIPE COUPLINGS AND JOINTS, NON-METAL COUPLINGS FOR FIRE HOSES, NON-METAL COUPLINGS FOR USE WITH HOSES, RUBBER AND PLASTIC CUSHIONING IN THE NATURE OF STUFFING FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEALS, NAMELY, CYLINDER JOININGS, DOOR STOPS OF RUBBER, PLASTIC CONDUIT FOR DRAINAGE, PLASTIC SHEETING FOR USE AS DROP CLOTHS, DRYWALL JOINT TAPE, DUCT TAPE, ELECTRICAL CERAMIC INSULATORS, GLASS FIBER ELECTRICAL INSULATING TAPE, ELECTRICAL INSULATING TAPE, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, ELECTRICAL INSULATORS, NAMELY, INSULATORS MADE OF CERAMIC, PLASTIC AND RUBBER, ELECTRICAL TAPE, EXPANSION JOINT FILLERS FOR PAVEMENT, FIBERGLASS FABRICS FOR BUILDING INSULATION, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, FIBERGLASS FABRICS FOR BUILDING INSULATION, RESIDENTIAL FIBERGLASS INSULATION, FIBERGLASS INSULATION FOR BUILDINGS, PLASTIC FIBERS FOR USE IN THE MANUFACTURE OF TIRE CORD, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, TINTED, LAMINATED AND REFLECTIVE PLASTIC FILM FOR USE IN HOME AND AUTO WINDOWS, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING, MINERAL WOOL FOR USE IN THE MANUFACTURE OF FILTER MEDIA, FIRE HOSES, FOAM INSULATION FOR USE IN BUILDING AND CONSTRUCTION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, METAL FOIL FOR BUILDING INSULATION, PARTLY PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS AND BRAKE LININGS, NON-METAL FUEL OIL HOSES, INDUSTRIAL MOLTEN METAL FURNACE INSULATION MADE OF CERAMIC ENAMEL FIBER, GARDEN HOSES, GASKET MATERIAL IN SHEETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, GASKET SEALER FOR USE IN PLUMBING, GRAPHITE PACKING FOR GASKETS, PIPE GASKETS, NON-METAL GASKETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER ELECTRICAL INSULATING TAPE, GLASS FIBER FIREPROOF TEXTILES, GLASS FIBER INSULATION FOR HOT WATER HEATERS, GLASS FIBER INSULATION FOR USE IN CONSTRUCTION, GLASS FIBERS FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, GLASS WOOL FOR BUILDING INSULATION, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, AIR HOSES, LAWN HOSES, NON-METAL FUEL OIL HOSES, NON-METAL PETROLEUM HOSES, WATERING HOSES, RUBBER AND PLASTIC AGRICULTUTAL HOSES, RUBBER AND PLASTIC HYDRAULIC HOSES, NON-METAL HOSES FOR AGRICULTURAL USE, RUBBER AND PLASTIC HOSES FOR AIR CONDITIONERS, NON-METAL HOSES FOR COMMERCIAL MARINE USE,

PLASTIC HOSES FOR PLUMBING USE, HOSES FOR PNEUMATIC TOOLS, RUBBER AND PLASTIC HOSES FOR SWIMMING POOLS, NON-METAL HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER INSULATION FOR HOT WATER HEATERS, INSULATING BLANKETS FOR HOT WATER HEATERS, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING OIL FOR TRANSFORMERS, INSULATING PAINT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING PLASTER, INSULATING SLEEVES FOR WATER HEATERS AND MACHINERY, INSULATING SLEEVES FOR POWER LINES, ELECTRICAL INSULATING TAPE, GLASS FIBER ELECTRICAL INSULATING TAPE, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, MINERAL WOOL FOR USE AS BUILDING INSULATION, POLYURETHANE FILM FOR USE AS BUILDING INSULATION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, INSULATION COVERS FOR INDUSTRIAL MACHINERY, INSULATION FOR AIR CONDITIONERS, INSULATION FOR AIRCRAFT, INSULATION FOR UNDERGROUND PIPES AND TANKS, INSULATION JACKETS FOR INDUSTRIAL PIPES, INSULATORS FOR ELECTRIC MAINS, INSULATORS FOR ELECTRICAL CABLES, INSULATORS FOR RAILWAY TRACKS, JOINT PACKING FOR PLASTIC, RUBBER AND CERAMIC PIPE, JOINTING MATERIAL FOR MASONRY AND PAVEMENT, CYLINDER JOINTINGS, NAMELY, SEALS, NON-METAL PIPE COUPLINGS AND JOINTS, JUNCTIONS NOT OF METAL FOR RUBBER, PLASTIC AND CERAMIC PIPES, LATEX FOR USE IN THE MANUFACTURE OF FOAM RUBBER, RUBBER GLOVES, CONDOMS, AND FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PAVEMENT MARKING TAPE, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, MASKING TAPE, JOINTING MATERIAL FOR MASONRY, MICA FOR USE AS A FILLER IN PLASTICS, IN THE MANUFACTURE OF ELECTRONIC INSTRUMENTS, MOUNTING TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, NON-METAL PIPE MUFFS FOR USE WITH PLASTIC, RUBBER AND CERAMIC PIPE, MULCH MATS MADE OF RECYCLED RUBBER FOR PREVENTING WEED GROWTH, NON-SLIP, ADHESIVE-BACKED BATH TUB APPLIQUES, OIL ABSORBANT PADS AND PILLOWS FOR CONTAINING OIL SPILLS, INSULATING OIL FOR TRANSFORMERS, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, PLASTIC PACKING FOR SHIPPING CONTAINERS, ASBESTOS PACKING FOR VALVES AND PISTONS, PACKING PADDING OF PLASTIC FOR SHIPPING CONTAINERS, PACKING PADDING OF RUBBER FOR SHIPPING CONTAINERS, PLASTIC FILM FOR INDUSTRIAL AND COMMERCIAL PACKING USE, RUBBER AND PLASTIC PADDING FOR SHIPPING CONTAINERS, NON-METAL PETROLEUM HOSES,

PHOTOGRAPHIC SPLICING TAPE, NON-METAL PIPE COLLARS, NON-METAL PIPE COUPLINGS AND JOINTS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL; PIPE GASKETS FOR PLASTIC, RUBBER AND CERAMIC PIPES, PIPE INSULATION FOR RUBBER, PLASTIC AND CERAMIC PIPES, PIPE JOINT COMPOUND, PIPE JOINT SEALANT, PIPE JOINT TAPE, PLASTIC PIPES FOR CONVEYING NATURAL GAS, PLASTIC PIPES FOR PLUMBING PURPOSES, PLASTIC PACKING FOR SHIPPING CONTAINERS, PLASTIC SHEETING FOR PREVENTING WEED GROWTH, PLASTIC TUBES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WATER-TIGHT RINGS FOR PLUMBING PIPES, HOSES FOR PNEUMATIC TOOLS, POLYURETHANE FILM FOR USE AS A MOISTURE BARRIER, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING BUILDINGS, POLYURETHANE SPRAY FOAM FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATORS FOR RAILWAY TRACKS, REFLECTIVE TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, RESINS IN BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR GENERAL INDUSTRIAL USE, RESINS IN EXTRUDED FORM FOR GENERAL INDUSTRIAL USE, RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS, SYNTHETIC RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE AND PAPER, LATEX RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, AND PAPER, RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, PAPER, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, GENERAL PURPOSE SILICONE RUBBER SEALANT, RUBBER SEALANT FOR CAULKING AND ADHESIVE PURPOSES, RUBBER SHOCK ABSORBERS FOR INDUSTRIAL MACHINERY, RUBBER SLEEVES FOR PROTECTING PARTS OF MACHINERY, ASBESTOS SAFETY SCREENS FOR FIREMEN, GENERAL PURPOSE SILICONE RUBBER SEALANT, SEALANTS FOR BUILDINGS, SEALANTS FOR GENERAL USE, SEALANTS FOR PAVEMENT WEATHERSTRIPPING JOINTS, SEALANTS IN THE NATURE OF CAULK, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, CARPET SEAM TAPE, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, SHOCK ABSORBING RUBBER BUFFERS FOR INDUSTRIAL MACHINERY, SLAG WOOL FOR USE AS A BUILDING INSULATOR, SLEEVES OF RUBBER FOR PROTECTING PARTS OF MACHINERY, PLASTIC SOLDERING THREADS, SOUNDPROOFING MATERIALS FOR BUILDINGS, STRAPPING TAPE, STUFFING OF RUBBER, PLASTIC SWIMMING POOL HOSES, THREADS PLASTIC SOLDERING, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, VULCANIZED FIBER WASHERS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF

RUBBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF VULCANIZED FIBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WEATHERSTRIPPING SEALANTS IN THE NATURE OF CAULK, GLASS WOOL FOR BUILDING INSULATION; EXTRUDED PLASTIC IN THE FORM OF BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR USE IN MANUFACTURING, PACKING, STOPPING AND INSULATION; NON-METAL FLEXIBLE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METALLIC BUILDING MATERIALS, NAMELY, NON-METALLIC RIGID PIPES FOR BUILDING, ASPHALT, PITCH AND BITUMEN; NON-METALLIC TRANSPORTABLE BUILDINGS, AND NON-METALLIC MONUMENTS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERCHSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, AND OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; HAIR OR CLEANING BRUSHES, NON-ELECTRIC PORTABLE COLD BOXES, FITTED PICNIC BASKETS INCLUDING DISHES; FITTED VANITY CASES, TOILET SPONGES, CHAMOIS LEATHER FOR CLEANING; COMBS; BEVERAGE GLASSWARE; PORCELAIN EGGS, DOLLS, ORNAMENTS, SCULPTURES, STATUES, STATUETTES; JARS FOR JAMS AND JELLIES; HANDLES; DOORKNOBS; FIGURES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; BUSTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; EARTHENWARE BASINS, BUSTS, DOORKNOBS, FIGURES, FIGURINES; JARS FOR JAMS AND JELLIES; MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CAMOUFLAGE NETS FOR VISUAL AND RADAR USES; COMMERCIAL FISHING NETS; COMMERCIAL NETS; FABRIC AND POLYESTER MESH NETS FOR STORING TOYS AND OTHER HOUSEHOLD ITEMS; CANVAS TARPAULINS, TENTS, TARPAULIN COVERS FOR LAND VEHICLES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: YARNS AND THREADS, FOR TEXTILE USE, IN CLASS 23 (U.S. CL. 43).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED BLANKETS, TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING OF ALL KINDS, NAMELY, PARKAS, ANORAKS, APRONS, ASCOTS, ATHLETIC UNIFORMS, BABUSHKAS, BABY BUNTING, BALLOON PANTS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHING TRUNKS, BATHROBES, BEACH COVERUPS, BEACHWEAR, BED JACKETS, GARTER BELTS, MONEY BELTS, BELTS, BERMUDA SHORTS, CLOTH BIBS, SKI BIBS, BIKINIS, BLAZERS, BLOOMERS, BLOUSES, BLOUSONS, BOAS, BODY SHAPERS, BODY SUITS, BOLEROS, BOTTOMS, BOW TIES, BOXER SHORTS, BRAS, BRASSIERES, BREECHES, BRIEFS, BUSTIERS, CAFTANS, CAMISOLES, CAPES, CARDIGANS, CASSOCKS, CHAPS, CHASUBLES, CHEMISES, CHEMISETTES, CLOTH DIAPERS, FUR COATS, LAB COATS, LEATHER COATS, OVER COATS, RAIN COATS, SPORT COATS, SUIT COATS, TOP COATS, COLLARS, COMBINATIONS, COMPETITORS NUMBERS NOT OF TEXTILE, CORSELETS, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, COVERALLS, COVERUPS, CRAVATS, CREEPERS, CUFFS, CULOTTES, CUMMERBUNDS, DICKIES, DRESS SHIELDS, DRESSES, DRESSING GOWNS, DRY SUITS, DUNGAREES, DUSTERS, ESPADRILLES, EVENING GOWNS, FISHING VESTS, FISHING WADERS, FLIGHT SUITS, FOUL WEATHER GEAR, FOUNDATION GARMENTS, FROCKS, FUR CLOAKS, FUR JACKETS, FUR STOLES, GABERDINES, GAITERS, GAUCHOS, SKI GLOVES, GLOVES, GOLF SHIRTS, NIGHT GOWNS, WEDDING GOWNS, GOWNS, GREATCOATS, GYM SHORTS, GYM SUITS, HALTER TOPS, HOODS, HOSIERY, HOUSECOATS, INFANT DIAPER COVERS, INFANTWEAR, LEATHER JACKETS, WIND RESISTANT JACKETS, JACKETS, JEANS, JERKINS, JERSEYS, JODHPURS, JOGGING SUITS, JUMPERS, JUMPSUITS, KERCHIEFS, KILTS, KIMONOS, KNEE HIGHS, KNICKERS, KNIT SHIRTS, LAYETTES, LEG WARMERS, LEGGINGS, LEOTARDS, LIGHT-REFLECTING COATS, LIGHT-REFLECTING JACKETS, LINGERIE, LOUNGEWEAR, MAILLOTS, MANTILLAS, MANTLES, MINISKIRTS, MITTENS, MUFFLERS, MUFFS, MUU MUUS, NECKERCHIEFS, NECKWEAR, NEGLIGEES, NIGHT SHIRTS, NURSES APPAREL, NAMELY, DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, OVERALLS, SHOULDER PADS FOR CLOTHING, PAJAMAS, PANTALOONS, PANTIES, SKI PANTS, SNOW PANTS, SWEAT PANTS, TAP PANTS, PANTS, PANTSUITS, PANTYHOSE, PARAMENTS, PAREU, PARKAS, PEDAL PUSHERS, PEIGNOIRS, PELERINES, PELISSES, PETTICOATS, PINAFORES, PLAY SUITS,

PLUS FOURS, POCKET SQUARES, POLO SHIRTS, PONCHOS, PULLOVERS, QUILTED VESTS, RAIN SUITS, RAINWEAR, ROBES, ROMPERS, SARIS, SARONGS, SASHES, SHAWLS, SHIFTS, SPORT SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, SHIRTS, SHORT SETS, SHORTALLS, SWEAT SHORTS, SHORTS, SINGLETS, SKI MASKS, SKI SUITS, SKI WEAR, SKIRTS, SKORTS, SLACKS, SLEEP MASKS, SLEEPWEAR, SLIPS, SMOCKS, SNOW SUITS, SNOWBOARD GLOVES, STOCKINGS, STOLES, SWEAT SUITS, VESTED SUITS, WARM-UP SUITS, WET SUITS, SUITS, SUNSUITS, SUSPENDERS, SWADDLING CLOTHES, TURTLENECK SWEA-TERS, V-NECK SWEATERS, SWEATERS, SWIM TRUNKS, SWIM WEAR, SWIMSUITS, T-SHIRTS, TAILLEURS, TANGAS, TANK TOPS, TEDDIES, TENNIS WEAR, THERMAL UNDERWEAR, TIES, TIGHT, TOGAS, TOPS, TOQUES, TRACKSUITS, TROUSERS, TUNICS, TURBANS, TURTLENECKS, TUXEDOS, UNDERCLOTHES, UNDERGAR-MENTS, UNDERPANTS, UNDERSHIRTS, UNDER-WEAR, UNIFORMS, UNITARDS, VEILS, VESTS, WAISTCOATS, WINDSHIRTS, WRAPS, ZOOT SUITS; FOOTWEAR OF ALL KINDS NAMELY, AFTER SKI BOOTS, SKI BOOT BAGS, SOCKS, ANKLETS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, BOOTIES, SKI BOOTS, BOOTS, TOE BOXES, CLEATS FOR ATTACHMENT TO SPORTS SHOES, CLOGS, GALOSHES, GOLF SHOES, HEEL INSERTS, HEELS, INNER SOLES, HEEL INSERTS, INSOLES, MOCCASINS, MUKLUKS, OVERSHOES, RUBBERS, SANDALS, SHOES, SLIPPERS, SNEAKERS, THER-MAL SOCKS, SOCKS, SNOWBOARD BOOTS, SWEATSOCKS, THERMAL SOCKS, THONGS, WA-TER SOCKS, ZORI; HEADGEAR FOR WEAR OF ALL KINDS NAMELY, BANDANAS, BANDEAUX, HEAD BANDS, BASEBALL CAPS, BATHING CAPS, BERETS, BONNETS, SHOWER CAPS, CAPS, EAR MUFFS, HATS, SUN VISORS, VISORS NECKTIES, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE, NAMELY, BOBBIN OR TRIMMING; EMBROIDERY, RIBBONS AND BRAIDS; BUTTONS, NAMELY, ORNAMENTAL, NOVELTY, PRESS, RIV-ET, SHIRT, CLOTHING, CAMPAIGN; HOOKS AND EYE FASTENERS; PINS FOR HAIR, CURLING, WAVING PINS FOR HAIR, FOR SECURING HATS, ORNAMENTAL NOVELTY, SAFETY; NEEDLES FOR SEWING; ARTIFICIAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, DOOR MATS, AND CARPETS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARA-TUS; GYMNASTIC HORIZONTAL BARS; GYMNAS-TIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLAT-FORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUG-BY BALLS, SOCCER BALLS, SPORT BALLS, BASE-

BALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EX-ERCISE TREADMILLS, EXERCISE TABLES, EXER-CISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIP-MENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MA-CHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MA-CHINES, WEIGHT LIFTING MACHINES, EXERCIS-ING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EX-ERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FEN-CING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHIL-DREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, AR-CADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MA-NIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASE-BALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WA-TERAKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEARFISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VE-HICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PAD-DING FOR PLAYING BASEBALL, FOOTBALL, ICE

HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, NAMELY MEAT, FISH, FRUIT AND VEGETABLE JELLIES; JAMS; EGGS; MILK AND MILK PRODUCTS, NAMELY, BUTTER, CHEESE, CREAM, YOGURT, POWDERED MILK FOR ALIMENTARY PURPOSES; EDIBLE OILS AND FATS; MEAT, FISH, AND VEGETABLES PRESERVES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; CEREALS, NAMELY, BREAKFAST CEREALS AND PROCESSED CEREALS; BREAD; PASTRIES; CONFECTIONERY, OF ALL KINDS; SWEETS; FLAVORED ICES; TREACLE; YEAST; BAKING POWDER; SALT FOR CONSUMPTION; MUSTARD; VINEGAR; SEASONING SAUCES; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: AGRICULTURAL, HORTICULTURAL AND FORESTRY PRODUCTS AND GRAINS, NAMELY, UNPROCESSED GRAINS FOR EATING, AGRICULTURAL GRAINS FOR PROCESSING, LIVING ANIMALS, FRESH FRUITS AND VEGETABLES, SEEDS, NAMELY, AGRICULTURAL, PLAN, WHEAT; NATURAL PLANTS, DRIED AND LIVING; FLOWERS CUT, LIVE AND DRIED; FOODS STUFFS FOR ANIMALS; MALT FOR BREWING AND DISTILLING, IN CLASS 31 (U.S. CLS. 1 AND 46).

FOR: MINERAL WATER; AERATED WATERS; SYRUPS; CONCENTRATES OR POWDERS FOR MAKING FRUIT DRINKS; NONALCOHOLIC BEVERAGES, NAMELY NONALCOHOLIC MALT BEVERAGE BEER SUBSTITUTE CONTAINING LESS THAN .005% ALCOHOL; FRUIT DRINKS; FRUIT JUICES, BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, NAMELY, WINE, LIQUORS, DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: SMOKER'S ARTICLES, NAMELY, ASHTRAYS NOT OF PRECIOUS METAL, LIGHTERS NOT OF PRECIOUS METAL, TOBACCO POUCHES, TOBACCO JARS NOT OF PRECIOUS METAL, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFORMATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES;

VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION; REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; CAR RENTAL; TAXI TRANSPORT; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: RESTAURANTS; CAFES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTELS; MOTELS; COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF FED REP GERMANY REG. NO. 39800185, DATED 7-1-1998, EXPIRES 1-31-2008.

OWNER OF U.S. REG. NOS. 617,131, 1,378,042 AND OTHERS.

SER. NO. 75-598,249, FILED 12-2-1998.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

Reg. No. 2,934,401

Registered Mar. 22, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## VOLKSWAGEN

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
BRIEFFACH 1770
D-38436 WOLFSBURG, FED REP GERMANY

FOR: LIGHTING, HEATING, STEAM GENERAT-ING, COOKING, REFRIGERATING, DRYING, VENTILATING, WATER SUPPLY AND SANITA-TION APPARATUS, NAMELY, POCKET FLASH-LIGHTS; GAS IGNITERS FOR GAS OVENS; DEFROSTERS FOR VEHICLES; HEATERS FOR DEFROSTING WINDOWS OF VEHICLES; VEHICLE HEADLIGHTS; ELECTRIC COFFEE POTS; ELEC-TRIC COFFEE PERCOLATORS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

OWNER OF FED REP GERMANY REG. NO. 39800185, DATED 7-1-1998, EXPIRES 1-31-2008.

OWNER OF U.S. REG. NOS. 2,501,202, 2,647,965 AND OTHERS.

THE ENGLISH TRANSLATION OF VOLKSWA-GEN IS PEOPLE'S CAR.

SER. NO. 76-545,549, FILED 9-17-2003.

KIM SAITO, EXAMINING ATTORNEY

**Int. Cls.: 7, 12, 16, 28, 35, 36, 37, 38, 39, 40, 41 and 42**

**Prior U.S. Cls.: 2, 5, 13, 19, 21, 22, 23, 29, 31, 34, 35, 37, 38, 44, 50, 100, 101, 102, 103, 104, 105, 106 and 107**

**Reg. No. 2,818,615**

## United States Patent and Trademark Office

Registered Mar. 2, 2004

# TRADEMARK
# SERVICE MARK
## PRINCIPAL REGISTER

## VW

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
D-38436 WOLFSBURG, FED REP GERMANY

FOR: MACHINES, NAMELY, DRILL PRESSES, MACHINING CENTERS, CUTTING MACHINES, SPRAY GUNS FOR PAINTING, DEGREASERS FOR USE IN THE FIELD OF AUTOMOBILE DISMANTLING; MACHINE TOOLS, NAMELY, ELECTRIC HAND HELD DRILLS, DERRICKS, CRANES; MOTORS, OTHER THAN FOR LAND VEHICLES; MOTOR PARTS FOR MOTORS OF ALL KINDS OTHER THAN FOR LAND VEHICLES, NAMELY, MOTOR STARTERS, MACHINE CYLINDERS, MACHINE CYLINDER HEADS, MACHINE PUMPS, CAMSHAFTS, PISTONS, FLY WHEELS, BEARINGS, VALVES, EXHAUSTS FOR ENGINES, INJECTORS FOR ENGINES, CARBURETORS FOR ENGINES FILTERS FOR CLEANING COOLING AIR, GLOW PLUGS FOR DIESEL ENGINES, ENGINE BLOCKS, INTAKE AND EXHAUST MANIFOLDS, CAMSHAFTS, CYLINDERS; MACHINE COUPLING AND TRANSMISSION COMPONENTS, NAMELY, CLUTCHES OTHER THAN FOR LAND VEHICLES SHAFT COUPLINGS NOT FOR LAND VEHICLES; JACKS, NAMELY, HYDRAULIC JACKS; AGRICULTURAL IMPLEMENTS OTHER THAN HAND-OPERATED, NAMELY, MECHANIZED LIVESTOCK FEEDERS, POWER OPERATED AGRICULTURAL IMPLEMENTS FOR ATTACHMENTS TO TRACTORS AND HARVESTERS; LAWN MOWERS INCUBATORS FOR EGGS , IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHIBIOUS AIRPLANES; AMBULANCES; ANTI-DAZZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMOBILE BODIES; AUTOMOBILE CHASSIS; AUTOMOBILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MOTORCYCLES; SLEEPING BERTHS FOR VEHICLES; BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BICYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEGMENTS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; BRAKES FOR VEHICLES; BUFFERS FOR

RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHICLE GAS TANKS; CARAVANS; RAILWAY CARRIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GROCERY CARTS; MOTORIZED GOLF CARTS; CASINGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHICLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VEHICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VEHICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VEHICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; COVERS FOR BABY CARRIAGES; CRANKCASES FOR LAND VEHICLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES, CARS, CHAINS, FRAMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIVERY TRICYCLES; RAILWAY DINING CARS; DINING CARS; DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIVING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUNNELS FOR SHIPS; GEAR BOXES FOR LAND VEHICLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; GOLF CARTS; GOODS HANDLING CARTS; HAND CARTS; HANDLE BARS FOR BICYCLES AND MOTORCYCLES; SECURITY HARNESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LADLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKILIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILITARY VEHICLES, NAMELY, ARMORED PERSONNEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPELLED ARTILLERY; MINE CART WHEELS; REARVIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUDGUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CANOES; PARACHUTES; PEDALS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVERSING ALARMS FOR VEHICLES; RIMS FOR VEHICLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIRCRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MOTORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COVERS FOR VEHICLE SAFETY SEATS FOR CHILDREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK ABSORBERS FOR AUTOMOBILES; SHOCK ABSORBING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SKI LIFTS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPRINKLING TRUCKS; STANDS FOR BICYCLES, MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTOMOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARATUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON-SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHICLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANSPORT APPARATUS AND INSTALLATIONS NAMELY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES;

TRICYCLES; TRICYCLE CARRIER; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WINDOWS FOR VEHICLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPECIALLY IN SCIENCE AND TECHNOLOGY; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARATUS; GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLATFORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUGBY BALLS, SOCCER BALLS, SPORT BALLS, BASEBALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, BOXING GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATER SKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEARFISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURFBOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION AD-

VERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL, BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES; BUSINESS MANAGEMENT, PERSONNEL PLACEMENT AND RECRUITMENT, PERSONNEL MANAGEMENT AND CONSULTATION, BUSINESS MANAGEMENT AND CONSULTATION, PUBLIC RELATIONS, ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFORMATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION; VEHICLE REPAIR; VEHICLE SER-

VICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; TAXI TRANSPORT, CAR TRANSPORT, ARRANGING TRAVEL TOURS; RENTAL OF VEHICLES, NAMELY, AUTOMOBILES, VANS, TRUCKS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES; TRANSPORTATION OF PASSENGERS AND/OR GOODS BY BUS; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: RESTAURANTS; CAFES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTELS; MOTELS; COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN

THE FIELD OF COMPUTER HARDWARE; PSY-CHOLOGICAL TESTING; RENTAL OF COMPUTER SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 39930000.7/1,

FILED 5-6-1999, REG. NO. 39930000, DATED 7-16-1999, EXPIRES 5-31-2009.

OWNER OF U.S. REG. NOS. 653,695 AND 790,959.

SER. NO. 75-843,574, FILED 11-8-1999.

JEFF DEFORD, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,019,808**

**Registered Aug. 16, 2016**

**Int. Cl.: 11**

**Trademark**

**Principal Register**

Volkswagen Aktiengesellschaft (GERMANY JOINT STOCK COMPANY)
Berliner Ring 2
38440 Wolfsburg
FED REP GERMANY

CLASS 11: Apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating, water supply and sanitary purposes, namely, pocket flashlights; gas igniters for gas ovens; chimney flues and installations for conveying exhaust gases, namely, exhaust hoods for kitchens, ventilating exhaust fans; sun tanning appliances, namely, tanning beds, tanning booths; sanitary installations, namely, steam rooms; water supply and sanitation equipment, namely, urinals, metered valves; oil and gas burners for industrial, commercial and domestic use; heating boilers; lighting reflectors; food and beverage cooking, heating, cooling and treatment equipment, namely, refrigerators, microwave ovens, electric cooking ovens; fireplaces; air and water filters for industrial and household use; industrial treatment installations, namely, gas cleaners and purifiers; chemical processing equipment, namely, distillers, evaporators and recuperators; industrial installations for filtering liquids, namely, water filtering apparatus; installations for the collection of gases, namely, gas scrubbers, separators for the cleaning and purification of gases; installations for the collection of liquids, namely, marine sewage holding tanks; launders for trapping impurities in molten metal; biological fermentation reactors for clarifying industrial effluents, namely, percolating fermenters and dry fermenters; apparatus for dehydrating food waste; drying installations, namely, clothes drying machines, drying apparatus for use in heating, ventilation systems, air conditioning systems and refrigeration systems; refrigerating and freezing machines; regulating and safety accessories for water and gas installations, namely, pressure regulators; nuclear installations, namely, nuclear reactors, nuclear generators; ambient heating, ventilating and air conditioning and purification equipment, namely, electric space heaters, air conditioners; lighting apparatus, namely, lighting installations; lamps; light-emitting diodes (LED) lighting apparatus for vehicles; lighting installations for air vehicles; lighting apparatus for vehicles; light bulbs for directional signals for vehicles; anti-glare devices specially adapted for lights for vehicles; anti-dazzle devices specially adapted for lights for automobiles; electric torches for lighting; arc lamps; electric coffee machines; electric fans for personal use; electric discharge tubes for lighting; bicycle lights; vehicle lights and structural parts therefor; vehicle reflectors and structural parts therefor; vehicle headlights, and structural parts therefor; sockets for electric lights; friction lighters for igniting gas; light bulbs; electric light bulbs; incandescent burners for lamps; filaments for electric lamps; miners' lamps; space heating apparatus for solid, liquid or gaseous fuels; electric heating apparatus, namely, electric space heaters, electric heaters for babies' bottles ; heating installations; heaters for vehicles; air conditioning installations; air conditioning apparatus;



Director of the United States
Patent and Trademark Office

refrigerators; air conditioners for vehicles; electric lamps; gas lamps; lamp glasses; lamp mantles; lamp globes; lamp chimneys; lamp shades; lampshade holders; luminous tubes for lighting; discharge tubes, electric, for lighting; light diffusers; space heating apparatus, namely, air reheaters; filters for air conditioning; air filtering installations; deodorising apparatus, not for personal use, namely, electric air deodorizers; defrosters for vehicles; vehicle climate-control system for ventilation and air-conditioning; heating apparatus for defrosting windows of vehicles; air cooling apparatus; air purifying apparatus and machines; germicidal lamps for purifying air; spa baths in the nature of heated pools; air sterilizers; air driers, namely, dryers for the removal of water vapor from compressed air, portable electric warm air dryers, dehumidifiers; air-conditioning and ventilation instruments and apparatus; lamp reflectors; safety lamps; solar collectors for heating; pocket torches, electric, for lighting; ultraviolet ray lamps, not for medical purposes; solar energy water heaters; radiators, electric

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-14-2014 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1272004 DATED 11-13-2014, EXPIRES 11-13-2024

SER. NO. 79-175,652, FILED 11-13-2014

ANDREW C LEASER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# VW AG

**Reg. No. 4,177,648**

**Registered July 24, 2012**

**Int. Cls.: 4, 6, 7, 9, 11 and 12**

**TRADEMARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY JOINT STOCK COMPANY)
38436 WOLFSBURG
FED REP GERMANY

FOR: INDUSTRIAL GREASE AND OIL; LUBRICANTS FOR AUTOMOBILES; DUST LAYING COMPOSITIONS FOR USE ON UNPAVED ROADS; FUEL, NAMELY, MOTOR FUEL, LIGHTING FUEL; CANDLES, WICKS FOR CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: COMMON METALS AND THEIR ALLOYS; TRANSPORTABLE BUILDINGS OF METAL; RAILWAY MATERIAL OF METAL; CABLES AND WIRES OF METAL, NON-ELECTRIC; IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS; LICENSE PLATES OF METAL; SIGNBOARDS OF METAL; METAL WHEEL CLAMPS (DENVER BOOTS); RINGS OF COMMON OF METAL FOR KEYS; EMPTY TOOL BOXES OF METAL; EMPTY TOOL CHESTS OF METAL; TUBES OF METAL; METAL SAFES; METAL ORES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: METAL, WOOD, PLASTICS WORKING MACHINES, MACHINES FOR PRODUCTION, REPAIR AND DISMANTLING OF LAND, AIR AND WATER VEHICLES, FOR THE CHEMICAL INDUSTRY, FOR AGRICULTURE, FOR MINING, FOR THE TEXTILE INDUSTRY, FOR THE FOOD INDUSTRY, FOR THE BEVERAGE INDUSTRY, FOR THE CONSTRUCTION INDUSTRY, FOR THE PACKAGING INDUSTRY; MOTORS, OTHER THAN FOR LAND VEHICLES; MOTOR PARTS FOR MOTORS OF ALL KIND, NAMELY, MOTOR STARTERS, MACHINE CYLINDERS, MACHINE CYLINDER HEADS, MACHINE PUMPS, PISTONS, FLYWHEELS, BEARINGS, VALVES, EXHAUSTS FOR ENGINES, INJECTORS FOR ENGINES, GLOW PLUGS FOR DIESEL ENGINES, CARBURETORS FOR ENGINES; ELECTRIC MOTORS, NOT FOR LAND VEHICLES; PARTS FOR ELECTRIC MOTORS OF ALL KIND, NAMELY, ALTERNATORS, ARMATURES, MOTOR BRUSHES, COILS; FILTERS FOR CLEANING COOLING AIR FOR ENGINES; GLOW PLUGS FOR DIESEL ENGINES; MACHINE COUPLINGS AND TRANSMISSIONS, EXCEPT FOR LAND VEHICLES; CLUTCHES, OTHER THAN FOR LAND VEHICLES; PADS OF MACHINE COUPLINGS AND TRANSMISSIONS, NAMELY, TRANSMISSION BELTS, CLUTCHES FOR MACHINES OTHER THAN FOR LAND VEHICLES; POWER-OPERATED JACKS; MOTORIZED LAWN MOWERS; AGRICULTURAL IMPLEMENTS OTHER THAN HAND-OPERATED, NAMELY, CULTIVATORS, HARVESTERS, DISK HARROWS, SEEDERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

**Reg. No. 4,177,648**

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATO-GRAPHIC,OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING (SUPERVISION), LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, CONTACT LENSES, SPECTACLES, SPECTACLE CASES, BINOCULARS, MAGNIFYING GLASSES, SUNGLASSES, SIMULATORS FOR STEERING AND CONTROLLING VEHICLES, VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, VEHICLE BREAKDOWN WARNING LAMPS, CIGAR LIGHTERS FOR AUTOMOBILES, ELECTRIC BATTERIES AND THEIR PARTS, ELECTRIC ACCUMULATORS AND THEIR PADS, FUEL CELLS AND THEIR PARTS, CHARGERS FOR ELECTRIC BATTERIES, BURGLAR ALARMS, ANTI-THEFT ALARMS, FIRE ALARMS, SMOKE ALARMS, GAS ALARMS,SPEED INDIC-ATORS, GRADUATED RULERS, MEASURING APPARATUS AND MEASURING INSTRU-MENTS, NAMELY, REVOLUTION COUNTERS; REVOLUTION COUNTERS, ELECTRONIC CONTROL MECHANISMS AND POWER AND VOLTAGE SUPPLY UNITS FOR VEHICLE HEADLIGHTS AND THEIR PARTS, CONTROL MECHANISMS AND POWER AND VOLTAGE SUPPLY UNITS FOR VEHICLE LIGHTS AND THEIR PADS, ELECTRONIC CONTROLS FOR INTERNAL COMBUSTION ENGINES AND ELECTRIC MOTORS FOR LAND VEHICLES, LIFE SAVING APPARATUS AND EQUIPMENT, NAMELY, LIFE-SAVING RAFTS, FIRE ESCAPE LADDERS, SAFETY NETS, SAFETY TARPAULINS, LIFE BELTS, LIFE BUOYS, LIFE JACKETS, ACID HYDROMETERS, FUSES,ELECTRIC RELAYS, LASERS NOT FOR MEDICAL PURPOSES, LASER POINTERS, REMOTE CONTROLLING APPARATUS FOR RADIOS, TELEVISION AND STEREOS; SOLAR BATTERIES, COMPASSES, NAVIGATION SYSTEMS,SPIRIT LEVELS, BALANCING APPARATUS, NAMELY, TIRE BALANCING MACHINES FOR LAND VEHICLES; APPARATUS AND INSTRUMENTS FOR CONDUCTING, SWITCHING, TRANSFORMING, ACCUMULATING, REGULATING AND CONTROLLING ELECTRICITY;APPARATUS FOR RECORDING, TRANSMISSION AND/OR REPRODUCTION OF SOUND AND IMAGES, AERIALS RADIOS, TELEVISION APPARATUS FOR PROJECTION PURPOSES, TELEPHONE APPARATUS, VIDEO TELEPHONES, PROJECTION APPARAT-US,CINEMATOGRAPHIC CAMERAS, CAMERAS (PHOTOGRAPHY), PHOTOCOPIERS, ELECTRONIC TRANSLATION APPARATUS, POCKET TRANSLATORS, ELECTRONIC, EXPOSED FILMS; MAGNETIC, ELECTRONIC AND OPTICAL DATA CARRIERS EXCEPT UNEXPOSED FILMS, RECORDING DISCS, ENCODED MAGNETIC CARDS,INTEGRATED CIRCUIT CARDS (SMART CARDS), MAGNETICALLY ENCODED TELEPHONE CARDS; AUTOMATIC VENDING MACHINES, MECHANISMS FOR COIN OPERATED APPARATUS; AUTOMATIC BANKING MACHINES; CASH REGISTERS, CALCULATORS, DATA PRO-CESSING APPARATUS, COMPUTERS, ELECTRONIC CALENDARS AND ORGANIZERS, FACSIMILE APPARATUS, COMPUTER MONITORS, COMPUTER PERIPHERAL DEVICES,POCKET CALCULATORS; RECORDED AND DOWNLOADABLE COMPUTER PROGRAMS AND SOFTWARE AND COLLECTED DATA RECORDED ON DATA CARRIERS IN THE FIELD OF AUTOMOBILES RECORDED ON DATA CARRIERS FOR USE IN DATA BASE MANAGEMENT; FIRE EXTINGUISHERS; AMUSEMENT APPARATUS AND APPAR-ATUS FOR GAMES ADAPTED FOR USE WITH EXTERNAL SCREENS OR MONITORS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: APPARATUS FOR LIGHTING, HEATING, STEAM GENERATING, COOKING, REFRI-GERATING, DRYING, VENTILATING, WATER SUPPLY AND SANITARY PURPOSES, NAMELY, POCKET FLASHLIGHTS, GAS IGNITERS FOR GAS OVENS, CLIMATE CONTROL SYSTEMS FOR AUTOMOBILES CONSISTING OF AIR CONDITIONERS FOR AUTOMO-BILES, VENTILATION SYSTEMS FOR AUTOMOBILES, DEFROSTERS FOR VEHICLES, HEATERS FOR DEFROSTING WINDOWS OF VEHICLES, VEHICLE HEADLIGHTS, ELECTRIC COFFEE MAKERS, POTS AND PERCOLATORS, VEHICLE BREAKDOWN WARNING LAMPS; LIGHTING APPARATUS AND INSTALLATIONS, NAMELY, LIGHTING INSTALLATIONS; LAMPS; ELECTRIC TORCHES FOR FIGHTING; ARC LAMPS; ELECTRIC COFFEE MACHINES; ELECTRIC FANS FOR PERSONAL USE; ELECTRIC DISCHARGE TUBES FOR LIGHTING; BICYCLE LIGHTS; VEHICLE LIGHTS AND THEIR PADS; VEHICLE REFLECTORS AND THEIR PADS; VEHICLE HEADLIGHTS AND THEIR PADS; SOCKETS FOR ELECTRIC LIGHTS; ELECTRIC LIGHTERS FOR IGNITING GAS; LIGHT BULBS; LIGHT BULBS, ELECTRIC; INCANDESCENT BURNERS; FILAMENTS FOR ELECTRIC LAMPS; MINERS' LAMPS; AIR CONDITIONING INSTALLATIONS; AIR CONDITIONING APPAR-

**Reg. No. 4,177,648** ATUS; REFRIGERATORS; ELECTRIC LAMPS: LAMP GLASSES; LAMP MANTLES; LAMP GLOBES; LAMP CHIMNEYS.; LAMP SHADES; LAMPSHADE HOLDERS; LUMINOUS TUBES FOR LIGHTING; DISCHARGE TUBES, ELECTRIC, FOR LIGHTING; LIGHT DIFFUSERS; ELECTRIC AIR DEODORIZERS; AIR REHEATERS; FILTERS FOR AIR CONDITIONING AIR FILTERING INSTALLATIONS; AIR COOLING APPARATUS; AIR PURIFYING APPARATUS AND MACHINES; GERMICIDAL LAMPS FOR PURIFYING AIR; SPA BATHS VESSELS; AIR STERILIZERS; AIR DRIERS, NAMELY, PORTABLE ELECTRIC WARM AIR DRYER; AIR CONDITIONING AND VENTILATION INSTALLATIONS AND APPARATUS; LAMP REFLECTORS; SAFETY LAMPS; SOLAR COLLECTORS HEATING; ELECTRIC POCKET TORCHES; ULTRAVIOLET RAY LAMPS, NOT FOR MEDICAL PURPOSES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: VEHICLES, FOR LOCOMOTION BY LAND, AIR AND/OR WATER ARID THEIR STRUCTURAL PARTS; MOTORIZED LAND VEHICLES AND THEIR STRUCTURAL PARTS; TRAILERS AND SEMI TRAILERS FOR VEHICLES AND THEIR STRUCTURAL PARTS; ENGINES FOR LAND VEHICLES; RIMS FOR LAND VEHICLE WHEELS; ALARM SYSTEMS FOR VEHICLES; ANTI-THEFT DEVICES FOR VEHICLES; ALARM SYSTEMS FOR MOTORIZED LAND VEHICLES; ANTI-THEFT DEVICES FOR MOTORIZED LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 1095559 DATED 3-17-2011, EXPIRES 3-17-2021.

OWNER OF U.S. REG. NOS. 790,959, 3,485,367 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AG", APART FROM THE MARK AS SHOWN.

SER. NO. 79-104,474, FILED 3-17-2011.

DAVID TAYLOR, EXAMINING ATTORNEY

Int. Cls.: **12, 28, 35 and 37**

Prior U.S. Cls.: **19, 21, 22, 23, 31, 35, 38, 44, 50, 100, 101, 102, 103 and 106**

Reg. No. 3,561,405

## United States Patent and Trademark Office

Registered Jan. 13, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# ROUTAN

VOLKSWAGEN AG (FED REP GERMANY JOINT STOCK COMPANY)
38436 WOLFSBURG, FED REP GERMANY

FOR: VEHICLES FOR LOCOMOTION BY LAND, AIR OR WATER, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, NAMELY, LIGHT LORRIES, LORRIES FOR MINES, TRAILERS, BUSSES, TRAINS BEING RAIL VEHICLES, LOCOMOTIVES, BICYCLES, TRICYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES, AND STRUCTURAL PARTS FOR ALL OF THE AFORESAID GOODS; ENGINES AND ELECTRIC MOTORS FOR LAND VEHICLES; TIRES FOR VEHICLE WHEELS; RIMS FOR VEHICLE WHEELS; COMPLETE AUTOMOBILE WHEELS AND STRUCTURAL PARTS THEREFORE, NAMELY, WHEEL HUBS, WHEEL SUSPENSIONS AND WHEEL BEARINGS; MOTOR-DRIVEN VEHICLES FOR CHILDREN, NAMELY, GO-CARTS; MOTORIZED SCOOTERS FOR CHILDREN, MOTOR-DRIVEN AUTOMOBILES FOR CHILDREN NOT BEING TOYS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: SCALE MODEL VEHICLES, SCALE MODEL AUTOMOBILES AND TOY AUTOMOBILES; NON-MOTORIZED TOY VEHICLES FOR CHILDREN, NON-MOTORIZED SCOOTERS BEING TOYS FOR CHILDREN; PLAYING CARDS, STUFFED TOY ANIMALS AND OTHER STUFFED TOYS; APPARATUS FOR ELECTRONIC GAMES, INCLUDING APPARATUS FOR VIDEO GAMES, OTHER THAN THOSE ADAPTED FOR USE WITH EXTERNAL SCREENS OR MONITORS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: RETAIL AND WHOLESALE STORE SERVICES FEATURING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE SERVICES, NAMELY, MAIL ORDER SERVICES FEATURING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; ONLINE RETAIL AND WHOLESALE STORE SERVICES FEATURING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE STORE SERVICES PROVIDED VIA TELEPHONE FEATURING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; THE BRINGING TOGETHER, EXCLUDING THE TRANSPORT THEREOF, OF A VARIETY OF MOTOR VEHICLES AND PARTS AND FITTINGS THEREFOR, FOR THE BENEFIT OF OTHERS, THEREBY ENABLING CUSTOMERS TO VIEW AND PURCHASE THE GOODS IN A RETAIL OUTLET; NEGOTIATION OF CONTRACTS FOR THE BENEFIT OF OTHERS ABOUT SALE AND PURCHASE OF MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; FRANCHISING, NAMELY, CONSULTANCY AND ASSISTANCE IN ORGANIZATION AND MANAGEMENT OF RETAIL AND BUSINESS COMPANIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: RECONSTRUCTION, REPAIR, SERVICING, DISMANTLING, CLEANING, MAINTENANCE AND VARNISHING OF VEHICLES AND THEIR PARTS AND MOTORS AND THEIR PARTS, VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICES; REFINEMENT AND TUNING OF AUTOMOBILES, NAMELY, VEHICLE DETAILING; CUSTOMIZATION OF AUTOMOBILES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 7-25-2007 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0964158 DATED 12-13-2007, EXPIRES 12-13-2017.

SER. NO. 79-053,769, FILED 12-13-2007.

THE WORDING "ROUTAN" HAS NO MEANING IN A FOREIGN LANGUAGE.

MYRIAH HABEEB, EXAMINING ATTORNEY

Int. Cls.: **12, 14, 16, 18, 25, 28, 35 and 37**

Prior U.S. Cls.: **1, 2, 3, 5, 19, 21, 22, 23, 27, 28, 29, 31, 35, 37, 38, 39, 41, 44, 50, 100, 101, 102, 103 and 106**

Reg. No. 3,431,414

## United States Patent and Trademark Office

Registered May 20, 2008

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

# TIGUAN

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY JOINT STOCK COMPANY)
38436 WOLFSBURG
FED REP GERMANY

FOR: VEHICLES FOR LOCOMOTION BY LAND, AIR AND WATER, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, NAMELY, LIGHT LORRIES AND LORRIES FOR MINES, TRAILERS, BUSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, VEHICULAR HOT AIR BALLOONS AND DIRIGIBLE BALLOONS, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES, AND STRUCTURAL PARTS FOR ALL OF THE AFORESAID GOODS; ENGINES FOR LAND VEHICLES; TIRES FOR VEHICLE WHEELS; RIMS FOR VEHICLE WHEELS; COMPLETE AUTOMOBILE WHEELS AND STRUCTURAL PARTS THEREFORE, NAMELY, INNER TUBES, VALVES; MOTOR-DRIVEN VEHICLES FOR CHILDREN, NAMELY, GO-CARTS; MOTORIZED SCOOTERS FOR CHILDREN, EXCLUDING TOY SCOOTERS; MOTOR-DRIVEN RIDE-ON AUTOMOBILES FOR CHILDREN NOT TOYS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAMELY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS, HAT ORNAMENTS, SHOE ORNAMENTS, BOWLS, BRACELETS, CANDLE HOLDERS, FIGURINES, BELT BUCKLES FOR CLOTHING; JEWELRY, NAMELY, TIE PINS, CUFFLINKS, PINS BEING JEWELRY, KEY RINGS IN THE NATURE OF TRINKETS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, WRISTWATCHES AND STOPWATCHES AND POCKET WATCHES, CASES FOR CLOCK-AND WATCHMAKING; PRECIOUS STONES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PRINTED MATTER, NAMELY, BOOKS, NAMELY, ADDRESS BOOKS, COLORING BOOKS, EXERCISE BOOKS, SERIES OF NON-FICTION BOOKS IN THE FIELD OF AUTOMOBILES AND MECHANICAL ENGINEERING, GENERAL FEATURE MAGAZINES; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; PAINTBRUSHES; TYPEWRITERS, PENS, PENCILS AND OFFICE ARTICLES EXCLUDING FURNITURE, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, NAMELY, RUBBER STAMPS, INK STAMPS, DRAWING BOARDS, LETTER OPENERS, ENVELOPE SEALING MACHINES; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN THE FIELD OF AUTOMOTIVE SCIENCE AND TECHNOLOGY AND HISTORY; PACKAGING MATERIAL MADE OF PLASTICS, NAMELY, PLASTIC BAGS, PLASTIC BUBBLE PACKS; PRINTERS' TYPE; PRINTING BLOCKS; ATLASES, CALENDARS, GEOGRAPHICAL MAPS, BALL-POINT PENS AND PENCILS, FLAGS OF PAPER, TABLE NAPKINS OF PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, BRIEFCASES, HANDBAGS, KEY CASES, NAMELY, BUSINESS CASES, EXECUTIVE CARRYING CASES FOR DOCUMENTS; BAGS, NAMELY, SPORTS BAGS, BARREL BAGS, TRAVELING BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS; SKINS, NAMELY, ANIMAL SKINS, RAW SKINS AND FUR; TRUNKS IN THE NATURE OF LUGGAGE; UMBRELLAS, PARASOLS; WHIPS, HARNESS FOR ANIMALS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, FOOTWEAR, AND HEAD-GEAR, NAMELY, TROUSERS, PANTS, T-SHIRTS, POLO-SHIRTS, COATS, JACKETS, COMBINATIONS IN THE NATURE OF CLOTHING, CAPS, GLOVES, FOOTWEAR, SHOES, NECKERCHIEFS, NECKTIES, SCARVES, SHAWLS , IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES AND PLAYTHINGS, NAMELY, TOY BUILDING BLOCKS, BUILDING GAMES, NAMELY, TOY BUILDING BLOCKS, BALLS, NAMELY, SPORTS BALLS, BASKETBALLS, RUB-BER BALLS, BOARD GAMES, NAMELY, CHECK-ERS, PLAYING CARDS, SCALE MODEL VEHICLES, NAMELY, AND SCALE MODEL AUTOMOBILES AND TOY MODEL AUTOMOBILES; GYMNASTIC AND SPORTING ARTICLES, NAMELY, TENNIS RACKETS, GYMNASTIC TRAINING STOOLS, GYMNASTIC PARALLEL BARS, GYMNASTIC VAULTING HORSES, GYMNASTIC BALLS; STUFFED TOY ANIMALS AND PLUSH TOYS, APPARATUS FOR ELECTRONIC GAMES OTHER THAN THOSE ADAPTED FOR USE WITH TELEVI-SION RECEIVERS ONLY, NAMELY, ARCADE TYPE ELECTRONIC EDUCATION VIDEO GAMES, ELECTRONIC DART GAMES, AND HANDHELD UNITS FOR PLAYING ELECTRONIC GAMES; OR-NAMENTS FOR CHRISTMAS TREES, EXCEPT IL-LUMINATION ARTICLES AND CONFECTIONERY; KALEIDOSCOPES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: RETAIL STORE AND WHOLESALE STORE SERVICES FEATURING MOTOR VEHICLES AND PARTS AND FITTINGS THEREFORE, RETAIL MAIL-ORDER SERVICES FEATURING MOTOR VEHICLES AND PARTS AND FITTINGS THERE-FORE, ONLINE RETAIL STORE AND WHOLESALE STORE SERVICES FEATURING MOTOR VEHICLES AND PARTS AND FITTINGS THEREFORE, PRO-VIDING HOME SHOPPING RETAIL SERVICES IN THE FIELD OF MOTOR VEHICLES AND PARTS AND FITTINGS THEREFORE; BRINGING TOGE-THER, BUT NOT TRANSPORTING, A VARIETY OF MOTOR VEHICLES AND PARTS AND FITTINGS THEREFORE FOR THE BENEFIT OF OTHERS, THEREBY ENABLING CUSTOMERS TO VIEW AND PURCHASE THE GOODS; NEGOTIATION OF COMMERCIAL TRANSACTIONS FOR OTHERS FOR THE SALE AND PURCHASE OF MOTOR VEHICLES AND PARTS AND FITTINGS THERE-FORE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: RECONSTRUCTION, REPAIR, SERVICING, DISMANTLING, CLEANING, MAINTENANCE AND VARNISHING OF VEHICLES AND THEIR PARTS AND MOTORS AND THEIR PARTS; VEHI-CLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE; REFINISHING OF AUTO-MOBILES; AUTOMOBILE MAINTENANCE IN THE NATURE OF TUNING OF AUTOMOBILE EN-GINES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 2-7-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0907978 DATED 7-18-2006, EXPIRES 7-18-2016.

SER. NO. 79-032,677, FILED 7-18-2006.

MARY MUNSON, EXAMINING ATTORNEY

**Int. Cls.: 12, 28 and 37**

**Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44, 50, 100, 103 and 106**

**Reg. No. 2,682,428**

## United States Patent and Trademark Office

Registered Feb. 4, 2003

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## TOUAREG

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
D-38436 WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AUTOMATIC GUIDED VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; PARTS FOR AUTOMATIC GUIDED VEHICLES, NAMELY, AUTOMATIC CONTROL MECHANISMS FOR AUTOMATIC GUIDED VEHICLES CONSISTING OF COMPUTERS, COMPUTER SOFTWARE AND MECHANICAL EQUIPMENT WHICH WORK IN COMBINATION TO AUTOMATICALLY STEER, CONTROL, AND GUIDE SUCH VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: GAMES, NAMELY, BOARD GAMES, CARD GAMES, HAND HELD UNITS FOR PLAYING VIDEO GAMES; PLAYTHINGS, NAMELY, SWING SETS, PLAY SETS FOR DOLLS; GYMNASTICS AND SPORTING ARTICLES, NAMELY, GYMNASTIC HORIZONTAL BARS, GYMNASTIC PARALLEL BARS, GYMNASTIC TRAINING STOOLS, GYMNASTIC VAULTING HORSES; SCALE MODEL VEHICLES, NAMELY, SCALE MODEL CARS, SPORTS BALLS, PLUSH TOYS, SWIMMING FLIPPERS, WATER WING SWIM AIDS FOR RECREATIONAL USE, CHRISTMAS TREE ORNAMENTS EXCEPT ILLUMINATION ARTICLES AND CONFECTIONERY, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: CONSTRUCTION, REPAIR, DISMANTLING AND MAINTENANCE OF VEHICLES IN THE NATURE OF VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE, CLEANING, SERVICING AND VARNISHING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 30048841.6/1, FILED 6-30-2000, REG. NO. 30048841, DATED 8-18-2000, EXPIRES 6-30-2010.

SER. NO. 76-183,256, FILED 12-18-2000.

DAYNA BROWNE, EXAMINING ATTORNEY

Int. Cls.: **12, 28 and 37**

Prior U.S. Cls.: **19, 21, 22, 23, 31, 35, 38, 44, 50, 100, 103 and 106**

Reg. No. 2,411,743

## United States Patent and Trademark Office

Registered Dec. 12, 2000

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## JETTA

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
D-38436, WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.
FOR: TOY AUTOMOBILE VEHICLES AND SCALE MODEL TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3–0–1993; IN COMMERCE 3–0–1993.
FOR: REPAIR AND MAINTENANCE OF MOTOR VEHICLES AND EMERGENCY MOTOR VEHICLE ROAD REPAIR SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).
FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.
OWNER OF U.S. REG. NO. 1,176,044.

SER. NO. 75–530,525, FILED 8–4–1998.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cls.: **12, 28 and 37**

Prior U.S. Cls.: **19, 21, 22, 23, 31, 35, 38, 44, 50, 100, 103 and 106**

Reg. No. 2,411,743

# United States Patent and Trademark Office

Registered Dec. 12, 2000

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## JETTA

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
D-38436, WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.

FOR: TOY AUTOMOBILE VEHICLES AND SCALE MODEL TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3–0–1993; IN COMMERCE 3–0–1993.

FOR: REPAIR AND MAINTENANCE OF MOTOR VEHICLES AND EMERGENCY MOTOR VEHICLE ROAD REPAIR SERVICES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 0–0–1980; IN COMMERCE 0–0–1980.

OWNER OF U.S. REG. NO. 1,176,044.

SER. NO. 75–530,525, FILED 8–4–1998.

EDWARD NELSON, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

Reg. No. 1,540,381

## United States Patent and Trademark Office   Registered May 23, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## GTI

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION) POSTFACH, 3180 WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILE AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

FIRST USE 0–0–1976; IN COMMERCE 10–0–1982.

SER. NO. 688,458, FILED 10-7-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

## United States Patent and Trademark Office

Reg. No. 1,468,206
Registered Dec. 8, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## PASSAT

VOLKSWAGEN ATKIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
POSTFACH
WOLFSBURG, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).

OWNER OF FED REP GERMANY REG. NO. 905468, DATED 5–16–1973, EXPIRES 3–30–1993.

SER. NO. 658,177, FILED 4–29–1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,361,724
Registered Sep. 24, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## GOLF

VOLKSWAGENWERK AKTIENGESELL-
SCHAFT (FED REP GERMANY CORPORA-
TION)
WOLFSBURG, FED REP GERMANY , ASSIGN-
EE OF VOLKSWAGEN OF AMERICA, INC.
(NEW JERSEY CORPORATION) TROY, MI
48099

FOR: AUTOMOBILES AND STRUCTURAL
PARTS THEREFOR, IN CLASS 12 (U.S. CL. 19).

FIRST USE 6-0-1974; IN COMMERCE
9-30-1983.

THE ENGLISH TRANSLATION OF THE
GERMAN WORD "GOLF" IS "GULF".

SER. NO. 448,429, FILED 10-17-1983.

DAVID H. STINE, EXAMINING ATTORNEY

**Int. Cls.: 8, 9, 11, 14, 16, 18, 20, 21, 24, 25, 26, 28 and 30**

**Prior U.S. Cls.: 2, 3, 9, 13, 14, 19, 21, 22, 23, 26, 27, 28, 32, 33, 34, 37, 38, 39, 40, 41, 42, 46 and 50**

Reg. No. 1,883,332

**United States Patent and Trademark Office**

Registered Mar. 14, 1995

## TRADEMARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY COMPANY)
WOLFSBURG, FED REP GERMANY

FOR: COMPACT HAND TOOL KITS, COMPRISED OF SCREW DRIVERS; SWISS ARMY KNIVES; AND ICE SCRAPERS , IN CLASS 8 (U.S. CL. 23).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: SUNGLASSES; DECORATIVE AND INFORMATIONAL MAGNETS; EMERGENCY REFLECTORS FOR USE ON VEHICLES, IN CLASS 9 (U.S. CLS. 14, 19, 21 AND 26).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: FLASHLIGHTS; PENLIGHTS; EMERGENCY ROAD KITS, COMPRISED OF FLARES AND FLARE LAUNCHERS, IN CLASS 11 (U.S. CLS. 9, 21 AND 34).

FIRST USE 1–0–1993; IN COMMERCE 5–0–1993.

FOR: CHRONOMETER WATCHES; CUFF LINKS; PRECIOUS METAL LAPEL PINS; WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 10–0–1984; IN COMMERCE 1–0–1985.

FOR: FOUR-COLOR PAPER CUBES; PLAYING CARDS; PENS; COLORING BOOKS; ROAD ATLASES, IN CLASS 16 (U.S. CLS. 22, 37 AND 38).

FIRST USE 10–0–1984; IN COMMERCE 1–0–1985.

FOR: LUGGAGE SETS; LEATHER DESK FOLDERS, WITH AND WITHOUT A CALCULATOR; LEATHER PASSPORT CASES; LEATHER BUSINESS CARD CASES; LEATHER PHOTO CASES; LEATHER LUGGAGE TAGS; UMBRELLAS, BOTH FOLDING GOLF STYLE AND SCALLOPED EDGE STYLE; CANVAS TOTE BAGS; BARREL TOTE BAGS, IN CLASS 18 (U.S. CLS. 2, 3, 41 AND 50).

FIRST USE 10–0–1984; IN COMMERCE 1–0–1985.

2           **1,883,332**

FOR: STADIUM CUSHIONS; PLASTIC KEY TAGS; PLASTIC FLAGS; PLASTIC KEY FOBS, IN CLASS 20 (U.S. CLS. 13, 32 AND 50).

FIRST USE 1-0-1993; IN COMMERCE 5-0-1993.

FOR: COMMEMORATIVE DRINKING GLASSES; BEVERAGE COOLERS; FOAM HOLDERS FOR BEVERAGE CANS; JUGS; TRAVEL MUGS; COFFEE MUGS; BOTTLE OPENERS, IN CLASS 21 (U.S. CLS. 2, 23 AND 33).

FIRST USE 10-0-1984; IN COMMERCE 1-0-1985.

FOR: GOLF TOWELS; BEACH TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 1-0-1993; IN COMMERCE 5-0-1993.

FOR: APPAREL, NAMELY SOCKS; HEAD-BAND/WRISTBAND SETS; CLOTH BABY BIBS; SHIRTS; SWEATERS; SWEATSHIRTS, T-SHIRTS; JACKETS; SHORTS; WARM-UP SUITS; CUSTOM PANTS; GOLF GLOVES; CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1984; IN COMMERCE 1-0-1985.

FOR: SHOE LACES; EMBROIDERED EMBLEMS, BELT BUCKLES NOT MADE OF PRECIOUS METAL, IN CLASS 26 (U.S. CL. 40).

FIRST USE 1-0-1993; IN COMMERCE 5-0-1993.

FOR: GOLF BALLS; DIVOT FIXERS; GOLF TEES AND MARKER SETS; TOY FLYING DISCS; YO-YOS; GOLF BAG COVERS; BALLOONS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 1-0-1993; IN COMMERCE 5-0-1993.

FOR: LOLLIPOPS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-0-1993; IN COMMERCE 5-0-1993.

OWNER OF U.S. REG. NOS. 631,649, 1,485,056 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTERS "VW" WITHIN CONCENTRIC CIRCLES.

SER. NO. 74–417,830, FILED 7-28–1993.

STEVEN R. FINE, EXAMINING ATTORNEY

**Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107**

Reg. No. 2,987,620

## United States Patent and Trademark Office

Registered Aug. 23, 2005

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
D-38436 WOLFSBURG
FED REP GERMANY

FOR: CHEMICALS USED IN INDUSTRY, SCIENCE, PHOTOGRAPHY, HORTICULTURE AND FORESTRY, NAMELY, CATALYSTS; CHLORINE, MINERAL FILTERING MATERIALS, UNPROCESSED CELLULOSE; CHEMICALS FOR USE IN THE MANUFACTURE OF LACQUERS, ANTI-RUST PREPARATIONS, PAINTS, ADHESIVES, COSMETICS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; MANURES; FIRE EXTINGUISHING COMPOSITIONS; TEMPERING CHEMICALS FOR USE IN METAL-WORKING OR SOLDERING; SOLDERING CHEMICALS; SOLDERING FLUX; CHEMICAL PRESERVATIVES FOR FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; ADHESIVES FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINT USED ON WOOD, METAL, CONCRETE, CERAMICS, AND PLASTIC; PAINT USED IN THE AUTOMOTIVE FIELD; VARNISHES; LACQUERS IN THE NATURE OF A COATING; ANTI-RUST PREPARATIONS FOR PRESERVATION, NAMELY, AN UNDERCOATING FOR VEHICLE CHASSIS; THINNERS FOR LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: FURBISHING PREPARATIONS, NAMELY, POLISH FOR VEHICLES OR MACHINES OR ELECTROTECHNICAL ARTICLES; DEGREASING PREPARATIONS FOR USE ON METAL, WOOD, CERAMICS, PLASTICS, CONCRETE; GRINDING

PREPARATIONS, NAMELY, GRINDING PASTE; RUST REMOVING PREPARATIONS; ABRASIVE PAPER FOR POLISHING AND SANDING; PERFUME; PERFUME OILS; ETHEREAL OILS; COSMETICS, NAMELY, DISPOSABLE WIPES IMPREGNATED WITH COSMETIC LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AUTOMOBILES, AIRCRAFT ENGINES AND INDUSTRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: PLASTERS FOR MEDICAL PURPOSES; MEDICAL DRESSINGS, NAMELY, BURN, WOUND, SURGICAL DRESSINGS; FIRST AID KITS; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF DIABETES, ANGINA, SHOCK, PAIN, INSOMNIA SOLD IN PORTABLE FILLED MEDICINE CASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS, METAL TOOL BOXES AND PORTABLE METAL TOOL CHESTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MACHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES; POWER TRANSMISSION BELTS FOR MACHINES; BELTS FOR TRANSMISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HYDRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS AND IMPLEMENTS, NAMELY, SCRAPING TOOLS AND HAND SPANNERS; CUTLERY OF NON-PRECIOUS METAL, NAMELY, FORK, SPOONS; HAND OPERATED LIFTING JACKS; FORKS; SPOONS; MANICURE SETS; KNIVES, NAMELY, KNIVES FOR HUNTING, FOLDING, CHEF, KITCHEN, BUTCHER, PARING, FISHING, SPORT, STERLING SILVER TABLE OF NON-PRECIOUS METAL; RAZORS; RAZOR CASES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING AND SUPERVISION, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, OPTICS, EYEGLASS CASES, BINOCULARS, SUNGLASSES, VOLTAGE REGULATORS FOR VEHICLES, VEHICLE BREAKDOWN WARNING TRIANGLES, ELECTRIC CIGARETTE LIGHTERS FOR

AUTOMOBILES, ALARMS FOR ANTI-INTRUSION, BURGLAR, FIRE, PERSONAL SAFETY, THEFT, ELECTRICAL ACCUMULATORS, SPEEDOMETERS, LIFE JACKETS, ACID HYDROMETERS, ELECTRIC FUSES, FUSES FOR AUTOMOBILES, ELECTRIC RELAYS, SOLAR BATTERIES, NAVIGATIONAL INSTRUMENTS FOR USE IN AUTOMOBILES, BOATS, AIRPLANES AND FOR HIKING; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIOS, TELEVISION SETS, AUDIO AND VIDEO TAPE RECORDERS, CD AND DVD PLAYERS, RADIO AERIALS, RADIOS, BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; MAGNETICALLY ENCODED CREDIT, DEBIT AND PREPAID TELEPHONE CALLING CARDS; ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING USED TO ACCESS AUTOMATIC TELLER MACHINES IN THE BANKING FIELD OF USE AND USED TO PURCHASE FARES ON BUSSES, TRAINS AND FERRIES IN THE PUBLIC TRANSPORTATION FIELD OF USE; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, FOR USE IN THE FIELD OF VEHICLE SALES, LEASING, RENTING, AND VEHICLE REPAIR SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ABDOMINAL BELTS, ABDOMINAL CORSETS, ABDOMINAL PADS, ELECTRIC AND NON-ELECTRIC ACUPUNCTURE INSTRUMENTS, ACUPUNCTURE NEEDLES, AEROSOL DISPENSERS FOR MEDICAL USE, AIR MATTRESSES FOR MEDICAL PURPOSES, AIR PILLOWS FOR MEDICAL PURPOSES, ANESTHETIC DELIVERY APPARATUS, ANESTHETIC MASKS, APPLIANCES FOR WASHING BODY CAVITIES, ARCH SUPPORTS FOR BOOTS OR SHOES, DENTAL ARTICULATORS, ARTIFICIAL LIMBS, APPARATUS FOR ARTIFICIAL RESPIRATION, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, ARTIFICIAL TEETH, AUTOCLAVES FOR MEDICAL USE, BABY BOTTLE NIPPLES, BABY BOTTLES, BABY NURSERS, PAPER BAGS AND ENVELOPES FOR STERILIZING MEDICAL INSTRUMENTS, COMPRESSION BANDAGES, ELASTIC BANDAGES, ORTHOPEDIC SUPPORT BANDAGES, BANDAGES FOR ANATOMICAL JOINTS, BED PANS, BED VIBRATORS, ORTHOPEDIC BELTS, BELTS FOR ATTACHING MEDICAL MONITORS TO PATIENTS, BONE AND SKIN BIOLOGICAL TISSUE INTENDED FOR SUBSEQUENT IMPLANTATION, BIRTHING CHAIRS, DENTAL BITE TRAYS, SURGICAL BLADES, ELECTRIC BLANKETS FOR MEDICAL PURPOSES, BLOOD DRAWING APPARATUS, BLOOD FILTERS, BLOOD PRESSURE MEASURING APPARATUS, BONE IMPLANTS, BONE SCREWS, BABY BOTTLES, FEEDING BOTTLES, INTRAVENOUS FEEDING BOTTLES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, SURGICAL BOUGIES, ORTHOPEDIC BRACES, BRACES FOR LIMBS AND JOINTS, FOR MEDICAL USE, BRACES FOR TEETH, BREAST PADS, BREAST PROSTHESES, BREAST PUMPS, BREAST SHIELDS, ARTIFI-

CIAL BREASTS, DENTAL BRIDGES, BRUSHES FOR CLEANING BODY CAVITIES, DENTAL BURRS, CARDIOPULMONARY RESUSCITATION MASKS, CANES FOR MEDICAL PURPOSES, CANNULAC, SURGICAL CAPS, CARDIAC ELECTRODES, CARDIAC PROBES, CASES FITTED FOR MEDICAL INSTRUMENTS AND FOR USE BY DOCTORS, CASTRATING PINCERS, CATGUT FOR SURGICAL USE, CATHETERS, CERVICAL PILLOWS FOR MEDICAL USE, DENTAL EXAMINATION CHAIRS, MEDICAL PATIENT OR TREATMENT CHAIRS, SURGICAL CLIPS, CHEMICALLY ACTIVATED HOT AND/OR COLD COMPRESSES, NON-MEDICATED COMPRESSES; SURGICAL COMPRESSES, THERMO-ELECTRIC COMPRESSES, SURGICAL COMPRESSORS, CONDOMS, CONTAINERS FOR MEDICAL WASTE, DIAPHRAGMS FOR CONTRACEPTION, CORSETS FOR THERAPEUTIC USE, DENTAL CROWNS, CRUTCHES AND TIPS THEREFOR, CUPS FOR DISPENSING MEDICINE, HEATING CUSHIONS FOR MEDICAL PURPOSES, SURGICAL CUTLERY, DEFIBRILLATORS, DENTAL CAPS, DENTAL EXAMINATION CHAIRS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL INLAYS, DENTAL INSTRUMENTS, NAMELY, PICKS, BURRS, MIRRORS, DENTAL ONLAYS, DENTURES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, DIAPHRAGMS FOR CONTRACEPTION, AEROSOL DISPENSERS FOR MEDICAL USE, DISPOSABLE MEDICAL STERILIZATION POUCHES, DRAINAGE TUBES FOR MEDICAL PURPOSES, SURGICAL DRAPES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, EYE DROPPERS, DROPPERS FOR ADMINISTERING MEDICATION, SOLD EMPTY, EAR PLUGS FOR MEDICAL ELECTROCARDIOGRAPHS, CARDIAC ELECTRODES, MEDICAL ELECTRODES, ELECTRONIC STIMULATOR FOR NERVES, SKIN, AND MUSCLES, ENDOBRACHIAL TUBES, ENDOTRACHEAL TUBES, ENEMA APPARATUS, EXERCISE MACHINES FOR THERAPEUTIC PURPOSES, EYE-PATCHES FOR MEDICAL USE, ORTHOPEDIC FOOTWEAR, FORCEPS FOR MEDICAL USE, GASTROSCOPES, SURGICAL GLOVES, GLOVES FOR MASSAGE, GLOVES FOR MEDICAL USE, MEDICAL EXAMINATION GOWNS, SURGICAL GOWNS, MEDICAL GUIDEWIRES, GUM MASSAGING INSTRUMENTS, HEARING AIDS, HEART PACEMAKERS, HEAT LAMPS FOR MEDICAL USE, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING CUSHIONS FOR MEDICAL PURPOSES, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING PADS FOR MEDICAL PURPOSES, HEMODIALYSIS APPARATUS, HOSPITAL BEDS FOR USE BY BURN PATIENTS, HOSPITAL GURNEYS, HYPODERMIC NEEDLES, HYPODERMIC SYRINGES, MEDICAL ICE PACKS, OCULAR IMPLANTS, ORTHOPEDIC JOINT IMPLANTS, INCONTINENCE BED PADS, INCONTINENCE SHEETS, INCUBATORS FOR BABIES, INFUSION SETS, INHALERS FOR THERAPEUTIC USE, SOLD EMPTY, INTRAOCULAR LENSES, INTRAVENOUS FEEDING TUBES, INVALID HOISTS, INVALID LIFTS, ARTIFICIAL JAWS, KNIVES FOR SURGICAL PURPOSES, MEDICAL EXAMINATION LAMPS, SURGICAL LAMPS, QUARTZ LAMPS FOR MEDICAL PURPO-

SES, LANCETS, LARYNGOSCOPES; LASER POINTERS FOR MEDICAL USE, LASERS FOR MEDICAL USE, MRI DIAGNOSTIC APPARATUS, ANESTHETIC MASKS, SURGICAL MASKS, MASKS FOR USE BY MEDICAL PERSONNEL, ELECTRIC AND NON-ELECTRIC MASSAGE APPARATUS, AIR MATTRESSES FOR MEDICAL PURPOSES, MEDICAL BAGS DESIGNED TO HOLD MEDICAL INSTRUMENTS, SOLD EMPTY, MEDICAL STENTS, MEDICAL SYRINGES, MEDICAL TREATMENT APPAREL, MEDICAL TUBING USED FOR DRAINAGE, TRANSFUSION, AND ADMINISTERING DRUGS, SURGICAL MIRRORS, FETAL PULSE MONITORS, HEART MONITORS, PULSE RATE MONITORS, RESPIRATION MONITORS, MOUNTS FOR MEDICAL X-RAY NEGATIVES, MOUTH GUARDS FOR MEDICAL PURPOSES, NEBULIZERS FOR RESPIRATION THERAPY, NEEDLES FOR MEDICAL USE, NERVE STIMULATOR APPARATUS, BABY NURSERS, OBSTETRIC APPARATUS FOR CATTLE, OPERATING ROOM APPAREL, OPERATING TABLES, OPHTHALMOMETERS, OPHTHALMOSCOPES, ORTHODONTIC APPLIANCES, ORTHOPEDIC JOINT IMPLANTS, ORTHOPEDIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC SUPPORTS, FOOT AND HAND ORTHOTICS, OTOSCOPES, OXYGEN MASKS FOR MEDICAL USE, OXYGEN MONITORS, PACIFIERS FOR BABIES, PADDING FOR ORTHOPEDIC CASTS, PATIENT EXAMINATION TABLES, PATIENT SAFETY RESTRAINTS, PATIENT TREATMENT TABLES, PHOTOTHERAPEUTIC APPARATUS FOR MEDICAL PURPOSES, PLASTER CASTS FOR ORTHOPEDIC PURPOSES, DISPOSABLE MEDICAL STERILIZATION POUCHES, URETHRAL PROBE SYRINGES, CARDIAC PROBES, URETHRAL PROBES, HAND PROSTHESES, RADIOLOGICAL APPARATUS FOR MEDICAL PURPOSES, RESPIRATORS FOR ARTIFICIAL RESPIRATION, RESUSCITATION APPARATUS, RESUSCITATORS, RETINOSCOPES, THERAPEUTIC SAUNAS, SURGICAL SAWS, SCALPELS, SURGICAL SCISSORS, SURGICAL SCRUB SUITS, SURGICAL SHOE COVERS, SILICONE GEL SHEETING FOR THE TREATMENT OF SCARS, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, SLINGS FOR MEDICAL ORTHOPEDIC SOLES, SPHYGMOMANOMETERS, MEDICAL SPITTOONS, ORTHOPEDIC AND SURGICAL SPLINTS, SURGICAL SPONGES, SPOONS FOR ADMINISTERING MEDICINE, SURGICAL SKIN STAPLERS, SURGICAL STAPLERS, STERILIZATION UNITS FOR MEDICAL INSTRUMENTS, STETHOSCOPES, STIRRUPS FOR USE WITH MEDICAL EXAMINATION TABLES, ELASTIC STOCKINGS FOR SURGICAL USE, STRAIGHT JACKETS, MEDICAL STRETCHERS; STRETCHERS FOR PATIENT TRANSPORT, SURGICAL SCRUB SUITS, SUPPORTS FOR LEGS, ARMS, BACKS, NECKS, HEADS, ANKLES, KNEES, ELBOWS AND WRISTS FOR MEDICAL USE, SURGICAL IMPLANTS COMPRISING ARTIFICIAL MATERIAL, SURGICAL INSTRUMENTS, NAMELY, SCALPELS, BLADES AND STAPLERS, SURGICAL THREAD, SUTURES, UTERINE SYRINGES, VAGINAL SYRINGES, TEETHING RINGS, THERMAL PACKS FOR FIRST AID PURPOSES, THERMOMETERS FOR MEDICAL PURPOSES, TOILETS ADAP-

TED FOR MEDICAL PATIENTS OR FOR USE BY HANDICAPPED PERSONS, TONGUE DEPRESSORS, TRACHEOSTOMY TUBES, TRACTION APPARATUS FOR MEDICAL USE, TRANSDERMAL DRUG DELIVERY PATCHES SOLD WITHOUT MEDICATION, TRANSFUSION SETS, TRUSSES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, ULTRASOUND DIAGNOSTIC APPARATUS, VESSELS, NAMELY, URINALS FOR MEDICAL PURPOSES, UROLOGICAL IMAGING SYSTEMS, VASCULAR ACCESS PORTS FOR MEDICAL USE, INVALID WALKERS, WHIRLPOOLS FOR USE IN HOSPITALS OR FOR THERAPEUTIC USE, WOUND DRAINAGE APPARATUS, WOUND SUCTION APPARATUS, X-RAY APPARATUS FOR MEDICAL USE, X-RAY DIAGNOSTIC APPARATUS, MOUNTS FOR X-RAY NEGATIVES FOR MEDICAL PURPOSES, X-RAY PHOTOGRAPHS FOR MEDICAL PURPOSES; ARTIFICIAL LIMBS, EYES; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC SUPPORT BANDAGES, CORSETS FOR THERAPEUTIC USE, MEDICAL SUPPORT OR COMPRESSION STOCKINGS, MEDICAL SUPPORT OR SURGICAL PANTYHOSE, FOOTWEAR, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: LIGHTING, HEATING, STEAM GENERATING, COOKING, REFRIGERATING, DRYING, VENTILATING, WATER SUPPLY AND SANITATION APPARATUS, NAMELY, POCKET FLASHLIGHTS; GAS IGNITERS FOR GAS OVENS; DEFROSTERS FOR VEHICLES; HEATERS FOR DEFROSTING WINDOWS OF VEHICLES; VEHICLE HEADLIGHTS; ELECTRIC COFFEE POTS; ELECTRIC COFFEE PERCOLATORS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES, LORRIES, TRAILERS, BUSSES, TRAINS, LOCOMOTIVES, BICYCLES, TRICYCLES, UNICYCLES, MOTORCYCLES, SNOWMOBILES, AIRPLANES, BOATS AND SHIPS, HOT AIR BALLOONS AND DIRIGIBLES, CAMPING TRAILERS, FOLDING AND HARD SIDE TRUCK CAMPING TRAILERS, MOTOR HOMES, CONVERSION VANS, TRAVEL TRAILERS, CAMPER COACHES AND STRUCTURAL AND REPLACEMENT PARTS FOR ALL OF THE AFORESAID GOODS; COMPLETE ENGINES FOR LAND VEHICLES AND STRUCTURAL AND REPLACEMENT PARTS THEREFOR; AIR CUSHION VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; AMPHIBIOUS AIRPLANES; AMBULANCES; ANTI-DAZZLE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; ANTI-GLARE DEVICES FOR VEHICLES NAMELY, VEHICLE BODY PARTS MADE OF METAL, PLASTIC AND/OR FIBERGLASS, USED TO REDUCE AND/OR PREVENT THE REFLECTION OF LIGHT FROM THE VEHICLE BODY; LAND VEHICLE PARTS, NAMELY, ANTI-SKID CHAINS, AXLE JOURNALS, AXLES FOR VEHICLES, TORSION BARS, ELEVATING TAILGATES; TAILGATES; POWER TAILGATES; ANTI-THEFT ALARMS FOR VEHICLES; AUTOMO-

BILE BODIES; AUTOMOBILE CHASSIS; AUTOMOBILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS ADAPTED FOR AUTOMOBILE COVERS; SUN-BLINDS ADAPTED FOR AUTOMOBILES; BABY CARRIAGES; COVERS FOR BABY CARRIAGES; BALANCE WEIGHTS FOR VEHICLE WHEELS; BANDS FOR WHEEL HUBS; BARGES; BELLS FOR BICYCLES, UNICYCLES, TRICYCLES AND MOTORCYCLES; SLEEPING BERTHS FOR VEHICLES; BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE FRAMES; BICYCLE HANDLE BARS; BICYCLE PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BICYCLE SPOKES; BICYCLE STANDS; BICYCLE TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES FOR VEHICLES; BOGIES FOR RAILWAY CARS; BRAKE LININGS FOR VEHICLES; BRAKE SEGMENTS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; BRAKES FOR VEHICLES; BUFFERS FOR RAILWAY ROLLING STOCK; VEHICLE BUMPERS; BUMPERS FOR AUTOMOBILES; MOTOR BUSES; CABLE CARS; CABLE TRANSPORT APPARATUS AND INSTALLATIONS, NAMELY, FUNICULAR RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHICLE GAS TANKS; CARAVANS; RAILWAY CARRIAGES; TRICYCLE CARRIERS; LUGGAGE CARRIERS FOR VEHICLES; CARS FOR CABLE TRANSPORT INSTALLATIONS; GO-CARTS; GROCERY CARTS; MOTORIZED GOLF CARTS; CASINGS FOR PNEUMATIC TIRES; CASTING CARRIAGES, NAMELY, DOLLIES, HAND TRUCKS; CASTING CARS, NAMELY, DOLLIES, HAND TRUCKS; ANTI-SKID CHAINS FOR VEHICLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VEHICLE CHASSIS; NAUTICAL CLEATS; SPOKE CLIPS FOR WHEELS; CLUTCHES FOR LAND VEHICLES; MOTOR COACHES; CONCRETE MIXING VEHICLES; CONNECTING RODS FOR LAND VEHICLES OTHER THAN PARTS OF MOTORS AND ENGINES; TORQUE CONVERTERS FOR LAND VEHICLES; AERIAL CONVEYORS, NAMELY, HELICOPTERS AND STRUCTURAL PARTS THEREFOR; COUPLINGS FOR RAILWAY CARS; COUPLINGS FOR LAND VEHICLES; SEAT COVERS FOR VEHICLES; CRANKCASES FOR LAND VEHICLE COMPONENTS OTHER THAN FOR ENGINES; CRANKS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; MOTORCYCLE, BICYCLE, TRICYCLE, AND UNICYCLE BELLS, BRAKES, CARS, CHAINS, FRAMES, HANDLE BARS, WHEEL HUBS, MUDGUARDS, AIR PUMPS, WATER PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES, STANDS AND TIRES; DAVITS FOR BOATS; DELIVERY TRICYCLES; RAILWAY DINING CARS; DINING CARS; DINNER WAGONS; DIRECTION SIGNALS FOR VEHICLES; DISENGAGING GEAR FOR BOATS; DOORS FOR VEHICLES; DREDGER BOATS; DRESS GUARDS FOR BICYCLES; DRIVING CHAINS FOR LAND VEHICLES; DRIVING MOTORS FOR LAND VEHICLES; EJECTOR SEATS FOR AIRCRAFT; TRACTION ENGINES; FERRY BOATS; FLANGES FOR RAILWAY WHEEL TIRES; FORK LIFT TRUCKS; FREEWHEELS FOR LAND VEHICLES; FUNNELS FOR LOCOMOTIVES; FUNNELS FOR SHIPS; GEAR BOXES FOR LAND VEHICLES; GEARING FOR LAND VEHICLES; GEARS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; GOLF CARTS; GOODS HANDLING

CARTS; HAND CARTS; HANDLE BARS FOR BI-CYCLES AND MOTORCYCLES; SECURITY HARNESS FOR VEHICLE SEATS; HEAD RESTS FOR VEHICLE SEATS; HOODS FOR BABY CARRIAGES; HOODS FOR VEHICLE ENGINES; HOODS FOR VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES; HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS FOR VEHICLES; HYDROPLANES; RAMPS FOR FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LADLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILITARY VEHICLES, NAMELY, ARMORED PERSONNEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPELLED ARTILLERY; MINE CART WHEELS; REARVIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUDGUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CANOES; PARACHUTES; PEDALS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVERSING ALARMS FOR VEHICLES; RIMS FOR VEHICLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIRCRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MOTORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COVERS FOR VEHICLE SAFETY SEATS FOR CHILDREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK ABSORBERS FOR AUTOMOBILES; SHOCK ABSORBING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPRINKLING TRUCKS; STANDS FOR BICYCLES AND MOTORCYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS

FOR TIRES; SUN BLINDS ADAPTED FOR AUTOMOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARATUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHICLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANSPORT APPARATUS AND INSTALLATIONS NAMELY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WINDOWS FOR VEHICLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: FIREARMS; AMMUNITION AND PROJECTILES, NAMELY, ARMOR PIERCING PROJECTILES AND GUIDED PROJECTILES; EXPLOSIVES; FIREWORKS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAMELY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS; HAT ORNAMENTS OF PRECIOUS METAL; SHOE ORNAMENTS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, CHRONOGRAPHS FOR USE AS WATCHES AND CHRONOMETERS; CUTLERY OF PRECIOUS METAL, NAMELY, FORK, SPOONS; METAL, STERLING SILVER TABLE OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPECIALLY IN SCIENCE AND TECHNOLOGY; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER

OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUBBER, GUTTA PERCHA, GUM, ASBESTOS, MICA AND GOODS MADE FROM THESE MATERIALS, NAMELY, ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEMI-PROCESSED CELLULOSE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACOUSTICAL INSULATION BARRIER PANELS, ACOUSTICAL INSULATION FOR BUILDINGS, SEMI-FINISHED ACOUSTICAL PANELS FOR BUILDINGS, ACRYLIC MOLDED PLASTIC SUBSTANCES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, ACRYLIC SHEETING FOR USE IN THE MANUFACTURE OF VEHICLES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, ADHESIVE PACKING TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE SEALANT AND CAULKING COMPOUND, ADHESIVE SEALANTS FOR GENERAL USE, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF ADHESIVE TAPE, ADHESIVE TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE TAPE FOR INDUSTRIAL OR COMMERCIAL PACKING USE, ADHESIVE TAPE FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, RUBBER AND PLASTIC AIR CONDITIONER HOSES, INSULATION FOR AIR CONDITIONERS, AIR HOSES, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, ASBESTOS PACKING FOR VALVES AND PISTONS, ASBESTOS SAFETY SCREENS FOR FIREMEN, RUBBER BAGS FOR MERCHANDISE PACKAGING, NAMELY ENVELOPES AND POUCHES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, INSULATING BLANKETS FOR HOT WATER HEATERS, RUBBER BOTTLE STOPPERS, SEMI-PROCESSED BRAKE LINING MATERIAL; SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, PARTLY-PROCESSED FRICTION MATERIALS FOR BRAKE LININGS, SHOCK BUFFERS OF RUBBER FOR INDUSTRIAL MACHINERY, BUILDING INSULATION, RUBBER BUMPERS FOR LOADING DOCKS, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CARPET SEAM TAPE, CAULKING COMPOUNDS, CAULKING, CELLULOSE ACETATE FILM USED AS AN INDUSTRIAL OR COMMERCIAL PACKING MATERIAL, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PHOTOGRAPHIC OR MAGNETIC SOUND RECORDINGS, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PRESSURE SENSITIVE ADHESIVE TAPE, SEMIPROCESSED CELLULOSE ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, ELECTRICAL CERAMIC INSULATORS, RUBBER CLACK VALVES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PARTLY-PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS, CLUTCH LININGS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, PLASTIC CONDUIT FOR DRAINAGE AND IRRIGATION, PLASTIC CONDUIT FOR PLUMBING USE, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, CONVEYING HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, COTTON WOOL FOR SEALING PURPOSES IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PLASTIC LAMINATED SHEETS AND PANELS FOR USE IN THE MANUFACTURE OF COUNTERTOPS, NON-METAL PIPE COUPLINGS AND JOINTS, NON-METAL COUPLINGS FOR FIRE HOSES, NON-METAL COUPLINGS FOR USE WITH HOSES, RUBBER AND PLASTIC CUSHIONING IN THE NATURE OF STUFFING FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEALS, NAMELY, CYLINDER JOININGS; DOOR STOPS OF RUBBER, PLASTIC CONDUIT FOR DRAINAGE, PLASTIC SHEETING FOR USE AS DROP CLOTHS, DRYWALL JOINT TAPE, DUCT TAPE, ELECTRICAL CERAMIC INSULATORS, GLASS FIBER ELECTRICAL INSULATING TAPE, ELECTRICAL INSULATING TAPE, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, ELECTRICAL INSULATORS, NAMELY, INSULATORS MADE OF CERAMIC, PLASTIC AND RUBBER, ELECTRICAL TAPE, EXPANSION JOINT FILLERS FOR PAVEMENT, FIBERGLASS FABRICS FOR BUILDING INSULATION, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, FIBERGLASS FABRICS FOR BUILDING INSULATION, RESIDENTIAL FIBERGLASS INSULATION, FIBERGLASS INSULATION FOR BUILDINGS, PLASTIC FIBERS FOR USE IN THE MANUFACTURE OF TIRE CORD, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, TINTED, LAMINATED AND REFLECTIVE PLASTIC FILM FOR USE IN HOME AND AUTO WINDOWS, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING, MINERAL WOOL FOR USE IN THE MANUFACTURE OF FILTER MEDIA, FIRE HOSES, FOAM INSULATION FOR USE IN BUILDING AND CONSTRUCTION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION,

METAL FOIL FOR BUILDING INSULATION, PARTLY PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS AND BRAKE LININGS, NON-METAL FUEL OIL HOSES, INDUSTRIAL MOLTEN METAL FURNACE INSULATION MADE OF CERAMIC ENAMEL FIBER, GARDEN HOSES, GASKET MATERIAL IN SHEETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, LIQUID GASKET SEALER FOR AUTOMOTIVE USE; GASKET SEALER FOR USE IN PLUMBING, GRAPHITE PACKING FOR GASKETS, PIPE GASKETS, NON-METAL GASKETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER ELECTRICAL INSULATING TAPE, GLASS FIBER FIREPROOF TEXTILES, GLASS FIBER INSULATION FOR HOT WATER HEATERS, GLASS FIBER INSULATION FOR USE IN CONSTRUCTION, GLASS FIBERS FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, GLASS WOOL FOR BUILDING INSULATION, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, AIR HOSES, LAWN HOSES, NON-METAL FUEL OIL HOSES, NON-METAL PETROLEUM HOSES, WATERING HOSES, RUBBER AND PLASTIC AGRICULTURAL HOSES, RUBBER AND PLASTIC HYDRAULIC HOSES, NON-METAL HOSES FOR AGRICULTURAL USE, RUBBER AND PLASTIC HOSES FOR AIR CONDITIONERS, NON-METAL HOSES FOR COMMERCIAL MARINE USE, PLASTIC HOSES FOR PLUMBING USE, HOSES FOR PNEUMATIC TOOLS, RUBBER AND PLASTIC HOSES FOR SWIMMING POOLS, NON-METAL HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER INSULATION FOR HOT WATER HEATERS, INSULATING BLANKETS FOR HOT WATER HEATERS, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING OIL FOR TRANSFORMERS, INSULATING PAINT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING PLASTER, INSULATING SLEEVES FOR WATER HEATERS AND MACHINERY, INSULATING SLEEVES FOR POWER LINES, ELECTRICAL INSULATING TAPE, GLASS FIBER ELECTRICAL INSULATING TAPE, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, MINERAL WOOL FOR USE AS BUILDING INSULATION, POLYURETHANE FILM FOR USE AS BUILDING INSULATION; POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, INSULATION COVERS FOR INDUSTRIAL MACHINERY, INSULATION FOR AIR CONDITIONERS, INSULATION FOR AIRCRAFT, INSULATION FOR UNDERGROUND PIPES AND TANKS, INSULATION JACKETS FOR INDUSTRIAL PIPES, INSULATORS FOR ELECTRIC MAINS, INSULATORS FOR ELECTRICAL CABLES, INSULATORS FOR RAILWAY TRACKS, JOINT PACKING FOR PLASTIC, RUBBER AND CERAMIC PIPE, JOINTING MATERIAL FOR MASONRY AND PAVEMENT, CYLINDER JOINTINGS, NAMELY, SEALS, NON-METAL PIPE COUPLINGS AND JOINTS, JUNCTIONS NOT OF METAL FOR RUBBER, PLASTIC AND CERAMIC PIPES, LATEX FOR USE IN THE MANUFACTURE OF FOAM RUBBER, RUBBER GLOVES, CONDOMS, AND FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PAVEMENT MARKING TAPE, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, MASKING TAPE, JOINTING MATERIAL FOR MASONRY, MICA FOR USE AS A FILLER IN PLASTICS, IN THE MANUFACTURE OF ELECTRONIC INSTRUMENTS, MOUNTING TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, NON-METAL PIPE MUFFS FOR USE WITH PLASTIC, RUBBER AND CERAMIC PIPE, MULCH MATS MADE OF RECYCLED RUBBER FOR PREVENTING WEED GROWTH, NON-SLIP, ADHESIVE-BACKED BATH TUB APPLIQUES, OIL ABSORBANT PADS AND PILLOWS FOR CONTAINING OIL SPILLS, INSULATING OIL FOR TRANSFORMERS, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, PLASTIC PACKING FOR SHIPPING CONTAINERS, ASBESTOS PACKING FOR VALVES AND PISTONS, PACKING PADDING OF PLASTIC FOR SHIPPING CONTAINERS, PACKING PADDING OF RUBBER FOR SHIPPING CONTAINERS, PLASTIC FILM FOR INDUSTRIAL AND COMMERCIAL PACKING USE, RUBBER AND PLASTIC PADDING FOR SHIPPING CONTAINERS; NON-METAL PETROLEUM HOSES, PHOTOGRAPHIC SPLICING TAPE, NON-METAL PIPE COLLARS, NON-METAL PIPE COUPLINGS AND JOINTS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL; PIPE GASKETS FOR PLASTIC, RUBBER AND CERAMIC PIPES, PIPE INSULATION FOR RUBBER, PLASTIC AND CERAMIC PIPES, PIPE JOINT COMPOUND, PIPE JOINT SEALANT, PIPE JOINT TAPE, PLASTIC PIPES FOR CONVEYING NATURAL GAS, PLASTIC PIPES FOR PLUMBING PURPOSES, PLASTIC PACKING FOR SHIPPING CONTAINERS, PLASTIC SHEETING FOR PREVENTING WEED GROWTH, PLASTIC TUBES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WATERTIGHT RINGS FOR PLUMBING PIPES, HOSES FOR PNEUMATIC TOOLS, POLYURETHANE FILM FOR USE AS A MOISTURE BARRIER, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING BUILDINGS, POLYURETHANE SPRAY FOAM FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATORS FOR RAILWAY TRACKS, REFLECTIVE TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, RESINS IN BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR GENERAL INDUSTRIAL USE, RESINS IN EXTRUDED FORM FOR GENERAL INDUSTRIAL USE, RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS, SYNTHETIC RUBBER FOR USE IN THE MANU-

FACTURE OF TIRES, CABLE AND PAPER, LATEX RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, AND PAPER, RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, PAPER, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, GENERAL PURPOSE SILICONE RUBBER SEALANT, RUBBER SEALANT FOR CAULKING AND ADHESIVE PURPOSES, RUBBER SHOCK ABSORBERS FOR INDUSTRIAL MACHINERY, RUBBER SLEEVES FOR PROTECTING PARTS OF MACHINERY, ASBESTOS SAFETY SCREENS FOR FIREMEN, GENERAL PURPOSE SILICONE RUBBER SEALANT, SEALANTS FOR BUILDINGS, SEALANTS FOR GENERAL USE; SEALANTS FOR PAVEMENT WEATHERSTRIPPING JOINTS, SEALANTS IN THE NATURE OF CAULK, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, CARPET SEAM TAPE, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, SHOCK ABSORBING RUBBER BUFFERS FOR INDUSTRIAL MACHINERY, SLAG WOOL FOR USE AS A BUILDING INSULATOR, SLEEVES OF RUBBER FOR PROTECTING PARTS OF MACHINERY, PLASTIC SOLDERING THREADS, SOUNDPROOFING MATERIALS FOR BUILDINGS, STRAPPING TAPE, STUFFING OF RUBBER, PLASTIC SWIMMING POOL HOSES, THREADS PLASTIC SOLDERING, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, VULCANIZED FIBER WASHERS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF RUBBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF VULCANIZED FIBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WEATHERSTRIPPING SEALANTS IN THE NATURE OF CAULK, GLASS WOOL FOR BUILDING INSULATION; EXTRUDED PLASTIC IN THE FORM OF BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR USE IN MANUFACTURING, PACKING, STOPPING AND INSULATION; NON-METAL FLEXIBLE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METALLIC BUILDING MATERIALS, NAMELY, NON-METALLIC RIGID PIPES FOR BUILDING, ASPHALT, PITCH AND BITUMEN; NON-METALLIC TRANSPORTABLE BUILDINGS, AND NON-METALLIC MONUMENTS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERCHSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, AND OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; HAIR OR CLEANING BRUSHES, NON-ELECTRIC PORTABLE COLD BOXES, FITTED PICNIC BASKETS INCLUDING DISHES; FITTED VANITY CASES, TOILET SPONGES, CHAMOIS LEATHER FOR CLEANING; COMBS; BEVERAGE GLASSWARE; PORCELAIN EGGS, ORNAMENTS, SCULPTURES, STATUES, STATUETTES; JARS FOR JAMS AND JELLIES; HANDLES; DOORKNOBS; FIGURES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; BUSTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; EARTHENWARE BASINS, BUSTS, DOORKNOBS, FIGURES, FIGURINES; JARS FOR JAMS AND JELLIES; MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CAMOUFLAGE NETS FOR VISUAL AND RADAR USES; COMMERCIAL FISHING NETS; COMMERCIAL NETS; FABRIC AND POLYESTER MESH NETS FOR STORING TOYS AND OTHER HOUSEHOLD ITEMS; CANVAS TARPAULINS, TENTS, TARPAULIN COVERS FOR LAND VEHICLES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: YARNS AND THREADS, FOR TEXTILE USE, IN CLASS 23 (U.S. CL. 43).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED BLANKETS, TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, SWEATERS, SWEATSHIRTS, T-SHIRTS, JACKETS, SHORTS, WARM-UP SUITS, AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE, NAMELY, BOBBIN OR TRIMMING; EMBROIDERY, RIBBONS AND BRAIDS; BUTTONS, NAMELY, ORNAMENTAL, NOVELTY, PRESS, RIVET, SHIRT, CLOTHING, CAMPAIGN; HOOKS AND EYE FASTENERS; PINS FOR HAIR, CURLING, WAVING PINS FOR HAIR, FOR SECURING HATS, ORNAMENTAL NOVELTY, SAFETY; NEEDLES FOR SEWING, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, DOOR MATS, AND CARPETS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARATUS; GYMNASTIC HORIZONTAL BARS; GYMNASTIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLATFORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUGBY BALLS, SOCCER BALLS, SPORT BALLS, BASEBALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EXERCISE TREADMILLS, EXERCISE TABLES, EXERCISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIPMENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MACHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MACHINES, WEIGHT LIFTING MACHINES, EXERCISING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EXERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FENCING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHILDREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, ARCADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEAR FISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FOOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS; PORCELAIN DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, NAMELY MEAT, FISH, FRUIT AND VEGETABLE JELLIES; JAMS; EGGS; MILK AND MILK PRODUCTS, NAMELY, BUTTER, CHEESE, CREAM, YOGURT, POWDERED MILK FOR ALIMENTARY PURPOSES; EDIBLE OILS AND FATS; MEAT, FISH, AND VEGETABLES PRESERVES , IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; CEREALS, NAMELY, BREAKFAST CEREALS AND PROCESSED CEREALS; BREAD; PASTRIES; CONFECTIONERY, OF ALL KINDS; SWEETS; FLAVORED ICES; TREACLE; YEAST; BAKING POWDER; SALT FOR CONSUMPTION; MUSTARD; VINEGAR; SEASONING SAUCES; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: AGRICULTURAL, FORESTRY PRODUCTS AND GRAINS, NAMELY, UNPROCESSED GRAINS FOR EATING, AGRICULTURAL GRAINS FOR PROCESSING, LIVING ANIMALS, FRESH FRUITS AND; FOODS STUFFS FOR ANIMALS; MALT FOR BREWING AND DISTILLING, IN CLASS 31 (U.S. CLS. 1 AND 46).

FOR: MINERAL WATER; AERATED WATERS; SYRUPS; CONCENTRATES OR POWDERS FOR MAKING FRUIT DRINKS; NONALCOHOLIC BEVERAGES, NAMELY NONALCOHOLIC MALT BEVERAGE BEER SUBSTITUTE CONTAINING LESS

THAN POINT 005% ALCOHOL; FRUIT DRINKS; FRUIT JUICES, BEER, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, NAMELY, WINE, LIQUORS, DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: SMOKER'S ARTICLES, NAMELY, ASH-TRAYS NOT OF PRECIOUS METAL, LIGHTERS NOT OF PRECIOUS METAL, TOBACCO POUCHES, TOBACCO JARS NOT OF PRECIOUS METAL, CI-GARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFOR-

MATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION, AND REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; CAR RENTAL; TAXI TRANSPORT; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: PROVIDING COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER

SOFTWARE AND COMPUTER RENTAL, IN CLASS
42 (U.S. CLS. 100 AND 101).

OWNER OF INTERNATIONAL REGISTRATION
0708041 DATED 7-2-1998, EXPIRES 7-2-2008.

OWNER OF U.S. REG. NO. 1,883,332.

SER. NO. 79-001,131, FILED 12-23-2003.

ZACHARY BELLO, EXAMINING ATTORNEY

**Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41 and 42**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 100, 101, 102, 103, 104, 105, 106 and 107**

**Reg. No. 2,849,974**

# United States Patent and Trademark Office

Registered June 8, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)

D-38436

WOLFSBURG, FED REP GERMANY

FOR: CHEMICALS USED IN INDUSTRY, SCIENCE, PHOTOGRAPHY, HORTICULTURE AND FORESTRY, NAMELY, CATALYSTS; CHLORINE, MINERAL FILTERING MATERIALS, UNPROCESSED CELLULOSE; CHEMICALS FOR USE IN THE MANUFACTURE OF LACQUERS, ANTI-RUST PREPARATIONS, PAINTS, ADHESIVES, COSMETICS; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL RESINS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; UNPROCESSED ARTIFICIAL PLASTICS FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES; MANURES; FIRE EXTINGUISHING COMPOSITIONS;

TEMPERING CHEMICALS FOR USE IN METALWORKING OR SOLDERING; SOLDERING CHEMICALS; SOLDERING FLUX; CHEMICAL PRESERVATIVES FOR FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES FOR USE IN THE MANUFACTURE OF VEHICLES, MACHINES, AND ELECTROTECHNICAL ARTICLES; ADHESIVES FOR USE IN THE VEHICLE, MACHINE AND ELECTROTECHNICAL INDUSTRIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINT USED ON WOOD, METAL, CONCRETE, CERAMICS, AND PLASTIC; PAINT USED IN THE AUTOMOTIVE FIELD; VARNISHES; LACQUERS IN THE NATURE OF A COATING; ANTI-RUST PREPARATIONS FOR PRESERVATION, NAMELY, AN UNDERCOATING FOR VEHICLE CHASSIS; THINNERS FOR LACQUERS, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: FURBISHING PREPARATIONS, NAMELY, POLISH FOR VEHICLES OR MACHINES OR ELECTROTECHNICAL ARTICLES; DEGREASING PRE-

PARATIONS FOR USE ON METAL, WOOD, CERAMICS, PLASTICS, CONCRETE; GRINDING PREPARATIONS, NAMELY, GRINDING PASTE; RUST REMOVING PREPARATIONS; ABRASIVE PAPER FOR POLISHING AND SANDING; PERFUME; PERFUME OILS; ETHEREAL OILS; COSMETICS, NAMELY, DISPOSABLE WIPES IMPREGNATED WITH COSMETIC LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: INDUSTRIAL GREASE AND OIL; ALL PURPOSE LUBRICANTS; LUBRICANTS FOR AUTOMOBILES, AIRCRAFT ENGINES AND INDUSTRIAL MACHINES; GRAPHITE AND INDUSTRIAL LUBRICANTS; FUEL, NAMELY, DIESEL, OIL, GASOLINE, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: PLASTERS FOR MEDICAL PURPOSES; MEDICAL DRESSINGS, NAMELY, BURN, WOUND, SURGICAL DRESSINGS; FIRST AID KITS; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF DIABETES, ANGINA, SHOCK, PAIN, INSOMNIA SOLD IN PORTABLE FILLED MEDICINE CASES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: IRONMONGERY AND SMALL ITEMS OF METAL HARDWARE, NAMELY, METAL BADGES FOR VEHICLES, METAL LOCKS FOR VEHICLES, METAL LICENSE PLATES FOR VEHICLES, WHEEL BOOTS, METAL KEY RINGS, METAL TOOL BOXES AND PORTABLE METAL TOOL CHESTS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: MOTORS FOR AIRPLANES AND BOATS; ELECTRIC MOTORS FOR MACHINES AND PARTS THEREFOR; AIR FILTERS FOR ENGINES FOR CLEANING AND COOLING AIR; GLOW PLUGS FOR DIESEL ENGINES; COUPLINGS FOR MACHINES; BEARINGS FOR TRANSMISSION SHAFTS BEING PARTS OF MACHINES; POWER TRANSMISSION BELTS FOR MACHINES; BELTS FOR TRANSMISSIONS OTHER THAN FOR LAND VEHICLES; TRANSMISSION GEARS FOR MACHINES; HYDRAULIC JACKS; CLUTCHES FOR MACHINES; LAWN MOWERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS AND IMPLEMENTS, NAMELY, SCRAPING TOOLS AND HAND SPANNERS; CUTLERY OF PRECIOUS OR NON-PRECIOUS METAL; HAND OPERATED LIFTING JACKS; FORKS; SPOONS; MANICURE SETS; KNIVES, NAMELY, KNIVES FOR HUNTING, FOLDING, CHEF, KITCHEN, BUTCHER, PARING, FISHING, SPORT, PRECIOUS METAL, STERLING SILVER TABLE; RAZORS; RAZOR CASES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: SCIENTIFIC, NAUTICAL, SURVEYING, ELECTRIC, PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, WEIGHING, MEASURING, SIGNALING, CHECKING AND SUPERVISION, LIFESAVING AND TEACHING APPARATUS AND INSTRUMENTS, NAMELY, SPECTACLES, OPTICS, EYEGLASS CASES, BINOCULARS, SUNGLASSES, VOLTAGE REGULATORS FOR VEHICLES, VEHI-

CLE BREAKDOWN WARNING TRIANGLES, ELECTRIC CIGARETTE LIGHTERS FOR AUTOMOBILES, ALARMS FOR ANTI-INTRUSION, BURGLAR, FIRE, PERSONAL SAFETY, THEFT, ELECTRICAL ACCUMULATORS, SPEEDOMETERS, LIFE JACKETS, ACID HYDROMETERS, ELECTRIC FUSES, FUSES FOR AUTOMOBILES, ELECTRIC RELAYS, SOLAR BATTERIES, NAVIGATIONAL INSTRUMENTS FOR USE IN AUTOMOBILES, BOATS, AIRPLANES AND FOR HIKING; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY RADIOS, TELEVISION SETS, AUDIO AND VIDEO TAPE RECORDERS, CD AND DVD PLAYERS, RADIO AERIALS, RADIOS, BLANK MAGNETIC DATA CARRIERS, BLANK RECORDING DISCS; MAGNETICALLY ENCODED CREDIT, DEBIT AND PREPAID TELEPHONE CALLING CARDS; ENCODED INTEGRATED CIRCUIT CARDS CONTAINING PROGRAMMING USED TO ACCESS AUTOMATIC TELLER MACHINES IN THE BANKING FIELD OF USE AND USED TO PURCHASE FARES ON BUSSES, TRAINS AND FERRIES IN THE PUBLIC TRANSPORTATION FIELD OF USE; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN OPERATED APPARATUS; AUTOMATIC DISTRIBUTION MACHINES, FOR USE IN THE FIELD OF VEHICLE SALES, LEASING, RENTING, AND VEHICLE REPAIR SERVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ABDOMINAL BELTS, ABDOMINAL CORSETS, ABDOMINAL PADS, ELECTRIC AND NON-ELECTRIC ACUPUNCTURE INSTRUMENTS, ACUPUNCTURE NEEDLES, AEROSOL DISPENSERS FOR MEDICAL USE, AIR MATTRESSES FOR MEDICAL PURPOSES, AIR PILLOWS FOR MEDICAL PURPOSES, ANESTHETIC DELIVERY APPARATUS, ANESTHETIC MASKS, APPLIANCES FOR WASHING BODY CAVITIES, ARCH SUPPORTS FOR BOOTS OR SHOES, DENTAL ARTICULATORS, ARTIFICIAL LIMBS, APPARATUS FOR ARTIFICIAL RESPIRATION, ARTIFICIAL SKIN FOR SURGICAL PURPOSES, ARTIFICIAL TEETH, AUTOCLAVES FOR MEDICAL USE, BABY BOTTLE NIPPLES, BABY BOTTLES, BABY NURSERS, PAPER BAGS AND ENVELOPES FOR STERILIZING MEDICAL INSTRUMENTS, COMPRESSION BANDAGES, ELASTIC BANDAGES, ORTHOPEDIC SUPPORT BANDAGES, BANDAGES FOR ANATOMICAL JOINTS, BED PANS, BED VIBRATORS, ORTHOPEDIC BELTS, BELTS FOR ATTACHING MEDICAL MONITORS TO PATIENTS, BONE AND SKIN BIOLOGICAL TISSUE INTENDED FOR SUBSEQUENT IMPLANTATION, BIRTHING CHAIRS, DENTAL BITE TRAYS, SURGICAL BLADES, ELECTRIC BLANKETS FOR MEDICAL PURPOSES, BLOOD DRAWING APPARATUS, BLOOD FILTERS, BLOOD PRESSURE MEASURING APPARATUS, BONE IMPLANTS, BONE SCREWS, BABY BOTTLES, FEEDING BOTTLES, INTRAVENOUS FEEDING BOTTLES, DROPPER BOTTLES FOR ADMINISTERING MEDICATION, SOLD EMPTY, SURGICAL BOUGIES, ORTHOPEDIC BRACES, BRACES FOR LIMBS AND JOINTS, FOR MEDICAL USE, BRACES

FOR TEETH, BREAST PADS, BREAST PROSTHE-SES, BREAST PUMPS, BREAST SHIELDS, ARTIFI-CIAL BREASTS, DENTAL BRIDGES, BRUSHES FOR CLEANING BODY CAVITIES, DENTAL BURRS, CARDIOPULMONARY RESUSCITATION MASKS, CANES FOR MEDICAL PURPOSES, CAN-NULAC, SURGICAL CAPS, CARDIAC ELECTRO-DES, CARDIAC PROBES, CASES FITTED FOR MEDICAL INSTRUMENTS AND FOR USE BY DOCTORS, CASTRATING PINCERS, CATGUT FOR SURGICAL USE, CATHETERS, CERVICAL PILLOWS FOR MEDICAL USE, DENTAL EXAMI-NATION CHAIRS, MEDICAL PATIENT OR TREAT-MENT CHAIRS, SURGICAL CLIPS, CHEMICALLY ACTIVATED HOT AND/OR COLD COMPRESSES, NON-MEDICATED COMPRESSES, SURGICAL COMPRESSES, THERMO-ELECTRIC COMPRESSES, SURGICAL COMPRESSORS, CONDOMS, CON-TAINERS FOR MEDICAL WASTE, DIAPHRAGMS FOR CONTRACEPTION, CORSETS FOR THERA-PEUTIC USE, DENTAL CROWNS, CRUTCHES AND TIPS THEREFOR, CUPS FOR DISPENSING MEDI-CINE, HEATING CUSHIONS FOR MEDICAL PUR-POSES, SURGICAL CUTLERY, DEFIBRILLATORS, DENTAL CAPS, DENTAL EXAMINATION CHAIRS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL INLAYS, DENTAL INSTRU-MENTS, NAMELY, PICKS, BURRS, MIRRORS, DENTAL ONLAYS, DENTURES, ULTRASONIC MEDICAL DIAGNOSTIC APPARATUS, DIA-PHRAGMS FOR CONTRACEPTION, AEROSOL DIS-PENSERS FOR MEDICAL USE, DISPOSABLE MEDICAL STERILIZATION POUCHES, DRAINAGE TUBES FOR MEDICAL PURPOSES, SURGICAL DRAPES, DROPPER BOTTLES FOR ADMINISTER-ING MEDICATION, SOLD EMPTY, EYE DROP-PERS, DROPPERS FOR ADMINISTERING MEDICATION, SOLD EMPTY, EAR PLUGS FOR MEDICAL ELECTROCARDIOGRAPHS, CARDIAC ELECTRODES, MEDICAL ELECTRODES, ELEC-TRONIC STIMULATOR FOR NERVES, SKIN, AND MUSCLES, ENDOBRACHIAL TUBES, ENDOTRA-CHEAL TUBES, ENEMA APPATATUS, EXERCISE MACHINES FOR THERAPEUTIC PURPOSES, EYE-PATCHES FOR MEDICAL USE, ORTHOPEDIC FOOTWEAR, FORCEPS FOR MEDICAL USE, GAS-TROSCOPES, SURGICAL GLOVES, GLOVES FOR MASSAGE, GLOVES FOR MEDICAL USE, MEDI-CAL EXAMINATION GOWNS, SURGICAL GOWNS, MEDICAL GUIDEWIRES, GUM MASSAGING IN-STRUMENTS, HEARING AIDS, HEART PACEMAK-ERS, HEAT LAMPS FOR MEDICAL USE, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING CUSHIONS FOR MEDICAL PURPOSES, ELECTRICALLY AND CHEMICALLY ACTIVATED HEATING PADS FOR MEDICAL PURPOSES, HE-MODIALYSIS APPARATUS, HOSPITAL BEDS FOR USE BY BURN PATIENTS, HOSPITAL GURNEYS, HYPODERMIC NEEDLES, HYPODERMIC SYRIN-GES, MEDICAL ICE PACKS, OCULAR IMPLANTS, ORTHOPEDIC JOINT IMPLANTS, INCONTINENCE BED PADS, INCONTINENCE SHEETS, INCUBA-TORS FOR BABIES, INFUSION SETS, INHALERS FOR THERAPEUTIC USE, SOLD EMPTY, INTRAO-CULAR LENSES, INTRAVENOUS FEEDING TUBES, INVALID HOISTS, INVALID LIFTS, ARTI-FICIAL JAWS, KNIVES FOR SURGICAL PURPOSES,

MEDICAL EXAMINATION LAMPS, SURGICAL LAMPS, QUARTZ LAMPS FOR MEDICAL PURPO-SES, LANCETS, LARYNGOSCOPES, LASER POIN-TERS FOR MEDICAL USE, LASERS FOR MEDICAL USE, MRI DIAGNOSTIC APPARATUS, ANESTHET-IC MASKS, SURGICAL MASKS, MASKS FOR USE BY MEDICAL PERSONNEL, ELECTRIC AND NON-ELECTRIC MASSAGE APPARATUS, AIR MAT-TRESSES FOR MEDICAL PURPOSES, MEDICAL BAGS DESIGNED TO HOLD MEDICAL INSTRU-MENTS, SOLD EMPTY, MEDICAL STENTS, MEDI-CAL SYRINGES, MEDICAL TREATMENT APPAREL, MEDICAL TUBING USED FOR DRAI-NAGE, TRANSFUSION, AND ADMINISTERING DRUGS, SURGICAL MIRRORS, FETAL PULSE MONITORS, HEART MONITORS, PULSE RATE MONITORS, RESPIRATION MONITORS, MOUNTS FOR MEDICAL X-RAY NEGATIVES, MOUTH GUARDS FOR MEDICAL PURPOSES, NEBULI-ZERS FOR RESPIRATION THERAPY, NEEDLES FOR MEDICAL USE, NERVE STIMULATOR APPA-RATUS, BABY NURSERS, OBSTETRIC APPARA-TUS FOR CATTLE, OPERATING ROOM APPAREL, OPERATING TABLES, OPHTHALMOMETERS, OPHTHALMOSCOPES, ORTHODONTIC APPLIAN-CES, ORTHOPEDIC JOINT IMPLANTS, ORTHOPE-DIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC SUPPORTS, FOOT AND HAND OR-THOTICS, OTOSCOPES, OXYGEN MASKS FOR MEDICAL USE, OXYGEN MONITORS, PACIFIERS FOR BABIES, PADDING FOR ORTHOPEDIC CASTS, PATIENT EXAMINATION TABLES, PA-TIENT SAFETY RESTRAINTS, PATIENT TREAT-MENT TABLES, PHOTOTHERAPEUTIC APPARATUS FOR MEDICAL PURPOSES, PLASTER CASTS FOR ORTHOPEDIC PURPOSES, DISPOSA-BLE MEDICAL STERILIZATION POUCHES, URE-THRAL PROBE SYRINGES, CARDIAC PROBES, URETHRAL PROBES, HAND PROSTHESES, RADI-OLOGICAL APPARATUS FOR MEDICAL PURPO-SES, RESPIRATORS FOR ARTIFICIAL RESPIRATION, RESUSCITATION APPARATUS, RESUSCITATORS, RETINOSCOPES, THERAPEU-TIC SAUNAS, SURGICAL SAWS, SCALPELS, SUR-GICAL SCISSORS, SURGICAL SCRUB SUITS, SURGICAL SHOE COVERS, SILICONE GEL SHEET-ING FOR THE TREATMENT OF SCARS, ARTIFI-CIAL SKIN FOR SURGICAL PURPOSES, SLINGS FOR MEDICAL ORTHOPEDIC SOLES, SPHYGMO-MANOMETERS, MEDICAL SPITTOONS, ORTHO-PEDIC AND SURGICAL SPLINTS, SURGICAL SPONGES, SPOONS FOR ADMINISTERING MEDI-CINE, SURGICAL SKIN STAPLERS, SURGICAL STAPLERS, STERILIZATION UNITS FOR MEDI-CAL INSTRUMENTS, STETHOSCOPES, STIRRUPS FOR USE WITH MEDICAL EXAMINATION TA-BLES, ELASTIC STOCKINGS FOR SURGICAL USE, STRAIGHT JACKETS, MEDICAL STRETCHERS, STRETCHERS FOR PTTIENT TRANSPORT, SURGI-CAL SCRUB SUITS, SUPPORTS FOR LEGS, ARMS, BACKS, NECKS, HEADS, ANKLES, KNEES, EL-BOWS AND WRISTS FOR MEDICAL USE, SURGI-CAL IMPLANTS COMPRISING ARTIFICIAL MATERIAL, SURGICAL INSTRUMENTS, NAME-LY, SCALPELS, BLADES AND STAPLERS, SURGI-CAL THREAD, SUTURES, UTERINE SYRINGES, VAGINAL SYRINGES, TEETHING RINGS, THER-

MAL PACKS FOR FIRST AID PURPOSES, THER-
MOMETERS FOR MEDICAL PURPOSES, TOILETS
ADAPTED FOR MEDICAL PATIENTS OR FOR USE
BY HANDICAPPED PERSONS, TONGUE DEPRES-
SORS, TRACHEOSTOMY TUBES, TRACTION AP-
PARATUS FOR MEDICAL USE, TRANSDERMAL
DRUG DELIVERY PATCHES SOLD WITHOUT
MEDICATION, TRANSFUSION SETS, TRUSSES,
ULTRASONIC MEDICAL DIAGNOSTIC APPARA-
TUS, ULTRASOUND DIAGNOSTIC APPARATUS,
VESSELS, NAMELY, URINALS FOR MEDICAL
PURPOSES, UROLOGICAL IMAGING SYSTEMS,
VASCULAR ACCESS PORTS FOR MEDICAL USE,
INVALID WALKERS, WHIRLPOOLS FOR USE IN
HOSPITALS OR FOR THERAPEUTIC USE, WOUND
DRAINAGE APPARATUS, WOUND SUCTION AP-
PARATUS, X-RAY APPARATUS FOR MEDICAL
USE, X-RAY DIAGNOSTIC APPARATUS, MOUNTS
FOR X-RAY NEGATIVES FOR MEDICAL PURPO-
SES, X-RAY PHOTOGRAPHS FOR MEDICAL PUR-
POSES; ARTIFICIAL LIMBS, EYES; ORTHOPEDIC
ARTICLES, NAMELY, ORTHOPEDIC SUPPORT
BANDAGES, CORSETS FOR THERAPEUTIC USE,
MEDICAL SUPPORT OR COMPRESSION STOCK-
INGS, MEDICAL SUPPORT OR SURGICAL PANTY-
HOSE, FOOTWEAR, IN CLASS 10 (U.S. CLS. 26, 39
AND 44).

FOR: AUTOMOBILES, TRUCKS, VANS, SPORT
UTILITY VEHICLES, LORRIES, TRAILERS, BUS-
SES, TRAINS, LOCOMOTIVES, BICYCLES, TRI-
CYCLES, UNICYCLES, MOTORCYCLES,
SNOWMOBILES, AIRPLANES, BOATS AND SHIPS,
HOT AIR BALLOONS AND DIRIGIBLES, CAMPING
TRAILERS, FOLDING AND HARD SIDE TRUCK
CAMPING TRAILERS, MOTOR HOMES, CONVER-
SION VANS, TRAVEL TRAILERS, CAMPER COA-
CHES AND STRUCTURAL AND REPLACEMENT
PARTS FOR ALL OF THE AFORESAID GOODS;
COMPLETE ENGINES FOR LAND VEHICLES AND
STRUCTURAL AND REPLACEMENT PARTS
THEREFOR; AIR CUSHION VEHICLES; VEHICLE
ACCESSORIES, NAMELY, AIR PUMPS; AMPHI-
BIOUS AIRPLANES; AMBULANCES; ANTI-DAZ-
ZLE DEVICES FOR VEHICLES NAMELY,
VEHICLE BODY PARTS MADE OF METAL, PLAS-
TIC AND/OR FIBERGLASS, USED TO REDUCE
AND/OR PREVENT THE REFLECTION OF LIGHT
FROM THE VEHICLE BODY; ANTI-GLARE DEVI-
CES FOR VEHICLES NAMELY, VEHICLE BODY
PARTS MADE OF METAL, PLASTIC AND/OR FI-
BERGLASS, USED TO REDUCE AND/OR PREVENT
THE REFLECTION OF LIGHT FROM THE VEHI-
CLE BODY; LAND VEHICLE PARTS, NAMELY,
ANTI-SKID CHAINS, AXLE JOURNALS, AXLES
FOR VEHICLES, TORSION BARS, ELEVATING
TAILGATES; TAILGATES; POWER TAILGATES;
ANTI-THEFT ALARMS FOR VEHICLES; AUTOMO-
BILE BODIES; AUTOMOBILE CHASSIS; AUTOMO-
BILE HOODS; AUTOMOBILE TIRES; SUN-BLINDS
ADAPTED FOR AUTOMOBILE COVERS; SUN-
BLINDS ADAPTED FOR AUTOMOBILES; BABY
CARRIAGES; COVERS FOR BABY CARRIAGES;
BALANCE WEIGHTS FOR VEHICLE WHEELS;
BANDS FOR WHEEL HUBS; BARGES; BELLS FOR
BICYCLES, UNICYCLES, TRICYCLES AND MO-
TORCYCLES; SLEEPING BERTHS FOR VEHICLES;

BICYCLE BRAKES; BICYCLE CHAINS; BICYCLE
FRAMES; BICYCLE HANDLE BARS; BICYCLE
PUMPS; BICYCLE RIMS; BICYCLE SADDLES; BI-
CYCLE SPOKES; BICYCLE STANDS; BICYCLE
TIRES; BICYCLES; BOAT HOOKS; BOATS; BODIES
FOR VEHICLES; BOGIES FOR RAILWAY CARS;
BRAKE LININGS FOR VEHICLES; BRAKE SEG-
MENTS FOR VEHICLES; BRAKE SHOES FOR VE-
HICLES; BRAKES FOR VEHICLES; BUFFERS FOR
RAILWAY ROLLING STOCK; VEHICLE BUMPERS;
BUMPERS FOR AUTOMOBILES; MOTOR BUSES;
CABLE CARS; CABLE TRANSPORT APPARATUS
AND INSTALLATIONS, NAMELY, FUNICULAR
RAILCARS; VEHICLE CAISSONS; CAPS FOR VEHI-
CLE GAS TANKS; CARAVANS; RAILWAY CAR-
RIAGES; TRICYCLE CARRIERS; LUGGAGE
CARRIERS FOR VEHICLES; CARS FOR CABLE
TRANSPORT INSTALLATIONS; GO-CARTS; GRO-
CERY CARTS; MOTORIZED GOLF CARTS; CAS-
INGS FOR PNEUMATIC TIRES; CASTING
CARRIAGES, NAMELY, DOLLIES, HAND
TRUCKS; CASTING CARS, NAMELY, DOLLIES,
HAND TRUCKS; ANTI-SKID CHAINS FOR VEHI-
CLES; MOTORCYCLE CHAINS; CHAIRLIFTS; VE-
HICLE CHASSIS; NAUTICAL CLEATS; SPOKE
CLIPS FOR WHEELS; CLUTCHES FOR LAND VE-
HICLES; MOTOR COACHES; CONCRETE MIXING
VEHICLES; CONNECTING RODS FOR LAND VE-
HICLES OTHER THAN PARTS OF MOTORS AND
ENGINES; TORQUE CONVERTERS FOR LAND
VEHICLES; AERIAL CONVEYORS, NAMELY, HE-
LICOPTERS AND STRUCTURAL PARTS THERE-
FOR; COUPLINGS FOR RAILWAY CARS;
COUPLINGS FOR LAND VEHICLES; SEAT COVERS
FOR VEHICLES; CRANKCASES FOR LAND VEHI-
CLE COMPONENTS OTHER THAN FOR ENGINES;
CRANKS FOR MOTORCYCLES, BICYCLES, TRI-
CYCLES, UNICYCLES; MOTORCYCLE, BICYCLE,
TRICYCLE, AND UNICYCLE BELLS, BRAKES,
CARS, CHAINS, FRTMES, HANDLE BARS, WHEEL
HUBS, MUDGUARDS, AIR PUMPS, WATER
PUMPS, FLUID PUMPS, RIMS, SADDLES, SPOKES,
STANDS AND TIRES; DAVITS FOR BOATS; DELIV-
ERY TRICYCLES; RAILWAY DINING CARS; DIN-
ING CARS; DINNER WAGONS; DIRECTION
SIGNALS FOR VEHICLES; DISENGAGING GEAR
FOR BOATS; DOORS FOR VEHICLES; DREDGER
BOATS; DRESS GUARDS FOR BICYCLES; DRIV-
ING CHAINS FOR LAND VEHICLES; DRIVING
MOTORS FOR LAND VEHICLES; EJECTOR SEATS
FOR AIRCRAFT; TRACTION ENGINES; FERRY
BOATS; FLANGES FOR RAILWAY WHEEL TIRES;
FORK LIFT TRUCKS; FREEWHEELS FOR LAND
VEHICLES; FUNNELS FOR LOCOMOTIVES; FUN-
NELS FOR SHIPS; GEAR BOXES FOR LAND VEHI-
CLES; GEARING FOR LAND VEHICLES; GEARS
FOR MOTORCYCLES, BICYCLES, TRICYCLES,
UNICYCLES; GOLF CARTS; GOODS HANDLING
CARTS; HAND CARTS; HANDLE BARS FOR BI-
CYCLES AND MOTORCYCLES; SECURITY HAR-
NESS FOR VEHICLE SEATS; HEAD RESTS FOR
VEHICLE SEATS; HOODS FOR BABY CARRIAGES;
HOODS FOR VEHICLE ENGINES; HOODS FOR
VEHICLES; BOAT HOOKS; HORNS FOR VEHICLES;
HOSE CARTS; HUB CAPS; HUBS FOR VEHICLE
WHEELS; SHIPS' HULLS; HYDRAULIC CIRCUITS
FOR VEHICLES; HYDROPLANES; RAMPS FOR

FERRY BOATS; ADHESIVE RUBBER PATCHES FOR REPAIRING INNER TUBES; REPAIR KITS FOR INNER TUBES CONSISTING OF RUBBER PATCHES AND LIQUID ADHESIVE; INNER TUBES FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; INNER TUBES FOR PNEUMATIC TIRES; JET ENGINES FOR LAND VEHICLES; LADLE RAILWAY CARRIAGES; BOATS, NAMELY, LAUNCHES; LIFTING RAILWAY CARS; SKI LIFTS; BRAKE LININGS FOR VEHICLES; LUGGAGE NETS FOR VEHICLES; LUGGAGE TRUCKS; MILITARY VEHICLES, NAMELY, ARMORED PERSONNEL CARRIERS, MAIN BATTLE TANKS, ARMORED FIGHTING VEHICLES, SELF PROPELLED ARTILLERY; MINE CART WHEELS; REARVIEW MIRRORS; MOPEDS; MOTORS FOR MOTORCYCLES; MOTORS FOR LAND VEHICLES; ELECTRIC MOTORS FOR LAND VEHICLES; MUDGUARDS; NON-SKID DEVICES FOR VEHICLES TIRES; OARS; OMNIBUSES; PADDLES FOR CANOES; PARACHUTES; PEDALS FOR MOTORCYCLES, BICYCLES, TRICYCLES, UNICYCLES; FITTED PERAMBULATOR COVERS; PNEUMATIC TIRES; PONTOONS; PROPULSION MECHANISMS FOR LAND VEHICLES; VEHICLE ACCESSORIES, NAMELY, AIR PUMPS; PUMPS FOR BICYCLES MOTORCYCLES, TRICYCLES, AND UNICYCLES; PUSHCHAIR COVERS; PUSHCHAIR HOODS; PUSHCHAIRS; REDUCTION GEARS FOR LAND VEHICLES; REFRIGERATED VEHICLES; REVERSING ALARMS FOR VEHICLES; RIMS FOR VEHICLE WHEELS; ROLLING STOCK FOR FUNICULAR RAILWAYS; ROLLING STOCK FOR RAILWAYS; ROWLOCKS; RUDDERS FOR SHIPS AND AIRCRAFT; VEHICLE RUNNING BOARDS; SADDLES AND SADDLE COVERS FOR BICYCLES AND MOTORCYCLES; SAFETY BELTS FOR VEHICLES SEATS; VEHICLE SAFETY SEATS FOR CHILDREN; SCREW PROPELLERS; SCREW PROPELLERS FOR BOATS; SCREWS FOR SHIPS; SCULLS; SEAT COVERS FOR VEHICLE SAFETY SEATS FOR CHILDREN; VEHICLE SEATS; BRAKE SEGMENTS FOR VEHICLES; TIMBER FRAMES FOR SHIPS; SHIPS' HULLS; SHIPS' STEERING GEAR; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; SHOCK ABSORBERS FOR AUTOMOBILES; SHOCK ABSORBING SPRINGS FOR VEHICLES; BRAKE SHOES FOR VEHICLES; SKI CARRIERS FOR CARS; SLEEPING BERTHS FOR VEHICLES; RAILWAY SLEEPING CARS; SLEIGHS; SPACE VEHICLES; SPARS FOR SHIPS; SPIKES FOR TIRES; SPOKES CLIPS FOR WHEELS; VEHICLE WHEEL SPOKES; SPOKES FOR BICYCLES, MOTORCYCLES, TRICYCLES AND UNICYCLES; SPTINKLING TRUCKS; STANDS FOR BICYCLES AND MOTORCYCLES, TRICYCLES AND UNICYCLES; STEERING GEARS FOR SHIPS; STEERING WHEELS FOR VEHICLES; STERN OARS; STROLLER COVERS; STROLLERS; STUDS FOR TIRES; SUN BLINDS ADAPTED FOR AUTOMOBILES; SUSPENSION SHOCK ABSORBERS FOR VEHICLES; TILTING CARTS; TIPPING APPARATUS PARTS OF TRUCKS AND WAGONS; TIPPING BODIES FOR TRUCKS; FLANGES OF RAILWAY WHEEL TIRES; NON SKID DEVICES FOR TIRES NAMELY, TIRE CHAINS; TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TIRES FOR VEHICLE WHEELS; SOLID TIRES FOR VEHICLE WHEELS; TRACTORS; VEHICLE TRAILERS; TRAMCARS; TRANSMISSION CHAINS FOR LAND VEHICLES; TRANSMISSION SHAFTS FOR LAND VEHICLES; CABLE TRANSPORT APPARATUS AND INSTALLATIONS NAMELY, CABLE CARS; TREADS FOR RETREADING TIRES; ROLLER BELT TREADS FOR VEHICLES; TROLLEYS; TUBELESS TIRES FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; TURBINES FOR LAND VEHICLES; TWO-WHEELED TROLLEYS; FLANGES OF RAILWAY WHEEL TIRES; UNDERCARRIAGES FOR VEHICLES; UPHOLSTERY FOR VEHICLES; VALVES FOR VEHICLE TIRES; VEHICLE BUMPERS; SHAPED VEHICLE COVERS; VEHICLE RUNNING BOARDS; VEHICLE SEATS; HUBS FOR VEHICLE WHEELS; AUDIBLE WARNING SYSTEMS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WHEELBARROWS; WHEELCHAIRS; WHEELS FOR MOTORCYCLES, BICYCLES, TRICYCLES AND UNICYCLES; WINDOWS FOR VEHICLES; WINDSCREEN WIPERS; WINDSCREENS; WINDSHIELD WIPERS; WINDSHIELDS; YACHTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: FIREARMS; AMMUNITION AND PROJECTILES, NAMELY, ARMOR PIERCING PROJECTILES AND GUIDED PROJECTILES; EXPLOSIVES; FIREWORKS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FOR: GOODS OF PRECIOUS METALS AND THEIR ALLOYS OR COATED THEREWITH, NAMELY, KEY RINGS, WATCH FOBS, ORNAMENTAL PINS, ORNAMENTAL LAPEL PINS; HAT ORNAMENTS OF PRECIOUS METAL; SHOE ORNAMENTS OF PRECIOUS METAL; CHRONOMETRICAL INSTRUMENTS, NAMELY, CHRONOGRAPHS FOR USE AS WATCHES AND CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FOR: GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, CALENDARS, STATIONERY, PLAYING CARDS, PRINTED MATTER, NAMELY, ATLASES AND GEOGRAPHICAL MAPS, BOOKS, CALENDARS, PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN ALL FIELDS, ESPECIALLY IN SCIENCE AND TECHNOLOGY; ELECTRIC OR NON-ELECTRIC TYPEWRITERS; PENS, PENCILS; OFFICE ARTICLES, NAMELY, PAPER SHREDDERS, ADHESIVE TAPE DISPENSERS, STAMP PRINTERS, DRAWING BOARDS, LETTER OPENERS, ENVELOPE SEALING MACHINES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RUBBER, GUTTA PERCHA, GUM, ASBESTOS, MICA AND GOODS MADE FROM THESE MATERIALS, NAMELY, ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEMI-PROCESSED CELLULOSE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACOUSTICAL INSULATION BARRIER PANELS, ACOUSTICAL INSULATION FOR BUILDINGS, SEMI-

FINISHED ACOUSTICAL PANELS FOR BUILD-INGS, ACRYLIC MOLDED PLASTIC SUBSTANCES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, ACRYLIC SHEETING FOR USE IN THE MANUFACTURE OF VEHICLES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, ADHESIVE PACKING TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE SEALANT AND CAULKING COMPOUND, ADHESIVE SEALANTS FOR GENERAL USE, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF ADHESIVE TAPE, ADHESIVE TAPE FOR INDUSTRIAL AND COMMERCIAL USE, ADHESIVE TAPE FOR INDUSTRIAL OR COMMERCIAL PACKING USE, ADHESIVE TAPE FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, RUBBER AND PLASTIC AIR CONDITIONER HOSES, INSULATION FOR AIR CONDITIONERS, AIR HOSES, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, ASBESTOS PACKING FOR VALVES AND PISTONS, ASBESTOS SAFETY SCREENS FOR FIREMEN, RUBBER BAGS FOR MERCHANDISE PACKAGING, NAMELY ENVELOPES AND POUCHES, ADHESIVE BANDS FOR SEALING CARTONS FOR INDUSTRIAL OR COMMERCIAL USE, ADHESIVE BANDS FOR SEALING PHARMACEUTICAL CONTAINERS, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, INSULATING BLANKETS FOR HOT WATER HEATERS, RUBBER BOTTLE STOPPERS, SEMI-PROCESSED BRAKE LINING MATERIAL, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, ASBESTOS FOR USE IN THE MANUFACTURE OF BRAKE LININGS, PARTLY-PROCESSED FRICTION MATERIALS FOR BRAKE LININGS, SHOCK BUFFERS OF RUBBER FOR INDUSTRIAL MACHINERY, BUILDING INSULATION, RUBBER BUMPERS FOR LOADING DOCKS, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CARPET SEAM TAPE, CAULKING COMPOUNDS, CAULKING, CELLULOSE ACETATE FILM USED AS AN INDUSTRIAL OR COMMERCIAL PACKING MATERIAL, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PHOTOGRAPHIC OR MAGNETIC SOUND RECORDINGS, CELLULOSE ACETATE FILM USED IN THE MANUFACTURE OF PRESSURE SENSITIVE ADHESIVE TAPE, SEMIPROCESSED CELLULOSE ACETATE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, ELECTRICAL CERAMIC INSULATORS, RUBBER CLACK VALVES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PARTLY-PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS, CLUTCH LININGS, COMPRESSED AIR PIPE FIT-

TINGS, NOT OF METAL, PLASTIC CONDUIT FOR DRAINAGE AND IRRIGATION, PLASTIC CONDUIT FOR PLUMBING USE, PLASTIC CONDUIT FOR USE WITH BEVERAGE DISPENSING MACHINES, CONVEYING HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, COTTON WOOL FOR SEALING PURPOSES IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PLASTIC LAMINATED SHEETS AND PANELS FOR USE IN THE MANUFACTURE OF COUNTERTOPS, NON-METAL PIPE COUPLINGS AND JOINTS, NON-METAL COUPLINGS FOR FIRE HOSES, NON-METAL COUPLINGS FOR USE WITH HOSES, RUBBER AND PLASTIC CUSHIONING IN THE NATURE OF STUFFING FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, SEALS, NAMELY, CYLINDER JOININGS, DOOR STOPS OF RUBBER, PLASTIC CONDUIT FOR DRAINAGE, PLASTIC SHEETING FOR USE AS DROP CLOTHS, DRYWALL JOINT TAPE, DUCT TAPE, ELECTRICAL CERAMIC INSULATORS, GLASS FIBER ELECTRICAL INSULATING TAPE, ELECTRICAL INSULATING TAPE, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, ELECTRICAL INSULATORS, NAMELY, INSULATORS MADE OF CERAMIC, PLASTIC AND RUBBER, ELECTRICAL TAPE, EXPANSION JOINT FILLERS FOR PAVEMENT, FIBERGLASS FABRICS FOR BUILDING INSULATION, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, CERAMIC ENAMEL FIBER INSULATION FOR INDUSTRIAL MOLTEN METAL FURNACES, FIBERGLASS FABRICS FOR BUILDING INSULATION, RESIDENTIAL FIBERGLASS INSULATION, FIBERGLASS INSULATION FOR BUILDINGS, PLASTIC FIBERS FOR USE IN THE MANUFACTURE OF TIRE CORD, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, TINTED, LAMINATED AND REFLECTIVE PLASTIC FILM FOR USE IN HOME AND AUTO WINDOWS, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING, MINERAL WOOL FOR USE IN THE MANUFACTURE OF FILTER MEDIA, FIRE HOSES, FOAM INSULATION FOR USE IN BUILDING AND CONSTRUCTION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, METAL FOIL FOR BUILDING INSULATION, PARTLY PROCESSED FRICTION MATERIALS FOR CLUTCH FACINGS AND BRAKE LININGS, NON-METAL FUEL OIL HOSES, INDUSTRIAL MOLTEN METAL FURNACE INSULATION MADE OF CERAMIC ENAMEL FIBER, GARDEN HOSES, GASKET MATERIAL IN SHEETS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, GASKET SEALER FOR USE IN PLUMBING, GRAPHITE PACKING FOR GASKETS, PIPE GASKETS, NON-METAL GASKETS FOR USE

IN THE VEHICLE OR MACHINE OR ELECTRO-TECHNICAL INDUSTRY, GLASS FIBER ELECTRICAL INSULATING TAPE, GLASS FIBER FIREPROOF TEXTILES, GLASS FIBER INSULATION FOR HOT WATER HEATERS, GLASS FIBER INSULATION FOR USE IN CONSTRUCTION, GLASS FIBERS FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, GLASS WOOL FOR BUILDING INSULATION, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, CANVAS HOSE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, AIR HOSES, LAWN HOSES, NON-METAL FUEL OIL HOSES, NON-METAL PETROLEUM HOSES, WATERING HOSES, RUBBER AND PLASTIC AGRICULTUTAL HOSES, RUBBER AND PLASTIC HYDRAULIC HOSES, NON-METAL HOSES FOR AGRICULTURAL USE, RUBBER AND PLASTIC HOSES FOR AIR CONDITIONERS, NON-METAL HOSES FOR COMMERCIAL MARINE USE, PLASTIC HOSES FOR PLUMBING USE, HOSES FOR PNEUMATIC TOOLS, RUBBER AND PLASTIC HOSES FOR SWIMMING POOLS, NON-METAL HOSES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, GLASS FIBER INSULATION FOR HOT WATER HEATERS, INSULATING BLANKETS FOR HOT WATER HEATERS, INSULATING FELT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING OIL FOR TRANSFORMERS, INSULATING PAINT FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATING PLASTER, INSULATING SLEEVES FOR WATER HEATERS AND MACHINERY, INSULATING SLEEVES FOR POWER LINES, ELECTRICAL INSULATING TAPE, GLASS FIBER ELECTRICAL INSULATING TAPE, ASBESTOS FABRICS FOR USE AS CABLE INSULATION, MINERAL WOOL FOR USE AS BUILDING INSULATION, POLYURETHANE FILM FOR USE AS BUILDING INSULATION, POLYURETHANE FOAM SHEETING FOR USE AS BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, INSULATION COVERS FOR INDUSTRIAL MACHINERY, INSULATION FOR AIR CONDITIONERS, INSULATION FOR AIRCRAFT, INSULATION FOR UNDERGROUND PIPES AND TANKS, INSULATION JACKETS FOR INDUSTRIAL PIPES, INSULATORS FOR ELECTRIC MAINS, INSULATORS FOR ELECTRICAL CABLES, INSULATORS FOR RAILWAY TRACKS, JOINT PACKING FOR PLASTIC, RUBBER AND CERAMIC PIPE, JOINTING MATERIAL FOR MASONRY AND PAVEMENT, CYLINDER JOINTINGS, NAMELY, SEALS, NON-METAL PIPE COUPLINGS AND JOINTS, JUNCTIONS NOT OF METAL FOR RUBBER, PLASTIC AND CERAMIC PIPES, LATEX FOR USE IN THE MANUFACTURE OF FOAM RUBBER, RUBBER GLOVES, CONDOMS, AND FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, PAVEMENT MARKING TAPE, MASKING FILM FOR USE IN PHOTOGRAPHY AND GRAPHIC ARTS, MASKING TAPE, JOINTING MATERIAL FOR MASONRY, MICA FOR USE AS A FILLER IN PLASTICS, IN THE MANUFACTURE OF ELECTRONIC INSTRUMENTS, MOUNTING TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, NON-METAL PIPE MUFFS FOR USE WITH PLASTIC, RUBBER AND CERAMIC PIPE, MULCH MATS MADE OF RECYCLED RUBBER FOR PREVENTING WEED GROWTH, NON-SLIP, ADHESIVE-BACKED BATH TUB APPLIQUES, OIL ABSORBANT PADS AND PILLOWS FOR CONTAINING OIL SPILLS, INSULATING OIL FOR TRANSFORMERS, GRAPHITE PACKING FOR PUMPS, GASKETS AND VALVES, PLASTIC PACKING FOR SHIPPING CONTAINERS, ASBESTOS PACKING FOR VALVES AND PISTONS, PACKING PADDING OF PLASTIC FOR SHIPPING CONTAINERS, PACKING PADDING OF RUBBER FOR SHIPPING CONTAINERS, PLASTIC FILM FOR INDUSTRIAL AND COMMERCIAL PACKING USE, RUBBER AND PLASTIC PADDING FOR SHIPPING CONTAINERS, NON-METAL PETROLEUM HOSES, PHOTOGRAPHIC SPLICING TAPE, NON-METAL PIPE COLLARS, NON-METAL PIPE COUPLINGS AND JOINTS, COMPRESSED AIR PIPE FITTINGS, NOT OF METAL; PIPE GASKETS FOR PLASTIC, RUBBER AND CERAMIC PIPES, PIPE INSULATION FOR RUBBER, PLASTIC AND CERAMIC PIPES, PIPE JOINT COMPOUND, PIPE JOINT SEALANT, PIPE JOINT TAPE, PLASTIC PIPES FOR CONVEYING NATURAL GAS, PLASTIC PIPES FOR PLUMBING PURPOSES, PLASTIC PACKING FOR SHIPPING CONTAINERS, PLASTIC SHEETING FOR PREVENTING WEED GROWTH, PLASTIC TUBES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WATERTIGHT RINGS FOR PLUMBING PIPES, HOSES FOR PNEUMATIC TOOLS, POLYURETHANE FILM FOR USE AS A MOISTURE BARRIER, POLYURETHANE FILM FOR USE IN GLASS LAMINATIONS, POLYURETHANE FILM FOR USE IN SEALING AND INSULATING BUILDINGS, POLYURETHANE SPRAY FOAM FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, INSULATORS FOR RAILWAY TRACKS, REFLECTIVE TAPE FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, ACRYLIC RESIN SHEETING FOR USE IN THE MANUFACTURE OF LAMINATED GLASS, RESINS IN BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR GENERAL INDUSTRIAL USE, RESINS IN EXTRUDED FORM FOR GENERAL INDUSTRIAL USE, RINGS OF RUBBER FOR USE AS PIPE CONNECTION SEALS, SYNTHETIC RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE AND PAPER, LATEX RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, AND PAPER, RUBBER FOR USE IN THE MANUFACTURE OF TIRES, CABLE, PAPER, RUBBER HOSE FOR USE IN CONNECTION WITH WELDING, GENERAL PURPOSE SILICONE RUBBER SEALANT, RUBBER SEALANT FOR CAULKING AND ADHESIVE PURPOSES, RUBBER SHOCK ABSORBERS FOR INDUSTRIAL MACHINERY, RUBBER SLEEVES FOR PROTECTING PARTS OF MACHINERY, ASBESTOS SAFETY SCREENS FOR FIREMEN, GENERAL PURPOSE SILICONE RUB-

BER SEALANT, SEALANTS FOR BUILDINGS, SEALANTS FOR GENERAL USE, SEALANTS FOR PAVEMENT WEATHERSTRIPPING JOINTS, SEALANTS IN THE NATURE OF CAULK, LIQUID GASKET SEALER FOR AUTOMOTIVE USE, CARPET SEAM TAPE, SEMI-PROCESSED VEHICLE BRAKE LINING SHEET STOCK FOR FURTHER MANUFACTURE, SHOCK ABSORBING RUBBER BUFFERS FOR INDUSTRIAL MACHINERY, SLAG WOOL FOR USE AS A BUILDING INSULATOR, SLEEVES OF RUBBER FOR PROTECTING PARTS OF MACHINERY, PLASTIC SOLDERING THREADS, SOUNDPROOFING MATERIALS FOR BUILDINGS, STRAPPING TAPE, STUFFING OF RUBBER, PLASTIC SWIMMING POOL HOSES, THREADS PLASTIC SOLDERING, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF BUILDING INSULATION, VULCANIZED FIBER FOR USE IN THE MANUFACTURE OF ELECTRICAL INSULATION, VULCANIZED FIBER WASHERS FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF RUBBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WASHERS OF VULCANIZED FIBER FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, WEATHERSTRIPPING SEALANTS IN THE NATURE OF CAULK, GLASS WOOL FOR BUILDING INSULATION; EXTRUDED PLASTIC IN THE FORM OF BARS, BLOCKS, PELLETS, RODS, SHEETS AND TUBES FOR USE IN MANUFACTURING, PACKING, STOPPING AND INSULATION; NON-METAL FLEXIBLE PIPES FOR USE IN THE VEHICLE OR MACHINE OR ELECTROTECHNICAL INDUSTRY, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: GOODS MADE FROM LEATHER AND IMITATIONS OF LEATHER, NAMELY, VALISES, WALLETS, SUITCASES, EXECUTIVE CASES, BAGS, NAMELY, ALL PURPOSE ATHLETIC BAGS, ALL PURPOSE SPORTS BAGS, ANIMAL GAME BAGS, BARREL BAGS, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, CRICKET BAGS; LUGGAGE; LUGGAGE TRUNKS; UMBRELLAS, PARASOLS, KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: NON-METALLIC BUILDING MATERIALS, NAMELY, NON-METALLIC RIGID PIPES FOR BUILDING, ASPHALT, PITCH AND BITUMEN; NON-METALLIC TRANSPORTABLE BUILDINGS, AND NON-METALLIC MONUMENTS, IN CLASS 19 (U.S. CLS. 1, 12, 33 AND 50).

FOR: FURNITURE, MIRRORS, PICTURE FRAMES OF WOOD, CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERCHSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS, AND OF PLASTIC, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: HOUSEHOLD OR KITCHEN UTENSILS AND CONTAINERS NOT OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, POT AND PAN SCRAPERS, ROLLING PINS, SPATULAS, TURNERS, WHISKS; HAIR OR CLEANING BRU-

SHES, NON-ELECTRIC PORTABLE COLD BOXES, FITTED PICNIC BASKETS INCLUDING DISHES; FITTED VANITY CASES, TOILET SPONGES, CHAMOIS LEATHER FOR CLEANING; COMBS; BEVERAGE GLASSWARE; PORCELAIN EGGS, DOLLS, ORNAMENTS, SCULPTURES, STATUES, STATUETTES; JARS FOR JAMS AND JELLIES; HANDLES; DOORKNOBS; FIGURES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; BUSTS MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS PORCELAIN, TERRA COTTA; EARTHENWARE BASINS, BUSTS, DOORKNOBS, FIGURES, FIGURINES; JARS FOR JAMS AND JELLIES; MUGS; SCULPTURES, STATUES, AND STATUETTES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: CAMOUFLAGE NETS FOR VISUAL AND RADAR USES; COMMERCIAL FISHING NETS; COMMERCIAL NETS; FABRIC AND POLYESTER MESH NETS FOR STORING TOYS AND OTHER HOUSEHOLD ITEMS; CANVAS TARPAULINS, TENTS, TARPAULIN COVERS FOR LAND VEHICLES, IN CLASS 22 (U.S. CLS. 1, 2, 7, 19, 22, 42 AND 50).

FOR: YARNS AND THREADS, FOR TEXTILE USE, IN CLASS 23 (U.S. CL. 43).

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, BED BLANKETS, TABLE CLOTHS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING OF ALL KINDS, NAMELY, PARKAS, ANORAKS, APRONS, ASCOTS, ATHLETIC UNIFORMS, BABUSHKAS, BABY BUNTING, BALLOON PANTS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHING TRUNKS, BATHROBES, BEACH COVERUPS, BEACHWEAR, BED JACKETS, GARTER BELTS, MONEY BELTS, BELTS, BERMUDA SHORTS, CLOTH BIBS, SKI BIBS, BIKINIS, BLAZERS, BLOOMERS, BLOUSES, BLOUSONS, BOAS, BODY SHAPERS, BODY SUITS, BOLEROS, BOTTOMS, BOW TIES, BOXER SHORTS, BRAS, BRASSIERES, BREECHES, BRIEFS, BUSTIERS, CAFTANS, CAMISOLES, CAPES, CARDIGANS, CASSOCKS, CHAPS, CHASUBLES, CHEMISES, CHEMISETTES, CLOTH DIAPERS, FUR COATS, LAB COATS, LEATHER COATS, OVER COATS, RAIN COATS, SPORT COATS, SUIT COATS, TOP COATS, COLLARS, COMBINATIONS, COMPETITORS NUMBERS NOT OF TEXTILE, CORSELETS, HALLOWEEN COSTUMES, MASQUERADE COSTUMES, MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, COVERALLS, COVERUPS, CRAVATS, CREEPERS, CUFFS, CULOTTES, CUMMERBUNDS, DICKIES, DRESS SHIELDS, DRESSES, DRESSING GOWNS, DRY SUITS, DUNGAREES, DUSTERS, ESPADRILLES, EVENING GOWNS, FISHING VESTS, FISHING WADERS, FLIGHT SUITS, FOUL WEATHER GEAR, FOUNDATION GARMENTS, FROCKS, FUR CLOAKS, FUR JACKETS, FUR STOLES, GABERDINES, GAITERS, GAUCHOS, SKI GLOVES, GLOVES, GOLF

SHIRTS, NIGHT GOWNS, WEDDING GOWNS, GOWNS, GREATCOATS, GYM SHORTS, GYM SUITS, HALTER TOPS, HOODS, HOSIERY, HOUSE-COATS, INFANT DIAPER COVERS, INFANTWEAR, LEATHER JACKETS, WIND RESISTANT JACKETS, JACKETS, JEANS, JERKINS, JERSEYS, JODHPURS, JOGGING SUITS, JUMPERS, JUMPSUITS, KER-CHIEFS, KILTS, KIMONOS, KNEE HIGHS, KNICK-ERS, KNIT SHIRTS, LAYETTES, LEG WARMERS, LEGGINGS, LEOTARDS, LIGHT-REFLECTING COATS, LIGHT-REFLECTING JACKETS, LINGER-IE, LOUNGEWEAR, MAILLOTS, MANTILLAS, MANTLES, MINISKIRTS, MITTENS, MUFFLERS, MUFFS, MUU MUUS, NECKERCHIEFS, NECK-WEAR, NEGLIGEES, NIGHT SHIRTS, NURSES AP-PAREL, NAMELY, DRESSES, HATS, SHIRTS, PANTS, LEGGINGS, COATS AND GLOVES, OVER-ALLS, SHOULDER PADS FOR CLOTHING, PAJA-MAS, PANTALOONS, PANTIES, SKI PANTS, SNOW PANTS, SWEAT PANTS, TAP PANTS, PANTS, PANT-SUITS, PANTYHOSE, PARAMENTS, PAREU, PAR-KAS, PEDAL PUSHERS, PEIGNOIRS, PELERINES, PELISSES, PETTICOATS, PINAFORES, PLAY SUITS, PLUS FOURS, POCKET SQUARES, POLO SHIRTS, PONCHOS, PULLOVERS, QUILTED VESTS, RAIN SUITS, RAINWEAR, ROBES, ROMPERS, SARIS, SARONGS, SASHES, SHAWLS, SHIFTS, SPORT SHIRTS, SWEAT SHIRTS, UNDER SHIRTS, SHIRTS, SHORT SETS, SHORTALLS, SWEAT SHORTS, SHORTS, SINGLETS, SKI MASKS, SKI SUITS, SKI WEAR, SKIRTS, SKORTS, SLACKS, SLEEP MASKS, SLEEPWEAR, SLIPS, SMOCKS, SNOW SUITS, SNOWBOARD GLOVES, STOCKINGS, STOLES, SWEAT SUITS, VESTED SUITS, WARM-UP SUITS, WET SUITS, SUITS, SUNSUITS, SUSPENDERS, SWADDLING CLOTHES, TURTLENECK SWEA-TERS, V-NECK SWEATERS, SWEATERS, SWIM TRUNKS, SWIM WEAR, SWIMSUITS, T-SHIRTS, TAILLEURS, TANGAS, TANK TOPS, TEDDIES, TENNIS WEAR, THERMAL UNDERWEAR, TIES, TIGHTT, TOGAS, TOPS, TOQUES, TIGHTS, TROU-SERS, TUNICS, TURBANS, TURTLENECKS, TUX-EDOS, UNDERCLOTHES, UNDERGARMENTS, UNDERPANTS, UNDERSHIRTS, UNDERWEAR, UNIFORMS, UNITARDT, VEILS, VESTS, WAIST-COATS, WINDSHIRTS, WRAPS, ZOOT SUITS; FOOTWEAR OF ALL KINDS NAMELY, AFTER SKI BOOTS, SKI BOOT BAGS, SOCKS, ANKLETS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, BOOT-IES, SKI BOOTS, BOOTS, TOE BOXES, CLEATS FOR ATTACHMENT TO SPORTS SHOES, CLOGS, GA-LOSHES, GOLF SHOES, HEEL INSERTS, HEELS, INNER SOLES, HEEL INSERTS, INSOLES, MOCCA-SINS, MUKLUKS, OVERSHOES, RUBBERS, SAN-DALS, SHOES, SLIPPERS, SNEAKERS, THERMAL SOCKS, SOCKS, SNOWBOARD BOOTS, SWEAT-SOCKS, THERMAL SOCKS, THONGS, WATER SOCKS, ZORI; HEADGEAR FOR WEAR OF ALL KINDS NAMELY, BANDANAS, BANDEAUX, HEAD BANDS, BASEBALL CAPS, BATHING CAPS, BERETS, BONNETS, SHOWER CAPS, CAPS, EAR MUFFS, HATS, SUN VISORS, VISORS NECKTIES, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LACE, NAMELY, BOBBIN OR TRIMMING; EMBROIDERY, RIBBONS AND BRAIDS; BUTTONS, NAMELY, ORNAMENTAL, NOVELTY, PRESS, RIV-ET, SHIRT, CLOTHING, CAMPAIGN; HOOKS AND EYE FASTENERS; PINS FOR HAIR, CURLING, WAVING PINS FOR HAIR, FOR SECURING HATS, ORNAMENTAL NOVELTY, SAFETY; NEEDLES FOR SEWING; ARTIFICIAL, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FOR: CARPETS, DOOR MATS, AND CARPETS FOR AUTOMOBILES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: GAMES AND PLAYTHINGS, NAMELY, SCALE MODEL VEHICLES; GYMNASTIC APPARA-TUS; GYMNASTIC HORIZONTAL BARS; GYMNAS-TIC PARALLEL BARS; GYMNASTIC TRAINING STOOLS; GYMNASTIC VAULTING HORSES; SPORTING ARTICLES OF ALL KINDS, NAMELY, BALLOONS, BALLS FOR GAMES, NAMELY, CRICKET BALLS, FIELD HOCKEY BALLS, GOLF BALLS, LACROSSE BALLS, PADDLE BALLS, PLAT-FORM TENNIS BALLS, PLAYGROUND BALLS, RACQUET BALLS, RUBBER ACTION BALLS, RUG-BY BALLS, SOCCER BALLS, SPORT BALLS, BASE-BALLS, BASKET BALLS, BILLIARD BALLS, BOWLING BALLS, FOOT BALLS, HAND BALLS, NET BALLS, SQUASH BALLS, TABLE TENNIS BALLS, TENNIS BALLS, TETHER BALLS, VOLLEY BALLS; BASEBALL GLOVES; BATS FOR GAMES; CHRISTMAS TREE ORNAMENTS, NAMELY, BELLS; BILLIARD TABLES; BOB-SLEIGHS; BODY-BUILDING AND BODY-TRAINING APPARATUS NAMELY, WEIGHT LIFTING BENCHES AND BENCH ACCESSORIES, CHEST EXPANDERS, EX-ERCISE TREADMILLS, EXERCISE TABLES, EXER-CISE BARS, EXERCISE BENCHES, STATIONARY EXERCISE BICYCLES, EXERCISE DOORWAY GYM BARS, MANUALLY OPERATED EXERCISE EQUIP-MENT, EXERCISE EQUIPMENT FOR LATERAL MOVEMENT IN A SKATING MOTION, EXERCISE EQUIPMENT, NAMELY, STAIR-STEPPING MA-CHINES, EXERCISE MACHINES, POWERED TREADMILLS FOR RUNNING, ROWING MA-CHINES, WEIGHT LIFTING MACHINES, EXERCIS-ING PULLEYS AND MANUALLY OPERATED JOGGING MACHINES, EXERCISE PLATFORMS, EXERCISE TRAMPOLINES, EXERCISE WEIGHT CUFFS, EXERCISE WEIGHTS, MANUAL LEG EX-ERCISERS, WEIGHT LIFTING BELTS, WEIGHT LIFTING GLOVES, EXERCISE WEIGHTS, LEG WEIGHTS, ANKLE AND WRIST WEIGHTS FOR EXERCISE; BOWS FOR ARCHERY; BOXING GLOVES; TOY BUILDING BLOCKS; BUILDING GAMES; BOARD GAMES, NAMELY, CHECKERS; GOLF CLUBS; DARTS; DOLLS; KNEE GUARDS AND ELBOW GUARDS FOR ATHLETIC USE; FEN-CING EQUIPMENT, NAMELY FOILS; FISH HOOKS; FLIPPERS FOR SWIMMING; TABLES FOR INDOOR FOOTBALL; GAMES, NAMELY, ACTION SKILL GAMES, ACTION-TYPE TARGET GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING ACTION TYPE TARGET GAMES, ADULTS' AND CHIL-DREN'S PARTY GAMES, AERO-DYNAMIC DISK FOR USE IN PLAYING CATCHING GAMES, AR-CADE GAMES, PADDLE BALL GAMES, BOARD GAMES, CARD GAMES, COIN-OPERATED VIDEO GAMES, ELECTRONIC DART GAMES, EQUIP-MENT SOLD AS A UNIT FOR PLAYING BOARD

GAMES, EQUIPMENT SOLD AS A UNIT FOR PLAYING CARD GAMES, HAND HELD UNIT FOR PLAYING ELECTRONIC GAMES, HAND HELD UNIT FOR PLAYING VIDEO GAMES, MANIPULATIVE GAMES, PARLOR GAMES, PINBALL GAMES, ROLE PLAYING GAMES, GAMES IN THE NATURE OF OUTDOOR ACTIVITIES; GOLF GLOVES; GLOVES FOR GAMES, NAMELY, BASEBALL BATTING GLOVES, BASEBALL GLOVES, BATTING GLOVES, BICYCLING GLOVES, GLOVES, GOALKEEPERS' GLOVES, HANDBALL GLOVES, HOCKEY GLOVES, KARATE GLOVES, SOFTBALL GLOVES, SWIMMING GLOVES, WATERSKI GLOVES; GOLF BAGS; GOLF CLUBS; SCUBA EQUIPMENT, NAMELY, SPEARFISHING HARPOON GUNS; GUT FOR FISHING; GUT FOR RACKETS; HANG GLIDERS; ROCK CLIMBERS SAFETY HARNESS; HOCKEY STICKS; ICE SKATES; KITES; LINES FOR FISHING; COSTUME MASKS; TOY MOBILES; TOY SCALE MODEL VEHICLES AND RELATED ACCESSORIES SOLD AS UNITS; NETS FOR SPORTS; PROTECTIVE PADDING FOR PLAYING BASEBALL, FTOTBALL, ICE HOCKEY AND CRICKET; PROTECTIVE PADS, NAMELY, FIELD HOCKEY GOALIE PADS, FOOTBALL SHOULDER PADS, ICE HOCKEY GOALIE PADS, KARATE KICK PADS, KARATE SHIN PADS, KARATE TARGET PADS, ELBOW PADS FOR ATHLETIC USE, HAND PADS FOR ATHLETIC USE, SHIN PADS FOR ATHLETIC USE, INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; TOY PISTOLS; PLAY SWIMMING POOLS; PUPPETS; RACKETS FOR BADMINTON, FOR TENNIS, FOR TABLE TENNIS, FOR SQUASH, FOR RACQUETBALL; RODS FOR FISHING; TOY SCOOTERS; SKATEBOARDS; SKIS; SNOW SLEDS FOR RECREATIONAL USE; PLAYGROUND EQUIPMENT, NAMELY, SLIDES; SPINNING TOPS; SPRING BOARDS; SURF BOARDS; SURF SKIS; TABLES FOR TABLE TENNIS; TARGETS; TEDDY BEARS; TOYS FOR DOMESTIC PETS; WATERSKIS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, NAMELY MEAT, FISH, FRUIT AND VEGETABLE JELLIES; JAMS; EGGS; MILK AND MILK PRODUCTS, NAMELY, BUTTER, CHEESE, CREAM, YOGURT, POWDERED MILK FOR ALIMENTARY PURPOSES; EDIBLE OILS AND FATS; MEAT, FISH, AND VEGETABLES PRESERVES, IN CLASS 29 (U.S. CL. 46).

FOR: COFFEE; TEA; COCOA; SUGAR; RICE; TAPIOCA; SAGO; ARTIFICIAL COFFEE; FLOUR; CEREALS, NAMELY, BREAKFAST CEREALS AND PROCESSED CEREALS; BREAD; PASTRIES; CONFECTIONERY, OF ALL KINDS; SWEETS; FLAVORED ICES; TREACLE; YEAST; BAKING POWDER; SALT FOR CONSUMPTION; MUSTARD; VINEGAR; SEASONING SAUCES; SPICES; ICE, IN CLASS 30 (U.S. CL. 46).

FOR: AGRICULTURAL, HORTICULTURAL AND FORESTRY PRODUCTS AND GRAINS, NAMELY, UNPROCESSED GRAINS FOR EATING, AGRICULTURAL GRAINS FOR PROCESSING, LIVING ANIMALS, FRESH FRUITS AND VEGETABLES, SEEDS, NAMELY, AGRICULTURAL, PLAN, WHEAT; NATURAL PLANTS, DRIED AND LIVING; FLOWERS CUT, LIVE AND DRIED; FOODS STUFFS FOR ANIMALS; MALT FOR BREWING AND DISTILLING, IN CLASS 31 (U.S. CLS. 1 AND 46).

FOR: MINERAL WATER; AERATED WATERS; SYRUPS; CONCENTRATES OR POWDERS FOR MAKING FRUIT DRINKS; NONALCOHOLIC BEVERAGES, NAMELY NONALCOHOLIC MALT BEVERAGE BEER SUBSTITUTE CONTAINING LESS THAN .005% ALCOHOL; FRUIT DRINKS; FRUIT JUICES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: ALCOHOLIC BEVERAGES, NAMELY, BEER, WINE, LIQUORS, DISTILLED SPIRITS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FOR: SMOKER'S ARTICLES, NAMELY, ASHTRAYS NOT OF PRECIOUS METAL, LIGHTERS NOT OF PRECIOUS METAL, TOBACCO POUCHES, TOBACCO JARS NOT OF PRECIOUS METAL, CIGARETTE CASES NOT OF PRECIOUS METAL, CIGAR CASES NOT OF PRECIOUS METAL, MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: DIRECT MAIL ADVERTISING; ELECTRONIC BILLBOARD ADVERTISING; TELEVISION ADVERTISING AGENCIES; ADVERTISING AGENCIES, NAMELY, PROMOTING THE SERVICES OF AUTOMOBILE DEALERSHIPS, BANKS, THROUGH THE DISTRIBUTION OF PRINTED AND AUDIO PROMOTIONAL MATERIALS AND BY RENDERING SALES PROMOTION ADVICE; ADVERTISING AGENCIES; COOPERATIVE ADVERTISING; PROVIDING TELEVISION ADVERTISING FOR OTHERS; DISSEMINATION OF ADVERTISING FOR OTHERS VIA AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; DISSEMINATION OF ADVERTISING MATTER, FOR OTHERS DISSEMINATED VIA PRINTED PUBLICATIONS, RADIO, TELEVISION, AND AN ON-LINE ELECTRONIC COMMUNICATIONS NETWORK; ADVERTISING SERVICES, NAMELY PROVIDING ADVERTISING SPACE IN A PERIODICAL; BUSINESS ADMINISTRATION IN THE FIELD OF HEAVY INDUSTRY AND CONGLOMERATES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: INSURANCE, NAMELY, HEALTH INSURANCE UNDERWRITING, INSURANCE BROKERAGE, ACCIDENT INSURANCE UNDERWRITING; FINANCIAL SERVICES, NAMELY, CREDIT CARD SERVICES, BANKING, LOAN FINANCING, INSTALLMENT LOANS, CREDIT BUREAUS, FINANCIAL CONSULTATION, HIRE-PURCHASE FINANCING, SAVING BANKS; REAL ESTATE SERVICES, NAMELY, APARTMENT HOUSE MANAGEMENT, REAL ESTATE MANAGEMENT, REAL ESTATE APPRAISAL, RENTAL OF OFFICE SPACE, RENTING OF APARTMENTS, REAL ESTATE AGENCIES, APARTMENT LOCATORS, AND LEASING OF REAL ESTATE, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FOR: VEHICLE REPAIR AND MAINTENANCE, NAMELY, AIR CONDITIONING APPARATUS INSTALLATION AND REPAIR, AIRPLANE MAINTENANCE AND REPAIR, ANTI-RUST TREATMENT FOR VEHICLES; ASPHALTING; CAR MAINTENANCE; CAR WASH; ELECTRIC APPLIANCE INSTALLATION AND REPAIR; FACTORY CONSTRUCTION; FIRE ALARM INSTALLATION AND REPAIR; HEATING EQUIPMENT INSTALLATION AND REPAIR; PROVIDING CONSTRUCTION INFORMATION; PROVIDING AUTOMOBILE, SHIP, AIRPLANE, AND UNDERWATER REPAIR INFORMATION; LEATHER CLEANING AND REPAIR; MACHINERY INSTALLATION, MAINTENANCE AND REPAIR; MOTOR VEHICLE MAINTENANCE AND REPAIR; MOTOR VEHICLE WASHING; OFFICE MACHINES AND EQUIPMENT INSTALLATION, MAINTENANCE AND REPAIR; ROAD PAVING; RUST PROOFING; SUPERVISION OF BUILDING CONSTRUCTION; TELEPHONE INSTALLATIONS AND REPAIR; RETREADING OF TIRES; VULCANIZATION AND REPAIR OF TIRES; VEHICLE CLEANING AND POLISHING; VEHICLE LUBRICATION; REPAIR; VEHICLE SERVICE STATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FOR: PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; RENTAL OF TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND FACSIMILE MACHINES; TELECOMMUNICATIONS AIR TIME BROKERAGE SERVICES; TELECOMMUNICATIONS GATEWAY SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, INTERNET GATEWAYS; TELECOMMUNICATIONS SERVICES, NAMELY ISDN SERVICES; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FOR: TRANSPORT BY AUTOMOBILE, FERRY, BOAT, RAIL, AIR; EMERGENCY AUTOMOBILE OR TRUCK TOWING; VEHICLE TOWING; CAR RENTAL; TAXI TRANSPORT; ARMORED CAR TRANSPORT, IN CLASS 39 (U.S. CLS. 100 AND 105).

FOR: MATERIAL TREATMENT SERVICES FOR METAL, WOOD, PLASTICS, CONCRETE, AND CERAMICS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FOR: TEACHING IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, CONFERENCES, WORKSHOPS IN THE FIELD OF SCIENCE, TECHNOLOGY, TECHNIQUE AND ENGINEERING; ENTERTAINMENT IN THE NATURE OF LIVE MUSICAL GROUPS, TELEVISION COMEDY SERIES, ETHNIC FESTIVALS; SPORTING EVENTS, NAMELY, SOCCER, FOOTBALL, RUGBY, CRICKET, POLO, BASEBALL; CONDUCTING ENTERTAINMENT EXHIBITIONS IN THE NATURE OF MAGIC SHOWS, CHESS MATCHES, SPORTS COMPETITIONS, WINE FESTIVALS; CINEMA THEATRES; CINEMA STUDIOS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY SINGERS, MUSICAL BAND, ROCK GROUPS AND ORCHESTRAS; MUSEUMS; ENTERTAINMENT IN THE NATURE OF ORCHESTRA PERFORMANCES; ORGANIZING EXHIBITIONS FOR SPORTING, ARTWORK, NATURE, ENVIRONMENT PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FOR: RESTAURANTS; CAFES; PROVIDING TEMPORARY HOUSING ACCOMMODATIONS; HOTELS; MOTELS; COMPUTER PROGRAMMING FOR OTHERS; COMPUTER CONSULTATION IN THE FIELD OF COMPUTER HARDWARE; PSYCHOLOGICAL TESTING; RENTAL OF COMPUTER SOFTWARE AND COMPUTER RENTAL, IN CLASS 42 (U.S. CLS. 100 AND 101).

OWNER OF FED REP GERMANY REG. NO. 39800184, DATED 7-1-1998, EXPIRES 1-31-2008.

OWNER OF U.S. REG. NOS. 617,131, 1,378,042 AND OTHERS.

SER. NO. 75-598,237, FILED 12-2-1998.

JEFF DEFORD, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,100,963

## United States Patent and Trademark Office

Registered Sep. 30, 1997

## TRADEMARK
### PRINCIPAL REGISTER



VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
POSTFACH 3180
WOLFSBURG 1, FED REP GERMANY

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, NAMELY, ANTI-THEFT ALARMS FOR VEHICLES, AUTOMOBILE BODIES, AUTOMOBILE BUMPERS, AUTOMOBILE CHASSIS, AUTOMOBILE SEAT CUSHIONS, AUTOMOBILE SUNROOFS, AUTOMOBILE WINDSHIELD SUNSHADES, AXLE BEARINGS FOR LAND VEHICLES, VEHICULAR BALLOONS, WHEEL BEARINGS FOR LAND VEHICLES, DRIVE BELTS, SEAT BELTS FOR USE IN VEHICLES, BRAKE BLOCKS FOR LAND VEHICLES, BRAKE HARDWARE FOR VEHICLES, BRAKE LININGS FOR LAND VEHICLES, BRAKE PADS FOR LAND VEHICLES, BRAKES FOR LAND VEHICLES, CAR-TOP LUGGAGE CARRIERS, CLUTCHES FOR LAND VEHICLES, VEHICLE SEAT COVERS, DIESEL ENGINES FOR LAND VEHICLES, DIRECTIONAL SIGNALS FOR VEHICLES, DRIVE GEARS, ENGINES FOR LAND VEHICLES, FENDERS, GLASS WINDOWS FOR VEHICLES, HORNS FOR VEHICLES, HUB CAPS, FITTED LINERS FOR THE CARGO AREA OF VEHICLES, LUGGAGE CARRIERS FOR VEHICLES, MIRRORS FOR VEHICLES, NAMELY, SIDEVIEW AND REARVIEW, SKI AND BIKE RACKS FOR VEHICLES, RUNNING BOARDS, SEAT BELTS FOR VEHICLES, SHOCK ABSORBERS, SPOILERS FOR VEHICLES, STEERING BOOT KITS FOR USE WITH LAND VEHICLES, STEERING WHEELS, SUSPENSION SYSTEMS FOR VEHICLES, TIRE VALVES FOR VEHICLE TIRES, TRANSMISSIONS, VEHICLES WINDOWS, WINDSHIELD WIPER BLADES, WINDSHIELD WIPERS, WINDSHIELDS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

2                                    2,100,963

FIRST    USE    3-1-1995;   IN   COMMERCE        OWNER OF U.S. REG. NOS. 653,695, 1,883,332
3-1-1995.                                         AND OTHERS.

                                                 SER. NO. 75-085,266, FILED 4-8-1996.

                                                 BARBARA  GAYNOR,  EXAMINING  ATTOR-
                                                 NEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,850,256**

**Registered Sep. 21, 2010**

**Int. Cls.: 12, 35 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY JOINT STOCK COMPANY)
38436 WOLFSBURG
FED REP GERMANY

FOR: LAND VEHICLES AND STRUCTURAL PARTS THEREFOR; AIRPLANES, HELICOPTERS, AND STRUCTURAL PARTS THEREFOR; BOATS AND STRUCTURAL PARTS THEREFOR; MOTORIZED LAND VEHICLES AND STRUCTURAL PARTS THEREFOR; TRAILERS AND SEMI TRAILERS FOR VEHICLES AND STRUCTURAL PARTS THEREFOR; ENGINES FOR LAND VEHICLES, RIMS FOR LAND VEHICLE WHEELS AND THEIR STRUCTURAL PARTS, ALARM SYSTEMS FOR VEHICLES; ANTI-THEFT DEVICES FOR VEHICLES; ALARM SYSTEMS FOR MOTORIZED LAND VEHICLES; ANTI-THEFT DEVICES FOR MOTORIZED LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES FOR MAIL-ORDER BUSINESS CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES VIA INTERNET CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; BRINGING TOGETHER, BUT NOT TRANSPORTING, A VARIETY OF MOTOR VEHICLES AND PARTS AND FITTINGS THEREFOR FOR THE BENEFIT OF OTHERS, THEREBY ENABLING CUSTOMERS TO VIEW AND PURCHASE THE GOODS IN A RETAIL OUTLET; NEGOTIATION OF CONTRACTS FOR THE BENEFIT OF OTHERS ABOUT SALE AND PURCHASE OF MOTOR VEHICLES AND THEIR PARTS AND/OR FITTINGS; BUSINESS MANAGEMENT OF A VEHICLE FLEET FOR OTHERS; PRESENTATION OF GOODS IN COMMUNICATIONS MEDIA FOR RETAIL PURPOSES; PROVIDING ON-LINE AUCTION SERVICES; CONSUMER ADVICE, NAMELY, PROVIDING COMMERCIAL INFORMATION AND CONSULTING SERVICES TO CONSUMERS ABOUT TRADE AND BUSINESS ACTIVITIES; OFFICE WORK, NAMELY, ADMINISTRATIVE HANDLING OF PURCHASE ORDERS; NEGOTIATION OF CONTRACTS FOR THE BENEFIT OF OTHERS ABOUT SALE AND PURCHASE OF GOODS; CONSULTANCY AND ASSISTANCE IN ORGANIZATION AND MANAGEMENT OF RETAIL AND BUSINESS COMPANIES; ADVERTISING SERVICES; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE WORK; PERSONNEL RECRUITMENT, PERSONNEL MANAGEMENT CONSULTANCY, BUSINESS MANAGEMENT CONSULTANCY, PUBLIC RELATIONS, RADIO AND TELEVISION ADVERTISING SERVICES; ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES; COLLECTING AND ARRANGING OF RELEVANT PRESS ARTICLES FOR OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: RECONSTRUCTION, REPAIR, SERVICING, DISMANTLING, CLEANING, MAINTENANCE AND VARNISHING OF VEHICLES AND THEIR PARTS AND MOTORS AND THEIR PARTS, VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE; RE-



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,850,256**  FINEMENT AND TUNING OF AUTOMOBILES, NAMELY, AUTOMOBILE DETAILING; CUSTOMIZATION OF AUTOMOBILES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LINE", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 3-26-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1027640 DATED 9-24-2009, EXPIRES 9-24-2019.

THE MARK CONSISTS OF THE WORDING "R LINE" SUPERIMPOSED OVER A QUADRI-LATERAL.

SER. NO. 79-078,458, FILED 9-24-2009.

LINDA LAVACHE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,864,460**

**Registered Oct. 19, 2010**

**Int. Cls.: 12, 35 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VOLKSWAGEN AKTIENGESELLSCHAFT (FED REP GERMANY CORPORATION)
38436 WOLFSBURG
FED REP GERMANY

FOR: LAND VEHICLES AND STRUCTURAL PARTS THEREFOR, AIR VEHICLES, NAMELY, AIRCRAFT AND STRUCTURAL PARTS THEREFOR, WATER VEHICLES, NAMELY, BOATS AND STRUCTURAL PARTS THEREFOR, MOTORIZED LAND VEHICLES AND STRUCTUR-AL PARTS THEREFOR, TRAILERS AND SEMI TRAILERS FOR VEHICLES AND STRUC-TURAL PARTS THEREFOR, ENGINES FOR LAND VEHICLES, RIMS FOR LAND VEHICLE WHEELS AND THEIR PARTS, ALARM SYSTEMS FOR VEHICLES, ANTI-THEFT DEVICES FOR VEHICLES, ALARM SYSTEMS FOR MOTORIZED LAND VEHICLES, ANTI-THEFT DEVICES FOR MOTORIZED LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES FOR MAIL-ORDER BUSINESS CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES VIA INTERNET CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; RETAIL AND WHOLESALE BUSINESS MANAGEMENT SERVICES VIA TELESHOPPING CONCERNING MOTOR VEHICLES AND THEIR PARTS AND FITTINGS; BRINGING TOGETHER, BUT NOT TRANSPORTING, A VARIETY OF MOTOR VEHICLES AND PARTS AND FITTINGS THEREFOR FOR THE BENEFIT OF OTHERS, THEREBY ENABLING CUSTOMERS TO VIEW AND PURCHASE THE GOODS IN A RETAIL OUTLET; NEGOTIATION OF CONTRACTS FOR THE BENEFIT OF OTHERS ABOUT SALE AND PURCHASE OF MOTOR VEHICLES AND THEIR PARTS AND/OR FITTINGS; BUSINESS MANAGEMENT OF A VEHICLE FLEET FOR OTHERS; PRESENTA-TION OF GOODS IN COMMUNICATIONS MEDIA, FOR THE RETAIL; PRESENTATION OF AUCTIONS AND PUBLIC SALES ON THE INTERNET; CONSUMER INFORMATION AND CONSULTATION ABOUT TRADE AND BUSINESS ACTIVITIES; ADMINISTRATIVE HANDLING OF ORDERS AND OFFICE WORK, NEGOTIATION OF CONTRACTS FOR THE BENEFIT OF OTHERS ABOUT SALE AND PURCHASE OF GOODS; CONSULTANCY AND ASSISTANCE IN ORGANIZATION AND MANAGEMENT OF RETAIL AND BUSINESS COMPANIES; ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; OFFICE WORK; PERSONNEL RECRUITMENT, PERSONNEL MANAGEMENT CON-SULTANCY, BUSINESS MANAGEMENT CONSULTANCY, PUBLIC RELATIONS, RADIO AND TELEVISION ADVERTISING, ORGANIZATION OF TRADE FAIRS FOR COMMERCIAL OR ADVERTISING PURPOSES, COLLECTING AND ARRANGING OF RELEVANT PRESS ARTICLES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FOR: RECONSTRUCTION, REPAIR, SERVICING, DISMANTLING, CLEANING, MAINTEN-ANCE AND VARNISHING OF VEHICLES AND THEIR PARTS AND MOTORS AND THEIR



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 3,864,460**  PARTS, VEHICLE REPAIR IN THE COURSE OF VEHICLE BREAKDOWN SERVICE; RE-FINEMENT AND TUNING OF AUTOMOBILES; CUSTOMIZATION OF AUTOMOBILES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF A STYLIZED LETTER "R" SUPERIMPOSED OVER A POLYGON.

PRIORITY DATE OF 3-26-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1020716 DATED 9-24-2009, EXPIRES 9-24-2019.

SER. NO. 79-075,789, FILED 9-24-2009.

AISHA CLARKE, EXAMINING ATTORNEY