# Exhibit 2

# United States of America
### United States Patent and Trademark Office

# AUDI

**Reg. No. 4,995,364**  
**Registered July 12, 2016**

**Int. Cls.: 9, 12, 14, 16, 18, 25, 27, 28 and 37**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Director of the United States
Patent and Trademark Office

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: CAR RADIOS, CALCULATING MACHINES FOR MOTOR CARS, SPECTACLES, SKI GOGGLES, SOUND OR IMAGE MEDIA, RECORDED OR NOT, NAMELY, VIDEO DISCS, AUDIO CASSETTES AND AUDIO AND VIDEO TAPES FEATURING INSTRUCTIONAL AUTOMOTIVE REPAIR INFORMATION AND INSTRUCTIONAL INFORMATION ABOUT HOW TO OBTAIN INFORMATION REGARDING REAL TIME TRAFFIC JAMS AND THE STATUS OF AUTOMOTIVE NAVIGATION SYSTEMS; APPARATUS FOR RECORDING, TRANSMITTING AND REPRODUCING SOUND OR IMAGES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: AUTOMOBILES; MOTORS FOR LAND VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: JEWELLERY, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY, WATCHES; KEY RINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: MAGAZINES AND BOOKLETS FEATURING TECHNICAL INFORMATION CONCERNING CAR MAINTENANCE, CAR INFORMATION; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: TRUNKS AND SUITCASES; UMBRELLAS; LEATHER AND IMITATION LEATHER GOODS, NAMELY, PURSES, WALLETS, RUCKSACKS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SPECIAL CLOTHING FOR RALLY PILOTS, NAMELY, PROTECTIVE CLOTHING MADE WITH FLAMEPROOF MATERIALS, ONLY DISTRIBUTED IN SHOP SPECIALIZING IN MOTORCYCLE SPORTS AND RALLIES, INCLUDING BOOTS AND SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: CAR FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS, GYMNASTIC AND SPORTING APPARATUS, NAMELY GOLF CLUBS, GOLF CLUB BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**Reg. No. 4,995,364** FOR: MOTOR VEHICLE MAINTENANCE, REPAIR AND SERVICING, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0716147 DATED 3-12-1999, EXPIRES 3-12-2019.

SER. NO. 79-170,331, FILED 5-27-2015.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,093,264** | AUDI AG (GERMANY JOINT STOCK COMPANY) |
| **Registered Dec. 06, 2016** | 85045 Ingolstadt<br>FED REP GERMANY |
| **Int. Cl.: 11, 35** | CLASS 11: Lighting apparatus for vehicles; lighting apparatus, namely, lighting fixtures and lighting installations |
| **Service Mark** | CLASS 35: Advertising, business management |
| **Trademark** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR |
| **Principal Register** | OWNER OF INTERNATIONAL REGISTRATION 1095393 DATED 06-16-2011, EXPIRES 06-16-2021 |
| | SER. NO. 79-170,349, FILED 05-27-2015<br>KATHLEEN MARY VANSTON, EXAMINING ATTORNEY |



Director of the United States
Patent and Trademark Office

Int. Cl.: **12**

Prior U.S. Cl.: **19**

**United States Patent and Trademark Office**  Reg. No. **1,283,271**
Registered Jun. 26, 1984

## TRADEMARK
Principal Register

## QUATTRO

Audi NSU Auto Union Aktiengesellschaft (Fed. Rep. of Germany corporation)
Neckarsulm, Fed. Rep. of Germany D-7107

For: AUTOMOBILES, in CLASS 12 (U.S. Cl. 19).
First use Jan. 1982; in commerce Jan. 1982.
The word "Quattro" means "four" in Italian.

Ser. No. 354,288, filed Mar. 12, 1982.

BARRY SOLOMON, Examining Attorney

Int. Cls.: 12 and 28

Prior U.S. Cls.: 19, 21, 22, 23, 31, 35, 38, 44 and 50

**United States Patent and Trademark Office**

Reg. No. 3,241,273
Registered May 15, 2007

## TRADEMARK
PRINCIPAL REGISTER

# QUATTRO

AUDI AG (FED REP GERMANY CORPORATION)
85045
INGOLSTADT, FED REP GERMANY

FOR: METAL LICENSE PLATE FRAMES, METAL PLAQUES FOR AFFIXING TO AUTOMOBILES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

FOR: CHILDREN'S RIDABLE TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1998; IN COMMERCE 12-31-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE FOREIGN WORDING IN THE MARK TRANSLATES INTO ENGLISH AS FOUR.

SER. NO. 78-487,861, FILED 9-22-2004.

JAMES A. RAUEN, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# QUATTRO

**Reg. No. 3,702,707**
Registered Oct. 27, 2009

**Int. Cl.: 27**

**TRADEMARK**
**PRINCIPAL REGISTER**

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045
INGOLSTADT, FED REP GERMANY

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 5-31-2008; IN COMMERCE 5-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE WORD "QUATTRO" IN THE MARK IS FOUR.

SN 77-488,336, FILED 6-2-2008.

BILL DAWE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,284,786** | AUDI AG (FED REP GERMANY CORPORATION) |
| **Registered Feb. 5, 2013** | 85045<br>INGOLSTADT, FED REP GERMANY |
| **Int. Cls.: 12, 35 and 37** | FOR: (BASED ON 44(E)) VEHICLES AND THEIR STRUCTURAL PARTS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK**<br>**SERVICE MARK** | FOR: (BASED ON USE IN COMMERCE) RETAIL STORE SERVICES FEATURING AUTO-MOBILES, AUTOMOBILE PARTS AND ACCESSORIES; DEALERSHIPS IN THE FIELD OF AUTOMOBILES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **PRINCIPAL REGISTER** | FIRST USE 4-30-2012; IN COMMERCE 4-30-2012. |
| | FOR: (BASED ON 44(E)) REPAIR, MAINTENANCE AND SERVICING OF VEHICLES, IN CLASS 37 (U.S. CLS. 100, 103 AND 106). |
| | PRIORITY CLAIMED UNDER SEC. 44(D) ON FED REP GERMANY APPLICATION NO. 302011030104, FILED 5-31-2011, REG. NO. 302011030104, DATED 8-11-2011, EXPIRES 5-31-2021. |
| | THE MARK CONSISTS OF FOUR INTERLOCKING RINGS HORIZONTALLY PLACED AND APPEARING ABOVE THE WORD "AUDI". |
| | SER. NO. 85-466,938, FILED 11-8-2011. |
| | AMY KELLY, EXAMINING ATTORNEY |

Acting Director of the United States Patent and Trademark Office

Int. Cls.: 12 and 42

Prior U.S. Cls.: 19, 21, 23, 31, 35, 44, 100 and 101

Reg. No. 2,083,439

United States Patent and Trademark Office    Registered July 29, 1997

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



AUDI AG (FED REP GERMANY CORPORATION)
POSTFACH 100220
W-8070 INGOLSTADT, FED REP GERMANY

  FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).
  FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.
  FOR: AUTOMOBILE DEALERSHIP SERVICES, NAMELY, RETAIL SALES OF AUTOMOBILES AND STRUCTURAL PARTS THEREFOR, IN CLASS 42 (U.S. CLS. 100 AND 101).
  FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.

  OWNER OF U.S. REG. NOS. 708,352, 1,793,869 AND OTHERS.

  SER. NO. 75-090,951, FILED 4-4-1996.

KATHY DE JONGE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,405,143**  AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
**Registered Sep. 24, 2013**  FED REP GERMANY

**Int. Cls.: 4, 9, 12, 14, 16, 18, 25, 27 and 28**

FOR: INDUSTRIAL OILS AND GREASES; INDUSTRIAL LUBRICANTS; DUST ABSORBING, WETTING, AND BINDING COMPOSITIONS; FUELS, NAMELY, MOTOR SPIRIT; ILLUMINANTS; CANDLES AND WICKS FOR LIGHTING, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: INTERACTIVE, COMPUTERIZED AUTOMOTIVE CONTROL SYSTEM FOR INTEGRATING, MANAGING AND PROVIDING DRIVER ACCESS TO FUNCTIONS OF AUTOMOBILE NAVIGATION SYSTEM, ENTERTAINMENT FEATURES, NAMELY, CD PLAYERS, DVD PLAYERS, MP3 PLAYERS, TAPE PLAYERS AND RADIO, COMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES, VEHICLE ENVIRONMENTAL INFORMATION AND CONTROLS REGARDING HEATING AND COOLING AND AUTOMOBILE CONTROL SYSTEMS, ALL INCORPORATED INTO A MOTOR VEHICLE; KEYLESS ENTRY SYSTEM AND KEYLESS IGNITION SWITCH SYSTEM FOR AUTOMOTIVE VEHICLES COMPRISED OF A MICROPROCESSOR, ELECTRONIC SIGNAL RECEIVER, AND KEYFOB WITH ELECTRONIC SIGNAL TRANSPONDER; DIGITAL SWITCHING SYSTEMS COMPRISED OF INTERCONNECTED ELECTROMECHANICAL AND SOLID-STATE POWER MANAGEMENT ENCLOSURES WITH STANDARD AND CUSTOM KEYPADS FOR USER REMOTE CONTROL, THE FOREGOING FOR USE ON AUTOMOTIVE VEHICLE DASHBOARDS; DASHBOARD CRUISE CONTROLS AND TACHOMETERS FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).



FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, WRISTWATCHES, MECHANICAL WATCHES, CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL CALENDARS AND PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF AUTOMOTIVE MAINTENANCE, REPAIR AND SERVICING AND VEHICLE OPERATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

Deputy Director of the United States Patent and Trademark Office

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, KEY CHAINS, KEY CASES, GARMENT BAGS, SPORTS BAGS, GENERAL

**Reg. No. 4,405,143** PURPOSE TROLLEY BAGS; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS; PARASOLS AND WALKING STICKS; WHIPS; HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, POLO SHIRTS, JACKETS, CAPS AND HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS AND TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF A STYLIZED "S" WHICH PARTIALLY OVERLAPS WITH A SLANTED RECTANGLE ON THE LEFT. BOTH THE "S" AND THE BORDER OF THE RECTANGLE ARE SHADED TO INDICATE A METALLIC SHEEN.

PRIORITY DATE OF 11-22-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1129629 DATED 3-13-2012, EXPIRES 3-13-2022.

SER. NO. 79-118,041, FILED 3-13-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY