UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI AG, <br><br> Plaintiffs, <br><br> v. <br><br> DXZ OFFICIAL STORE, et al., <br><br> Defendants. | Case No. 18-cv-06611 <br><br> Judge Edmond E. Chang <br><br> Magistrate Judge Jeffrey Cole |

**PRELIMINARY INJUNCTION ORDER**

Plaintiffs Volkswagen AG's, Volkswagen Group of America, Inc.'s, and Audi AG's ("Plaintiffs") have moved for a preliminary injunction. The Court has reviewed the evidence submitted in support, including the evidence previously filed in support of the temporary restraining order. Based on that evidence, the Court grantes the motion as to the defendants identified on Schedule A to the Amended Complaint (collectively, the Defendants) and attached hereto, *except* for Defendants hkseller*2011 and ledilluminant (for convenience's sake, the "Exempt Defendants"), and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"). As to the Exempt Defendants, the prior TRO is extended (so technically it is a preliminary injunction), but only until November 13, 2018, when the next hearing will take place at 9 a.m. There remains sufficient evidence, for a short-term extension, that the Exempt Defendants did unlawfully use

1

Plaintiffs' trademarks, and that the asset freeze should be litigated with additional evidence (to be submitted in a supplemental response and a supplemental reply).

The Court finds, in the absence of adversarial presentation as to the Defendants, that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products using counterfeit versions of the Plaintiffs' Trademarks (a list of which is included in the below chart).

| Registration No. | Mark |
|---|---|
| 2,835,662 | VOLKSWAGEN |
| 2,934,401 | VOLKSWAGEN |
| 2,818,615 | VW |
| 5,019,808 | VW |
| 4,177,648 | VW AG |
| 3,561,405 | ROUTAN |
| 3,431,414 | TIGUAN |
| 2,682,428 | TOUAREG |
| 2,411,743 | JETTA |
| 1,540,381 | GTI |
| 1,468,206 | PASSAT |
| 1,361,724 | GOLF |
| 1,883,332 | (VW logo) |

| | |
|---|---|
| 2,987,620 | |
| 2,849,974 | |
| 2,100,963 | |
| 3,850,256 | |
| 3,864,460 | |
| 4,995,364 | AUDI |
| 5,093,264 | AUDI |
| 1,283,271 | QUATTRO |
| 3,241,273 | QUATTRO |
| 3,702,707 | QUATTRO |
| 4,284,786 | |



| 2,083,439 | |
| 4,405,143 | |

This Court also finds that the injunctive relief previously granted in the Temporary Restraining Order should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of the motion for preliminary injunction, and (importantly) in support of Plaintiffs' previously granted TRO motion, establishes that Plaintiffs have demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiffs will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiffs have proved a *prima facie* case of trademark infringement because (1) the Plaintiffs' Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Plaintiffs' Trademarks, and (3) Defendants' use of the Plaintiffs' Trademarks is causing a

4

likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiffs. Furthermore, Defendants' continued and unauthorized use of the Plaintiffs' Trademarks irreparably harms Plaintiffs through diminished goodwill and brand confidence, damage to Plaintiffs' reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiffs have an inadequate remedy at law. Moreover, the public interest is served by entry of this preliminary injunction to dispel the public confusion created by Defendants' actions and to avoid counterfeit sales to unwitting customers. Based on these findings, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them be preliminarily enjoined and restrained from:

   a. using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs' product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplace Accounts or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing, and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited

discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts;

c. Defendants' Online Marketplace Accounts;

d. any other online marketplace accounts registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiffs' request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall, within five (5) business days after receipt of such notice:

   a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using Plaintiffs' Trademarks;

   b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using Plaintiffs' Trademarks; and

   c. take all steps necessary to prevent links to the Online Marketplace Accounts identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Online Marketplace Accounts from any search index.

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Any Third Party Providers, including PayPal, Inc. ("PayPal") and Alipay, Wish.com, and Amazon Pay, shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts:

   a. locate all accounts and funds connected to Defendants or Defendants' Online Marketplace Accounts, including, but not limited to, any financial

        accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 5 to the Declaration of Dana A. Cizmadia, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Plaintiffs may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and sending an e-mail to the e-mail addresses identified in Exhibit 5 to the Declaration of Dana A. Cizmadia and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "DXZ OFFICIAL STORE and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiffs' Amended Complaint [10] and Exhibits 1 and 2 thereto [10-1], [10-2], Schedule A to the Complaint [9] and the Amended Complaint [10-3], Exhibit 5 to the Declaration of Dana A. Cizmadia [15], and the TRO [27] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiffs or on shorter notice as set by this Court.

9. The $10,000 bond posted by Plaintiffs shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

ENTERED:

       s/Edmond E. Chang
Edmond E. Chang
United States District Judge

DATE: November 8, 2019 (posted November 9, 2018)

**VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI AG v. DXZ OFFICIAL STORE, et al. - Case No. 18-cv-06611**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | DXZ Official Store | 2 | E YOUR DRIVING Store |
| 3 | JURUS FENG Store | 4 | Cooleeon AutoParts Store |
| 5 | a xiao ruo store | 6 | carart Store |
| 7 | CarNuoC Automobile Store | 8 | Chinese cold light Store |
| 9 | dsmail store | 10 | Heminst Store |
| 11 | HengCL Store | 12 | Kahane Car Accessories Co.,Ltd store |
| 13 | Lionel Feng Store | 14 | Oneauto Store |
| 15 | Ruhome Store | 16 | Shop1193118 Store |
| 17 | Shop4051046 Store | 18 | shop4421199 store |
| 19 | shop4432117 store | 20 | shop4485042 store |
| 21 | Wellcar88 Store | 22 | YANF Professional Car Light Store |
| 23 | YAN-F01 Store | 24 | yu Store |
| 25 | zhixiao Store | 26 | 15hopelight |
| 27 | 1cn2147 | 28 | 2017-digitworld |
| 29 | 7.5043 | 30 | abkj8511 |
| 31 | autocartool3lectronics | 32 | autolightdirect-us |
| 33 | beautyoney | 34 | besthsk9689 |
| 35 | beststore518 | 36 | biuc9434 |
| 37 | blueyf2011 | 38 | boomsdeal |
| 39 | car_led_light_2018 | 40 | carbon-car888 |
| 41 | carhua20175 | 42 | carparts18 |
| 43 | cartools2015 | 44 | cheermall |
| 45 | cheyanton_0 | 46 | cnautolightkingdom |
| 47 | corey-wang | 48 | cui1873 |
| 49 | diy_studio | 50 | ds-idols |
| 51 | ecudiagnose | 52 | eu-laptop.seller |
| 53 | fei-sx | 54 | finechoice68 |
| 55 | finesoonhua | 56 | forauto17 |
| 57 | fzgcosplay1981 | 58 | ghost_shadow_light |
| 59 | ghun98 | 60 | go-buy1900 |
| 61 | good_items4u | 62 | goodp2u_4 |
| 63 | grandneway | 64 | great-deal2013 |
| 65 | greener-store | 66 | hero_999 |
| 67 | hid988 | 68 | hid-factory-direct-store |
| 69 | hitshine | 70 | EXCEPTED |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 71 | hk-seller2012 | 72 | hnzjparts |
| 73 | hongshao988 | 74 | hotlife07 |
| 75 | hrfs5202018 | 76 | huaart |
| 77 | huanghanming2010 | 78 | huangmaike8 |
| 79 | huizhoso9s9 | 80 | icbmperformance |
| 81 | iman365-usa | 82 | jewelry_supplier |
| 83 | jiabaolai_5 | 84 | juvjic432os490 |
| 85 | keyanfe0 | 86 | kkonetoys |
| 87 | kktefr | 88 | kr-store88 |
| 89 | lanshouxg | 90 | EXCEPTED |
| 91 | licherry19920627 | 92 | lightupro |
| 93 | linkjbl4 | 94 | liwinlight |
| 95 | lucky2046 | 96 | lz_parts |
| 97 | miaofa668 | 98 | nerva-paradise |
| 99 | notebookshop.hk168 | 100 | onebestchoice |
| 101 | onenicemallstore | 102 | pandafamily2015 |
| 103 | qqquickstar | 104 | reachsage |
| 105 | rebeopoch | 106 | ruibo2016-2 |
| 107 | s.tar.t | 108 | shengzh-87 |
| 109 | shopping_au | 110 | sky_town |
| 111 | skysz168 | 112 | starbeadsclub |
| 113 | sunny_store15 | 114 | sweey9898 |
| 115 | tan-ck | 116 | tianming09 |
| 117 | tjiurvosmw | 118 | topcamerapowersupply |
| 119 | totalmall | 120 | trust-autoparts |
| 121 | tyllq | 122 | usacamall |
| 123 | usesell84 | 124 | veqf2325 |
| 125 | vogvicky | 126 | wandongme1 |
| 127 | wellcar365 | 128 | witchcraft999 |
| 129 | xia1005 | 130 | xr.lampard |
| 131 | xuebinyou_6 | 132 | xuyan11 |
| 133 | yancha-7 | 134 | yingshanhong369 |
| 135 | yongzhli-4 | 136 | yosteps |
| 137 | yu910617 | 138 | yue-ghost-shadow-light-sale |
| 139 | yueqin1989 | 140 | yuuautoparts |
| 141 | yuzhaokun099 | 142 | ywswbdzswyxgs |
| 143 | zhajinbia-0 | 144 | zhan387801720-0 |
| 145 | zhang19939 | 146 | zhh76751 |
| 147 | zhuozhong | 148 | zotootech |
| 149 | zwm1971 | 150 | zytc_1 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 151 | ALIDA GROUP (HK) CO .,LIMITED | 152 | anhuamark |
| 153 | Auto Home | 154 | Autoooo |
| 155 | beanseedling | 156 | Bigbossboss |
| 157 | Blue Earth | 158 | Car LED Lights |
| 159 | chaixiongjie | 160 | Child Li's dream house |
| 161 | Childhood Memory Store | 162 | City-Beauty Life |
| 163 | CZ-estore | 164 | daro |
| 165 | DDAY | 166 | Fang shui chen shop |
| 167 | Fashion-SYL | 168 | Fentec Limited |
| 169 | FJXMWSSD Trade Co.,LTD. | 170 | futureofsharing |
| 171 | Glamour life co., LTD | 172 | Honey Bunny |
| 173 | huanlexiaopu | 174 | hug the earth |
| 175 | Huskar | 176 | International Trends |
| 177 | jea0828 | 178 | jiahaixia |
| 179 | Kids Limited | 180 | LangXin Watches |
| 181 | linbing Mini fashion | 182 | lovely garden |
| 183 | Luis Chun | 184 | MDDAILYHOUSE |
| 185 | mjszyouth0131 | 186 | mybabydog |
| 187 | oldlove | 188 | oloollo cool |
| 189 | PENGSHA2000 | 190 | Quality automotive supplies |
| 191 | Shenzhen Elife Electronic Technology Co., Ltd. | 192 | Shenzhen Goshawk Technology Co.,Ltd |
| 193 | shuiqiang123 | 194 | Sjindan |
| 195 | SuperAccessory | 196 | tiandayan |
| 197 | yanghua032851 | 198 | YUQING1314 |
| 199 | zuozhi's house | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | aliexpress.com/store/4024010 | 2 | aliexpress.com/store/4037074 |
| 3 | aliexpress.com/store/2345170 | 4 | aliexpress.com/store/3390008 |
| 5 | aliexpress.com/store/3496007 | 6 | aliexpress.com/store/3212074 |
| 7 | aliexpress.com/store/1839013 | 8 | aliexpress.com/store/3136035 |
| 9 | aliexpress.com/store/3244040 | 10 | aliexpress.com/store/4105004 |
| 11 | aliexpress.com/store/3195025 | 12 | aliexpress.com/store/1938741 |
| 13 | aliexpress.com/store/3128044 | 14 | aliexpress.com/store/2784082 |
| 15 | aliexpress.com/store/2961246 | 16 | aliexpress.com/store/1193118 |
| 17 | aliexpress.com/store/4051046 | 18 | aliexpress.com/store/4421199 |
| 19 | aliexpress.com/store/4432117 | 20 | aliexpress.com/store/4485042 |
| 21 | aliexpress.com/store/3138037 | 22 | aliexpress.com/store/3186019 |
| 23 | aliexpress.com/store/3046054 | 24 | aliexpress.com/store/1952515 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 25 | aliexpress.com/store/3857011 | 26 | ebay.com/usr/15hopelight |
| 27 | ebay.com/usr/1cn2147 | 28 | ebay.com/usr/2017-digitworld |
| 29 | ebay.com/usr/7.50430 | 30 | ebay.com/usr/abkj8511 |
| 31 | ebay.com/usr/autocartool3lectronics | 32 | ebay.com/usr/autolightdirect-us |
| 33 | ebay.com/usr/beautyoney | 34 | ebay.com/usr/besthsk9689 |
| 35 | ebay.com/usr/beststore518 | 36 | ebay.com/usr/biuc9434 |
| 37 | ebay.com/usr/blueyf2011 | 38 | ebay.com/usr/boomsdeal |
| 39 | ebay.com/usr/car_led_light_2018 | 40 | ebay.com/usr/carbon-car888 |
| 41 | ebay.com/usr/carhua20175 | 42 | ebay.com/usr/carparts18 |
| 43 | ebay.com/usr/cartools2015 | 44 | ebay.com/usr/cheermall |
| 45 | ebay.com/usr/cheyanton_0 | 46 | ebay.com/usr/cnautolightkingdom |
| 47 | ebay.com/usr/corey-wang | 48 | ebay.com/usr/cui1873 |
| 49 | ebay.com/usr/diy_studio | 50 | ebay.com/usr/ds-idols |
| 51 | ebay.com/usr/ecudiagnose | 52 | ebay.com/usr/eu-laptop.seller |
| 53 | ebay.com/usr/fei-sx | 54 | ebay.com/usr/finechoice68 |
| 55 | ebay.com/usr/finesoonhua | 56 | ebay.com/usr/forauto17 |
| 57 | ebay.com/usr/fzgcosplay1981 | 58 | ebay.com/usr/ghost_shadow_light |
| 59 | ebay.com/usr/ghun98 | 60 | ebay.com/usr/go-buy1900 |
| 61 | ebay.com/usr/good_items4u | 62 | ebay.com/usr/goodp2u_4 |
| 63 | ebay.com/usr/grandneway | 64 | ebay.com/usr/great-deal2013 |
| 65 | ebay.com/usr/greener-store | 66 | ebay.com/usr/hero_999 |
| 67 | ebay.com/usr/hid988 | 68 | ebay.com/usr/hid-factory-direct-store |
| 69 | ebay.com/usr/hitshine | 70 | EXCEPTED |
| 71 | ebay.com/usr/hk-seller2012 | 72 | ebay.com/usr/hnzjparts |
| 73 | ebay.com/usr/hongshao988 | 74 | ebay.com/usr/hotlife07 |
| 75 | ebay.com/usr/hrfs5202018 | 76 | ebay.com/usr/huaart |
| 77 | ebay.com/usr/huanghanming2010 | 78 | ebay.com/usr/huangmaike8 |
| 79 | ebay.com/usr/huizhoso9s9 | 80 | ebay.com/usr/icbmperformance |
| 81 | ebay.com/usr/iman365-usa | 82 | ebay.com/usr/jewelry_supplier |
| 83 | ebay.com/usr/jiabaolai_5 | 84 | ebay.com/usr/juvjic432os490 |
| 85 | ebay.com/usr/keyanfe0 | 86 | ebay.com/usr/kkonetoys |
| 87 | ebay.com/usr/kktefr | 88 | ebay.com/usr/kr-store88 |
| 89 | ebay.com/usr/lanshouxg | 90 | EXCEPTED |
| 91 | ebay.com/usr/licherry19920627 | 92 | ebay.com/usr/lightupro |
| 93 | ebay.com/usr/linkjbl4 | 94 | ebay.com/usr/liwinlight |
| 95 | ebay.com/usr/lucky2046 | 96 | ebay.com/usr/lz_parts |
| 97 | ebay.com/usr/miaofa668 | 98 | ebay.com/usr/nerva-paradise |
| 99 | ebay.com/usr/notebookshop.hk168 | 100 | ebay.com/usr/onebestchoice |
| 101 | ebay.com/usr/onenicemallstore | 102 | ebay.com/usr/pandafamily2015 |
| 103 | ebay.com/usr/qqquickstar | 104 | ebay.com/usr/reachsage |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 105 | ebay.com/usr/rebeopoch | 106 | ebay.com/usr/ruibo2016-2 |
| 107 | ebay.com/usr/s.tar.t | 108 | ebay.com/usr/shengzh-87 |
| 109 | ebay.com/usr/shopping_au | 110 | ebay.com/usr/sky_town |
| 111 | ebay.com/usr/skysz168 | 112 | ebay.com/usr/starbeadsclub |
| 113 | ebay.com/usr/sunny_store15 | 114 | ebay.com/usr/sweey9898 |
| 115 | ebay.com/usr/tan-ck | 116 | ebay.com/usr/tianming09 |
| 117 | ebay.com/usr/tjiurvosmw | 118 | ebay.com/usr/topcamerapowersupply |
| 119 | ebay.com/usr/totalmall | 120 | ebay.com/usr/trust-autoparts |
| 121 | ebay.com/usr/tyllq | 122 | ebay.com/usr/usacamall |
| 123 | ebay.com/usr/usesell84 | 124 | ebay.com/usr/veqf2325 |
| 125 | ebay.com/usr/vogvicky | 126 | ebay.com/usr/wandongme1 |
| 127 | ebay.com/usr/wellcar365 | 128 | ebay.com/usr/witchcraft999 |
| 129 | ebay.com/usr/xia1005 | 130 | ebay.com/usr/xr.lampard |
| 131 | ebay.com/usr/xuebinyou_6 | 132 | ebay.com/usr/xuyan11 |
| 133 | ebay.com/usr/yancha-7 | 134 | ebay.com/usr/yingshanhong369 |
| 135 | ebay.com/usr/yongzhli-4 | 136 | ebay.com/usr/yosteps |
| 137 | ebay.com/usr/yu910617 | 138 | ebay.com/usr/yue-ghost-shadow-light-sale |
| 139 | ebay.com/usr/yueqin1989 | 140 | ebay.com/usr/yuuautoparts |
| 141 | ebay.com/usr/yuzhaokun099 | 142 | ebay.com/usr/ywswbdzswyxgs |
| 143 | ebay.com/usr/zhajinbia-0 | 144 | ebay.com/usr/zhan387801720-0 |
| 145 | ebay.com/usr/zhang19939 | 146 | ebay.com/usr/zhh76751 |
| 147 | ebay.com/usr/zhuozhong | 148 | ebay.com/usr/zotootech |
| 149 | ebay.com/usr/zwm1971 | 150 | ebay.com/usr/zytc_1 |
| 151 | wish.com/merchant/55f639308fd57d4276fd4923 | 152 | wish.com/merchant/55ca952bf454e525c875eec8 |
| 153 | wish.com/merchant/577f3611ea637718e2c6c930 | 154 | wish.com/merchant/57712ceab2e2af73ff42e04f |
| 155 | wish.com/merchant/58a9b031122bea50645a863d | 156 | wish.com/merchant/598c32e92351347694d74897 |
| 157 | wish.com/merchant/579210ba76f32b66b1e6c5ed | 158 | wish.com/merchant/5810aee50991de263bd374ba |
| 159 | wish.com/merchant/586dded4ab17f5264ef8e55f | 160 | wish.com/merchant/559e2912dca8c840503c93db |
| 161 | wish.com/merchant/58f08382759eb60406019dea | 162 | wish.com/merchant/56610f909fbc2f23f696628e |
| 163 | wish.com/merchant/56764d0d8bccb126bfb60d98 | 164 | wish.com/merchant/594bca5ae81e8a7f636962fd |
| 165 | wish.com/merchant/58c52476dd7e475107842c66 | 166 | wish.com/merchant/58ad92e4a58f5c511390c92d |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 167 | wish.com/merchant/56fa3a033a698c122ca2d19a | 168 | wish.com/merchant/5628d8b4afcc3c15905820c1 |
| 169 | wish.com/merchant/559e6af69b24514050d3c7b7 | 170 | wish.com/merchant/596e11d8b1a4ca1f79c9da4f |
| 171 | wish.com/merchant/549adb2e653d51046f82b197 | 172 | wish.com/merchant/59361ce97c649436064a35ee |
| 173 | wish.com/merchant/5969adcd8263384c47f11ebe | 174 | wish.com/merchant/5ac6e97ac2c89240b5abcfe8 |
| 175 | wish.com/merchant/592a9773ff46146daef5f3b6 | 176 | wish.com/merchant/55cd55287209b01dd54cbc90 |
| 177 | wish.com/merchant/59c25fe3eea5c528b57f5cbf | 178 | wish.com/merchant/593020626fffc7040bfb878b |
| 179 | wish.com/merchant/565922fa268e831d08c819ef | 180 | wish.com/merchant/54bc87f4d7df3c093ef47355 |
| 181 | wish.com/merchant/582b07840d44631b678f6f12 | 182 | wish.com/merchant/5850e066fef4097a718a332f |
| 183 | wish.com/merchant/582910fa1004352e44ee466f | 184 | wish.com/merchant/59b40d3b15da070663019eea |
| 185 | wish.com/merchant/59f6b40f8cf0ed0788acc751 | 186 | wish.com/merchant/59b9ed722351340a328b44fd |
| 187 | wish.com/merchant/58987018d829aa50869a53da | 188 | wish.com/merchant/5835aada6339b419169d62ea |
| 189 | wish.com/merchant/5adda0bda6f62e1e09bbdde0 | 190 | wish.com/merchant/5665a944bcf18023f4a9c734 |
| 191 | wish.com/merchant/553fb42350d0b90c307fb1c0 | 192 | wish.com/merchant/58cb6d3b2e26c45062c8acb9 |
| 193 | wish.com/merchant/589ffed55f5ea84f44ca88aa | 194 | wish.com/merchant/5989849930e1f351df8cbdb9 |
| 195 | wish.com/merchant/5912b46b4cb676745bbbb152 | 196 | wish.com/merchant/5821cea454782b08a74f3e08 |
| 197 | wish.com/merchant/5b1c78ac7752c8256c86e8ee | 198 | wish.com/merchant/5ad04481ea87646d41b971f8 |
| 199 | wish.com/merchant/5ac6e104db5f1f3495f67aaf | | |