IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI AG,<br><br>Plaintiffs,<br><br>v.<br><br>DXZ OFFICIAL STORE, et al.,<br><br>Defendants. | Case No. 18-cv-06611<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, A STATUTORY DAMAGES AWARD, AND A PERMANENT INJUNCTION AS TO DEFENDANT IMAN365-USA**

Plaintiffs Volkswagen Group of America, Inc. and Audi AG (together or individually, "Plaintiffs"), by their counsel, move this Honorable Court to enter summary judgment in favor of Plaintiffs and against Defendant iman365-usa ("Defendant"), award Plaintiffs statutory damages of at least one hundred thousand dollars ($100,000) from Defendant, enter a permanent injunction prohibiting Defendant from advertising, offering for sale, and/or selling products using the AUDI Trademarks, and award Plaintiffs their reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1117(a) and (b). In support of this Motion, Plaintiffs submit the accompanying Memorandum.

Dated this 5th day of February 2019.    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiffs*