IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., and AUDI AG,<br><br>Plaintiffs,<br><br>v.<br><br>DXZ OFFICIAL STORE, et al.,<br><br>Defendants. | Case No. 18-cv-06611<br><br>**Judge Edmond E. Chang**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT, A STATUTORY DAMAGES AWARD, AND A PERMANENT INJUNCTION**

Pursuant to Local Rule 56.1(a)(3), Plaintiffs Volkswagen Group of America, Inc. and Audi AG (together or individually, "Plaintiffs") submit this Statement of Material Facts in support of their Motion for Summary Judgment, a Statutory Damages Award, and a Permanent Injunction against Defendant iman365-usa ("Defendant").

## UNDISPUTED MATERIAL FACTS

**Parties, Jurisdiction and Venue**

1. Plaintiff Volkswagen AG is the parent of Plaintiffs Audi AG and Volkswagen Group of America, Inc. Declaration of Dana A. Cizmadia (the "Cizmadia Declaration") ¶ 3.

2. Plaintiff Volkswagen Group of America, Inc. is a New Jersey corporation with a principal place of business in Herndon, Virginia. Cizmadia Declaration ¶ 4. Plaintiff Volkswagen Group of America, Inc. polices and enforces Plaintiff Audi AG's trademarks in the United States. *Id*.

3. Plaintiff Audi AG is a corporation organized under the laws of Germany with its principal place of business in Ingolstadt, Germany, and is a wholly owned subsidiary of Plaintiff Volkswagen AG. Cizmadia Declaration ¶ 5.

4. Audi Products are distributed and sold to consumers through a network of licensed Audi dealerships throughout the United States, including through several licensed Audi dealerships in Illinois. Cizmadia Declaration ¶ 5.

5. Defendant iman365-usa is an eBay store located at the URL ebay.com/usr/iman365-usa ("Defendant's eBay Store"). Defendant is owned and operated by Jiajun Yan, who is located in and operates from within the People's Republic of China. Defendant iman365-usa's Response to Plaintiffs' Interrogatory No. 1 (Exhibit 5 To Declaration of Allyson Martin (the "Martin Declaration")).

6. Plaintiffs filed suit against Defendant on September 28, 2018, charging trademark infringement and counterfeiting of Plaintiffs' registered AUDI Trademarks. [1]. On November 28, 2018, Defendant filed an Answer, and on January 11, 2019, Defendant filed an Amended Answer. [63], [79].

7. This Court entered a Temporary Restraining Order ("TRO") [26] against Defendant on October 11, 2018, finding that Plaintiffs demonstrated, among other things, a likelihood of success on their claims. The TRO was extended on October 25, 2018 [32] and converted to a Preliminary Injunction [43] on November 8, 2018. The Preliminary Injunction remains in effect.

8. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, *et seq*, 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are

so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendant since Defendant directly targets business activities toward consumers in the United States, including Illinois, through its eBay Internet store. Specifically, Defendant is reaching out to do business with Illinois residents by operating a commercial, interactive Internet store through which Defendant offered for sale and sold products using counterfeit versions of the AUDI Trademarks to Illinois residents. Cizmadia Declaration at ¶¶ 15-20. Defendant stood ready, willing and able to ship products using counterfeit versions of the AUDI Trademarks to customers in Illinois, and in fact did sell and ship products using counterfeit versions of the AUDI Trademarks to Illinois. *Id.*

**Genuine Audi Products**

10. Audi AG is a world-famous automobile manufacturer that sells Audi automobiles and genuine parts and accessories ("Audi Products") through a network of licensed Audi dealerships throughout the United States, including in Illinois. Cizmadia Declaration ¶ 5.

11. Since at least as early as 1997, Audi also operates websites, including audiusa.com and audicollectionusa.com, through which consumers can purchase genuine Audi parts, automotive accessories, and personal goods and accessories directly from Audi. Cizmadia Declaration ¶ 6.

12. Audi Products have become enormously popular, driven, in part, by Audi's quality standards and innovative design. Cizmadia Declaration at ¶ 7. Among the purchasing public, genuine Audi Products are instantly recognizable as such and symbolize high quality. *Id.* Audi Products are also known for their engineering, quality, and innovative designs. *Id.*

13. Audi Products have long been among the most popular vehicles, vehicle parts and accessories in the world and have been extensively promoted and advertised at great expense. Cizmadia Declaration at ¶ 8.

14. According to Audi's 2017 *Annual Financial Report*, Audi's distribution costs, which are an amalgamation of "labour and material costs for marketing and sales promotion, advertising, public relations activities and outward freight, as well as depreciation attributable to sales organization" totalled approximately EUR 5,297,000,000 (approximately USD $ 6,000,000,000) for fiscal year 2017. Cizmadia Declaration at ¶ 9. The same report additionally values Audi's brand names at EUR 459,000,000 (approximately USD $ 520,000,000) for the fiscal year 2017, utilizing non-amortization accounting procedures due to the "indefinite useful life" of the brands. *Id*.

15. In 2018 alone, the Audi Q7 was selected to *Car and Driver*'s "10 Best Mid-Size Luxury Trucks and SUVs" list (for the second consecutive year); Audi was awarded the "Most Innovative Automaker" and "Most Innovative Infotainment System" awards at the Consumer Electronics Show; the Audi A4 was named "Luxury Car of the Year" by Cars.com; the Audi A3 was named "Best Luxury Small Car for the Money" by *U.S. News & World Report*; the Audi Q7 was awarded "Best New Car" in the mid-size luxury SUV category by *Good Housekeeping*; the Audi Q5 was named to *Autotrader*'s list of the "10 Best Car Interiors"; the Audi A8 won "World Luxury Car 2018" at the World Car Awards; the Audi Q5 and Q6 were named "2018 Best Cars for Families" in their respective classes by *U.S. News & World Report*; and the Audi Q5 and Q7 won Kelley Blue Book Best Buy Awards. Cizmadia Declaration ¶ 10.

4

**The Audi Trademarks**

16.     Plaintiff Audi AG holds U.S. federal trademark registrations for its trademarks, including the below trademark registrations (the "AUDI Trademarks"). Cizmadia Declaration ¶ 11.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 2,083,439 | (Audi rings logo with "Audi" wordmark) | July 29, 1997 | For: automobiles and structural parts therefor in international class 12. |
| 5,093,264 | AUDI | December 6, 2016 | For: Lighting apparatus for vehicles; lighting apparatus, namely, lighting fixtures and lighting installations in international class 11. |

17.     The U.S. Registrations for the above trademarks are valid, subsisting, and in full force and effect, and U.S. Registration No. 2,083,439 is incontestable pursuant to 15 U.S.C. § 1065. Cizmadia Declaration at ¶ 12. True and correct copies of the United States Registration Certificates for the above-listed trademarks are attached to the Cizmadia Declaration as **Exhibit 3**.

18.     The above trademarks have been used exclusively and continuously by Audi, and have never been abandoned. Cizmadia Declaration at ¶ 12.

19.     Plaintiffs have expended substantial time, money, and other resources in developing, advertising and otherwise promoting the AUDI Trademarks. Cizmadia Declaration

5

at ¶ 13. Products bearing the AUDI Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being quality Audi Products. *Id.*

**Plaintiffs' Anti-Counterfeiting Program**

20. Plaintiffs have continuously and actively enforced their trademark rights, including filing trademark infringement and counterfeiting lawsuits. *See Volkswagen AG, et al. v. AA370HK, et al.,* 17-cv-09226 (N.D. Ill. Feb. 13, 2018), *Volkswagen AG, et al. v. 2362089, et al.,* 18-cv-03229 (N.D. Ill. July 24, 2018), *Volkswagen AG, et al. v. zhwan_47, et al.,* 18-cv-03235 (N.D. Ill. Aug. 1, 2018), *Volkswagen AG, et al. v. 18CARSHOP, et al.,* 19-cv-00504 (N.D. Ill. Jan. 24, 2019). Plaintiffs have a worldwide anti-counterfeiting program and investigate suspicious websites and online marketplace listings. Cizmadia Declaration at ¶ 14. In recent years, Plaintiffs have identified hundreds of marketplace listings on platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate. *Id*.

**Defendant's Advertising, Offering for Sale and Sale of Counterfeit Products**

21. Defendant advertised, offered for sale, and sold the product shown in Figure 1 below on Defendant's eBay Store (the "iman365-usa Product"). Cizmadia Declaration at ¶¶ 15-17.



**Figure 1 – iman365-usa Product eBay Store Listing**

22. Defendant used the AUDI word mark in the item title for the above listing of the iman365-usa Product. Cizmadia Declaration at ¶ 15. Additionally, the iman365-usa Product images showed the product projecting an image of the AUDI Trademarks. *Id*.

23. Defendant advertised, offered for sale, and sold the iman365-usa Product for approximately $15.99, and accepted payment for the iman365-usa Product via PayPal. Cizmadia Declaration at ¶ 16.

24. Defendant shipped the iman365-usa Product to Illinois. Cizmadia Declaration at ¶ 17. When activated, the iman365-usa Product projects an image of the AUDI Trademarks. *Id*. An image of the projection from the iman365-usa Product as received is shown below in Figure 2.



**Figure 2 –iman365-usa Product**

**Review of Defendant's Counterfeit Product**

25. Since 2016, Dana Cizmadia has been Brand Protection and Marketing Compliance Specialist for Plaintiff Volkswagen Group of America, Inc., which polices and enforces the AUDI Trademarks in the United States. Cizmadia Declaration at ¶ 2.

26. Dana Cizmadia is knowledgeable of or has access to business records including, but not limited to, those records concerning Plaintiffs' trademarks, sales, advertising, marketing and media coverage. Cizmadia Declaration at ¶ 2.

27. Dana Cizmadia examined screenshots of Defendant's iman365-usa Product listing. Cizmadia Declaration at ¶ 18.

28. Plaintiffs have not licensed or authorized Defendant to use the AUDI Trademarks. Cizmadia Declaration at ¶ 19. Defendant is not an authorized retailer of genuine Audi Products. *Id.*

29. Dana Cizmadia concluded that the iman365-usa Product was not a genuine Audi Product, and was a counterfeit product. Cizmadia Declaration at ¶ 20.

**The Platform of Defendant's Internet Store**

30. According to eBay, Inc.'s December 31, 2017 10-K filing, the eBay marketplace had more than 170 million active buyers in 2017. Martin Declaration at ¶ 2.

31. In fiscal year 2017, U.S. government seizures of counterfeit goods totalled more than $1.2 billion based on the manufacturer's suggested retail price (MSRP). Martin Declaration at ¶ 3.

32. China and Hong Kong remained the primary sources of counterfeit and pirated goods seized, accounting for a total estimated MSRP of more than $940 million, or 78 percent of the estimated MSRP value of all seizures. Martin Declaration at ¶ 3.

33. A February 2017 report commissioned by Business Action to Stop Counterfeiting and Piracy (BASCAP) and the International Trademark Association (INTA) entitled *The Economic Impacts of Counterfeiting and Piracy* included findings that counterfeit and pirated products account for an estimated $850 billion in economic losses, resulting in tens of thousands

of lost jobs for legitimate businesses and broader economic losses, including lost tax revenue, of more than $125 billion every year. Martin Declaration at ¶ 5.

34. The BASCAP figures cited in the preceding paragraph are expected to increase yearly. Martin Declaration at ¶ 5.

**Defendant's Conduct During Discovery**

35. Plaintiffs served Defendant with Plaintiffs' First Set of Requests for the Production of Documents and Things, Plaintiffs' First set of Interrogatories, and Plaintiffs' First Set of Requests for Admissions on December 28, 2018. Martin Declaration at ¶ 6.

36. Defendant served Plaintiffs with Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things and Responses to Plaintiffs' First Set of Interrogatories on January 10, 2019, as well as Responses to Plaintiffs' First Set of Requests for Admissions on January 25, 2019. Defendant additionally supplemented production of documents on January 23, 2019. Martin Declaration at ¶ 7.

37. The sales records produced by Defendant only included sales from February 22, 2018 to October 19, 2018. Martin Declaration at ¶ 8.

38. The financial records produced by the Defendant consisted of cropped screenshots with PayPal account information, almost entirely in Chinese, for an account tied to the email address 523526251@qq.com. Martin Declaration at ¶ 9.

39. To date, Defendant has produced limited images of a handful of the products sold on Defendant's eBay Store, without any context, item titles, and/or sales numbers relating to these images. Martin Declaration at ¶ 10.

40. To date, Defendant has only identified a single U.S.-based financial account linked to the email address at 523526251@qq.com, and a credit card linked to China Merchants Bank.

While Defendant claims to not operate any other Internet stores, Defendant's eBay Store additionally advertises on at least BuyCheapr.com. Martin Declaration at ¶ 11.

41. Defendant claimed that there is no available listing of Defendant's shipments, and identified Ruian City Leading Supply Chain Co., Ltd., as being "fully responsible for the customs clearance" for Defendant's products. Martin Declaration at ¶ 12.

42. Defendant's only identified procedure for determining whether a supplier or manufacturer is licensed or authorized to sell branded products is a statement that Defendant "just found the goods through 1688, and then contacted the seller to deliver [the goods]." Defendant indicated that images of products are stored in a software called Push Auction, and that Defendant's goods are shipped from a warehouse. Martin Declaration at ¶ 13.

43. To date, Defendant has not produced any documents indicating Defendant has procedures in place to detect and prevent the sale of counterfeit goods. Martin Declaration at ¶ 14.

**Review of Defendant's PayPal Account**

44. Records provided from PayPal, Inc. to Plaintiffs' attorneys at Greer, Burns & Crain, Ltd. indicate that Defendant's PayPal account linked to the email address at 523526251@qq.com has received approximately a combined $ 137,966.23 USD. Martin Declaration at ¶¶ 15-16. However, only approximately $ 50,492.18 USD is currently restrained. Martin Declaration at ¶ 16.

Dated this 5th day of February 2019.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiffs*

11

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Attorneys for Plaintiffs*
