# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

VOLKSWAGEN AG, VOLKSWAGEN
GROUP OF AMERICA, INC., and AUDI AG,

        Plaintiffs,

v.

DXZ OFFICIAL STORE, et al.,

        Defendants.

Case No. 18-cv-06611

**Judge Edmond E. Chang**

**Magistrate Judge Jeffrey Cole**


**Declaration of Dana A. Cizmadia**

## DECLARATION OF DANA A. CIZMADIA

I, Dana A. Cizmadia, declare and state as follows:

1.    This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.    Since 2016, I have been Brand Protection and Marketing Compliance Specialist for Plaintiff Volkswagen Group of America, Inc., which polices and enforces Plaintiff Volkswagen AG's and Plaintiff Audi AG's ("Audi") trademarks in the United States. Plaintiffs Volkswagen Group of America, Inc. and Audi are referred to herein together or individually as "Plaintiffs." I am knowledgeable of or have access to business records concerning all information referenced herein, including, but not limited to, Plaintiffs' trademarks that are listed herein, sales, advertising, marketing, and media coverage. I make this declaration from matters within my own knowledge save where otherwise stated.

**Plaintiffs Volkswagen AG and Volkswagen Group of America, Inc.**

3.    Plaintiff Volkswagen AG is the parent of Plaintiffs Audi and Volkswagen Group of America, Inc.

4.    Volkswagen Group of America, Inc. is a New Jersey corporation with a principal place of business in Herndon, Virginia. Volkswagen Group of America, Inc. polices and enforces Plaintiff Audi AG's trademarks in the United States.

**Plaintiff Audi AG**

5.    Audi AG is a corporation organized under the laws of Germany with its principal place of business in Ingolstadt, Germany, and is a wholly owned subsidiary of Plaintiff Volkswagen AG. Audi is a world-famous automobile manufacturer that sells Audi automobiles and

genuine parts and accessories ("Audi Products") through a network of licensed Audi dealerships throughout the United States, including in Illinois.

6.  Since at least as early as 1997, Audi also operates websites, including audiusa.com and audicollectionusa.com, through which consumers can purchase genuine Audi parts, automotive accessories, and personal goods and accessories directly from Audi.

7.  Audi Products have become enormously popular, driven, in part, by Audi's quality standards and innovative design. Among the purchasing public, genuine Audi Products are instantly recognizable as such and symbolize high quality. Audi Products are also known for their engineering, quality, and innovative designs.

8.  Audi Products have long been among the most popular vehicles, vehicle parts and accessories in the world and have been extensively promoted and advertised at great expense.

9.  A true and correct copy of an excerpt (pages 178 – 208) of Audi AG's 2017 Annual Financial Report is attached hereto as **Exhibit 1**. According to Audi's 2017 *Annual Financial Report*, Audi's distribution costs, which are an amalgamation of "labour and material costs for marketing and sales promotion, advertising, public relations activities and outward freight, as well as depreciation attributable to sales organization" totaled approximately EUR 5,297,000,000 (approximately USD $ 6,000,000,000) for fiscal year 2017. The report additionally values Audi's brand names at EUR 459,000,000 (approximately USD $ 520,000,000) for the fiscal year 2017, utilizing non-amortization accounting procedures due to the "indefinite useful life" of the brands.

10.  In 2018 alone, the Audi Q7 was selected to *Car and Driver*'s "10 Best Mid-Size Luxury Trucks and SUVs" list (for the second consecutive year); Audi was awarded the "Most

Innovative Automaker" and "Most Innovative Infotainment System" awards at the Consumer Electronics Show; the Audi A4 was named "Luxury Car of the Year" by Cars.com; the Audi A3 was named "Best Luxury Small Car for the Money" by *U.S. News & World Report*; the Audi Q7 was awarded "Best New Car" in the mid-size luxury SUV category by *Good Housekeeping*; the Audi Q5 was named to *Autotrader*'s list of the "10 Best Car Interiors"; the Audi A8 won "World Luxury Car 2018" at the World Car Awards; the Audi Q5 and Q6 were named "2018 Best Cars for Families" in their respective classes by *U.S. News & World Report*; and the Audi Q5 and Q7 won Kelley Blue Book Best Buy Awards. True and correct copies of articles regarding these awards are attached hereto as **Exhibit 2**.

11.     Plaintiff Audi AG holds U.S. federal trademark registrations for its trademarks, including the below trademark registrations (the "AUDI Trademarks").

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 2,083,439 |  | July 29, 1997 | For: automobiles and structural parts therefor in international class 12. |
| 5,093,264 | AUDI | December 6, 2016 | For: Lighting apparatus for vehicles; lighting apparatus, namely, lighting fixtures and lighting installations in international class 11. |

12.     The U.S. registrations for the above trademarks are valid, subsisting, in full force and effect, and U.S. Registration No. 2,083,439 is incontestable pursuant to 15 U.S.C. § 1065. True

and correct copies of the United States Registration Certificates for the above-listed trademarks are attached hereto as **Exhibit 3**. The above trademarks have been used exclusively and continuously by Audi for many years, and have never been abandoned.

13. Plaintiffs have expended substantial time, money, and other resources in developing, advertising and otherwise promoting the AUDI Trademarks. Products bearing the AUDI Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being quality Audi Products.

14. Plaintiffs have a worldwide anti-counterfeiting program and investigate suspicious websites and online marketplace listings. Plaintiffs, or someone working in support of Plaintiffs' anti-counterfeiting program, have identified hundreds of marketplace listings on platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate.

15. I perform, supervise, and/or support investigations related to Internet-based infringement of the AUDI Trademarks. Our investigation shows that the Defendant iman365-usa ("Defendant"), through the eBay store iman365-usa ("Defendant's eBay Store"), advertised, offered for sale, and sold the products shown in Figure 1 below (the "iman365-usa Product"). Attached hereto as **Exhibit 4** is a true and correct copy of screenshots of the iman365-usa Product listing and images of the received iman365-usa Product.



**Figure 1 – iman365-usa Product eBay Store Listing**

16. Defendant advertised, offered for sale, and sold the iman365-usa Product for approximately $15.99, and accepted payment for the iman365-usa Product via PayPal.

17. Defendant shipped the iman365-usa Product to Illinois. When activated, the iman365-usa Product projects an image of the AUDI Trademarks. An image of the projection from the iman365-usa Product as received is shown below in Figure 2.



**Figure 2 –iman365-usa Product**

18. I, or someone working in support of Plaintiffs' anti-counterfeiting program, examined screenshots of Defendant's iman365-usa Product listing.

19.     Plaintiffs have not licensed or authorized Defendant to use the AUDI Trademarks. Defendant is not an authorized retailer of genuine Audi Products.

20.     As such, I determined that the iman365-usa Product was not a genuine Audi Product, and was a counterfeit product.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the __5th__ day of February 2019 at Herndon, Virginia.


Dana A. Cizmadia